**Kevin C. Brague, OSB No. 050428**
kevin@braguelawfirm.com
THE BRAGUE LAW FIRM
1205 NW 25th Avenue
Portland, Oregon 97210
t: 503.922.2243
f: 503.226.3131

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **NICOLE GILILLAND**, an individual, | Case No. 6:19-cv-00283-AA |
| Plaintiff, | |
| v. | **NOTICE AND MOTION TO WITHDRAW AS ATTORNEY OF RECORD** |
| **SOUTHWESTERN OREGON COMMUNITY COLLEGE DISTRICT** by and through its **BOARD OF EDUCATION**, an Oregon community college district and board; **SOUTHWESTERN OREGON COMMUNITY COLLEGE**, an Oregon community college; **PATTY SCOTT**, an individual; **TIM DAILY**, an individual; **FRANCISCO SALDIVAR**, an individual; **SUSAN WALKER**, an individual; **MELISSA SPERRY**, an individual; **PAMELA WICK**, an individual; | |
| Defendants. | |

The undersigned hereby moves the court for an order allowing Kevin C. Brague, and The Brague Law Firm, to withdraw as attorneys of record.

Page 1 – NOTICE AND MOTION TO WITHDRAW AS ATTORNEY OF RECORD

The Brague Law Firm
1205 NW 25th Avenue
Portland, Oregon 97210
503.922.2243

Plaintiff's last known address is as follows:

> Nicole Gilliland
> P.O. Box 158
> 51668 Blue River Dr., #4
> Blue River, OR 97413
> nicolegililland15@gmail.com

This motion is supported by the Declaration of Kevin C. Brague filed herewith. Plaintiff is informed and consents to this motion to withdraw.

DATED this 16th day of January, 2020.

                THE BRAGUE LAW FIRM

                By /s/ Kevin C. Brague
                    Kevin C. Brague, OSB No. 050428
                    kevin@braguelawfirm.com
                    1205 NW 25th Avenue
                    Portland, Oregon 97210
                    t: 503.922.2243
                    f: 503.226.3131
                    Attorney for Plaintiff

# CERTIFICATE OF SERVICE

      I hereby certify that I served the foregoing NOTICE AND MOTION TO WITHDRAW AS ATTORNEY OF RECORD on the party listed below by the following indicated method or methods:

    Nicole Gilliland, Pro Se
    nicolegililland15@gmail.com
    Plaintiff

    Luke W. Reese, OSB No. 076129
    lreese@ghrlawyers.com
    Shayna M. Rogers, OSB No. 134698
    srogers@ghrlawyers.com
    GARRETT HEMANN ROBERTSON P.C.
    1011 Commercial Street N.E.
    Salem, Oregon 97301-1049
    Tel: (503) 581-1501
    Fax: (503) 581-5891
    Attorney for Defendants

[X]    by electronic means through the U.S. District Court, District of Oregon's CM/ECF document filing system.

[X]    by mailing a full, true and correct copy thereof in a sealed, first-class postage paid envelope, addressed to the address as shown above, with the U.S. Postal Service at Portland, Oregon, on the date set forth below.

[ ]    by causing a full, true, and correct copy thereof to be hand-delivered to the attorney at the attorney's last known office address listed above on the date set forth below.

[ ]    by faxing a full, true, and correct copy thereof to the attorney at the fax number shown above, which is the last-known fax number for the attorney's office, on the date set forth below.

                  DATED this 16th day of January, 2020.

                  /s/ Kevin Brague
                  Kevin C. Brague, OSB No. 050428