**Kevin C. Brague, OSB No. 050428**
kevin@braguelawfirm.com
THE BRAGUE LAW FIRM
1205 NW 25th Avenue
Portland, Oregon 97210
t: 503.922.2243
f: 503.226.3131

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **NICOLE GILILLAND**, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>**SOUTHWESTERN OREGON COMMUNITY COLLEGE DISTRICT** by and through its **BOARD OF EDUCATION**, an Oregon community college district and board; **SOUTHWESTERN OREGON COMMUNITY COLLEGE**, an Oregon community college; **PATTY SCOTT**, an individual; **TIM DAILY**, an individual; **FRANCISCO SALDIVAR**, an individual; **SUSAN WALKER**, an individual; **MELISSA SPERRY**, an individual; **PAMELA WICK**, an individual;<br><br>　　　　　　　Defendants. | Case No. 6:19-cv-00283-AA<br><br>**DECLARATION OF KEVIN BRAGUE IN SUPPORT OF NOTICE AND MOTION TO WITHDRAW AS ATTORNEY OF RECORD** |

I, Kevin Brague, declare as follows:

1.　　　I am an attorney representing Plaintiff in the above captioned case and the following is true to the best of my knowledge, information and belief.

Page 1 – DECLARATION OF KEVIN BRAGUE IN SUPPORT OF NOTICE AND MOTION TO WITHDRAW AS ATTORNEY OF RECORD

The Brague Law Firm
1205 NW 25th Avenue
Portland, Oregon 97210
503.922.2243

2.	I am withdrawing from representing Plaintiff pursuant to one or more of the bases stated in ORPC, Rule 1.16(b).

3.	I notified Plaintiff about my intention to withdrawal in November 2019. On January 15, 2020 Plaintiff terminated my representation.

4.	The current deadlines are for discovery to be completed by April 20, 2020. Plaintiff has adequate time to obtain representation, complete discovery, and will not be prejudiced by my withdrawal from representation.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

DATED this 15th day of January, 2020.

THE BRAGUE LAW FIRM

By /s/ Kevin C. Brague
Kevin C. Brague, OSB No. 050428
kevin@braguelawfirm.com
1205 NW 25th Avenue
Portland, Oregon 97210
t: 503.922.2243
f: 503.226.3131
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that I served the foregoing DECLARATION OF KEVIN BRAGUE IN SUPPORT OF NOTICE AND MOTION TO WITHDRAW AS ATTORNEY OF RECORD on the party listed below by the following indicated method or methods:

    Nicole Gilliland, Pro Se
    nicolegililland15@gmail.com
    Plaintiff

    Luke W. Reese, OSB No. 076129
    lreese@ghrlawyers.com
    Shayna M. Rogers, OSB No. 134698
    srogers@ghrlawyers.com
    GARRETT HEMANN ROBERTSON P.C.
    1011 Commercial Street N.E.
    Salem, Oregon 97301-1049
    Tel: (503) 581-1501
    Fax: (503) 581-5891
    Attorney for Defendants

[X]    by electronic means through the U.S. District Court, District of Oregon's CM/ECF document filing system.

[X]    by mailing a full, true and correct copy thereof in a sealed, first-class postage paid envelope, addressed to the address as shown above, with the U.S. Postal Service at Portland, Oregon, on the date set forth below.

[ ]    by causing a full, true, and correct copy thereof to be hand-delivered to the attorney at the attorney's last known office address listed above on the date set forth below.

[ ]    by faxing a full, true, and correct copy thereof to the attorney at the fax number shown above, which is the last-known fax number for the attorney's office, on the date set forth below.

                DATED this 16th day of January, 2020.

                /s/ Kevin Brague
                Kevin C. Brague, OSB No. 050428