Luke W. Reese, OSB No. 076129
lreese@ghrlawyers.com
Shayna M. Rogers, OSB No. 134698
srogers@ghrlawyers.com
GARRETT HEMANN ROBERTSON P.C.
1011 Commercial Street N.E.
Salem, Oregon 97301-1049
Tel: (503) 581-1501
Fax: (503) 581-5891
Of Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

NICOLE GILILLAND, an individual

Plaintiff,

vs.

SOUTHWESTERN OREGON COMMUNITY COLLEGE DISTRICT by and through its BOARD OF EDUCATION, an Oregon community college district and board; SOUTHWESTERN OREGON COMMUNITY COLLEGE, an Oregon community college; PATTY SCOTT, an individual; TIM DAILY, an individual; FRANCISCO SALDIVAR; an individual; SUSAN WALKER, an individual; MELISSA SPERRY, an individual; PAMELA WICK, an individual,

Defendants.

No. 6:19-cv-00283-MK

**RESPONSE TO PLAINTIFF'S ATTORNEY'S MOTION TO WITHDRAW**

Defendants do not object to opposing counsel's Motion to Withdraw as Plaintiff's Attorney. However, to the extent Plaintiff wishes to continue with this action, Defendants respectfully request that the Court order her to obtain new counsel within thirty (30) days to allow this matter to continue on its current schedule.

Over the last several weeks, Plaintiff has sent email messages directly to defense counsel

making threats and demands, despite a reminder that she continues to be represented and that all communications will need to go through her attorney until the Motion to Withdraw is ruled upon. Given the tone and content of Plaintiff's email messages, several of which are submitted as exhibits to the contemporaneously filed Declaration of Luke Reese, Defendants respectfully request that the Court either require Plaintiff to obtain counsel or show cause why she should be allowed to proceed pro se.

Pursuant to the Court's most recent Order (Docket Number 17) discovery is to be completed by April 20, 2020. The parties have exchanged written discovery and, after the Court enters an Order on counsel's Motion to Withdraw, Defendants intend to submit Interrogatories followed by Dispositive Motions. An Order requiring plaintiff to obtain new counsel within thirty (30) days will help the parties move past plaintiff's current threats and allow this matter to be resolved through the appropriate process and pursuant to the current schedule.

DATED this 3rd day of February 2020.

GARRETT HEMANN ROBERTSON P.C.

Luke W. Reese
OSB No. 076129
Phone: 503-581-1501
Fax: 503-581-5891
lreese@ghrlawyers.com
Of Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the foregoing **Response to Plaintiff's Attorney's Motion to Withdraw** on the date indicated below,

[X] Via First-Class Mail with postage prepaid
[X] Via Electronic Filing
[ ] Via Facsimile Transmission
[ ] Via Hand Delivery
[ ] Via Overnight Delivery

to the following person(s) a true copy thereof, contained in a sealed envelope (if other than by facsimile transmission), addressed to said person(s) at their last known addresses indicated below:

Nicole Gililland
PO Box 158
51668 Blue River Drive, #4
Blue River OR 97413
*Email: nicolegililland15@gmail.com*
Plaintiff *pro se*

KEVIN C. BRAGUE
The Brague Law Firm
1205 NW 25th Avenue
Portland OR 97210
*OSB No. 050428*
*Phone: 503-922-2243*
*Fax: 503-226-3131*
*Email: kevin@braguelawfirm.com*
Attorney for Plaintiff

Nicole Gililland
608 Grant Avenue, #19
Ogden UT 84404
Plaintiff *pro se*

DATED February 3, 2020

GARRETT HEMANN ROBERTSON P.C.

*s/ Luke W. Reese*
Luke W. Reese (OSB No. 076129)
lreese@ghrlawyers.com
Shayna M. Rogers (OSB No. 134698)
srogers@ghrlawyers.com
Phone: 503-581-1501
Fax: 503-581-5891
Of Attorneys for Defendants

4841-5256-2099, v. 1