Luke W. Reese, OSB No. 076129
lreese@ghrlawyers.com
Shayna M. Rogers, OSB No. 134698
srogers@ghrlawyers.com
GARRETT HEMANN ROBERTSON P.C.
1011 Commercial Street N.E.
Salem, Oregon 97301-1049
Tel: (503) 581-1501
Fax: (503) 581-5891
    Of Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| NICOLE GILILLAND, an individual<br><br>    Plaintiff,<br><br>vs.<br><br>SOUTHWESTERN OREGON COMMUNITY COLLEGE DISTRICT by and through its BOARD OF EDUCATION, an Oregon community college district and board; SOUTHWESTERN OREGON COMMUNITY COLLEGE, an Oregon community college; PATTY SCOTT, an individual; TIM DAILY, an individual; FRANCISCO SALDIVAR; an individual; SUSAN WALKER, an individual; MELISSA SPERRY, an individual; PAMELA WICK, an individual,<br><br>    Defendants. | No.   6:19-cv-00283-MK<br><br>**DECLARATION OF LUKE REESE IN SUPPORT OF DEFENDANTS' MOTION TO STAY DEADLINES PENDING RULING ON PLAINTIFF'S ATTORNEY'S MOTION TO WITHDRAW** |

I, Luke W. Reese, under penalty of perjury, do hereby declare and say:

    1.    I am the attorney of record for defendants and make this Declaration in support of Defendants' Motion to Stay Deadlines Pending Ruling on Plaintiff's Attorney's Motion to Withdraw.

/ / / /

2. I attached true and correct copies of several emails received from plaintiff, Nicole Gililland, to my Declaration submitted in support of defendants' Response to Plaintiff's Attorney's Motion to Withdraw. Those emails, identified as *Exhibit 1*, are incorporated here by reference.

3. Plaintiff has continued to send me direct email communications of the same nature and tone, despite my attempts to remind her that attorney Kevin Brague remains her counsel of record.

4. I do not believe that plaintiff recognizes Mr. Brague as her attorney at this time.

5. As a result, I have been unable to have the conferrals necessary to meet the existing case management deadlines.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

DATED this 8th day of April 2020.

*s/ Luke W. Reese*
Luke W. Reese, OSB No. 076129
Garrett Hemann Robertson P.C.
lreese@ghrlawyers.com
Of Attorneys for Defendants

DECLARATION – REESE:
Gililland v. Southwestern Oregon Community College, et al.

Page - 2

# CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the foregoing **Declaration of Luke Reese in Support of Defendants' Motion to Stay Deadlines Pending Ruling on Plaintiff's Attorney's Motion to Withdraw** on the date indicated below,

[X]   Via First-Class Mail with postage prepaid
[X]   Via Electronic Filing
[ ]   Via Facsimile Transmission
[ ]   Via Hand Delivery
[ ]   Via Overnight Delivery

to the following person(s) a true copy thereof, contained in a sealed envelope (if other than by facsimile transmission), addressed to said person(s) at their last known addresses indicated below:

Nicole Gililland
PO Box 158
51668 Blue River Drive, #4
Blue River OR  97413
Email:  nicolegililland15@gmail.com
   Plaintiff *pro se*

KEVIN C. BRAGUE
The Brague Law Firm
1205 NW 25th Avenue
Portland OR  97210
OSB No. 050428
Phone:  503-922-2243
Fax:  503-226-3131
Email:  kevin@braguelawfirm.com
   Attorney for Plaintiff

Nicole Gililland
608 Grant Avenue, #19
Ogden UT  84404
   Plaintiff *pro se*

DATED April 8, 2020.

GARRETT HEMANN ROBERTSON P.C.

*s/ Luke W. Reese*
Luke W. Reese (OSB No. 076129)
lreese@ghrlawyers.com
Shayna M. Rogers (OSB No. 134698)
srogers@ghrlawyers.com
Phone:  503-581-1501
Fax:  503-581-5891
Of Attorneys for Defendants

4841-9219-8841, v. 1

CERTIFICATE OF SERVICE:
Gililland v. Southwestern Oregon Community College District, et al.

Page - 3