

## U.S. District Court

### District of Oregon

**Notice of Electronic Filing**

The following transaction was entered on 4/24/2020 at 12:01 PM PDT and filed on 4/24/2020
**Case Name:** Gililland v. Southwestern Oregon Community College District et al
**Case Number:** 6:19-cv-00283-MK
**Filer:**
**Document Number:** 26(No document attached)

**Docket Text:**
**ORDER by Magistrate Judge Mustafa T. Kasubhai: Counsel's Motion to Withdraw [20] is GRANTED. Defendants' Motion for Stay [24] of existing case management deadlines is GRANTED IN PART as follows: Discovery is to be completed by 7/20/2020. Joint Alternate Dispute Resolution Report is due by 7/20/2020. Dispositive Motions are due by 8/18/2020. Pretrial Order is due 30 days after dispositive motions are ruled on or by 9/21/2020 if no dispositive motions filed. Expert Disclosures must be completed 30 days after dispositive motions are ruled on or by 9/21/2020 if no dispositive motions filed.** *(Mailed to pro se party 4/24/2020.)* **(jk)**