Brandon J. Mark (041613)
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  801.532.1234
Facsimile:  801.536.6111
bmark@parsonsbehle.com
ecf@parsonsbehle.com

*Attorneys for Plaintiff NICOLE GILILLAND, an individual*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| **NICOLE GILILLAND, AN INDIVIDUAL,**<br><br>Plaintiff,<br><br>vs.<br><br>**SOUTHWESTERN OREGON COMMUNITY COLLEGE DISTRICT BY AND THROUGH ITS BOARD OF EDUCATION, AN OREGON COMMUNITY COLLEGE DISTRICT AND BOARD; SOUTHWESTERN OREGON COMMUNITY COLLEGE, AN OREGON COMMUNITY COLLEGE; PATTY SCOTT, AN INDIVIDUAL; TIM DAILY, AN INDIVIDUAL; FRANCISCO SALDIVAR, AN INDIVIDUAL; SUSAN WALKER, AN INDIVIDUAL; MELISSA SPERRY, AN INDIVIDUAL PAMELA WICK, AN INDIVIDUAL,**<br><br>Defendants. | Case No. 6:19-cv-00283<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

PLEASE TAKE NOTICE that Brandon J. Mark of Parsons Behle & Latimer hereby enters his appearance as counsel of record on behalf of Plaintiff Nicole Gililland in the above-captioned matter, and requests that he be copied on all filings and notices in this matter.

Case No.:  6:19-cv-00283
NOTICE OF APPEARANCE
PBL\4835-8426-9500.v1-5/15/20

Brandon J. Mark
Parsons Behle & Latimer
201 South Main Street #1800
Salt Lake City, UT 84111
801-532-1234

bmark@parsonsbehle.com
ecf@parsonsbehle.com

DATED this 15th day of May 2020.

PARSONS BEHLE & LATIMER

/s/ Brandon J. Mark
Brandon J. Mark
Telephone:      801.532.1234
Facsimile:      801.536.6111

*Attorneys for Plaintiff NICOLE GILILLAND, an individual*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 15, 2020, I electronically filed the foregoing Notice of Appearance of Counsel with the Clerk of the Court using the CM/ECF system which will send electronic notification to of such filing to all CM/ECF participants.

s/ Brandon J. Mark