Brandon J. Mark (041613)
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801-532-1234
Facsimile: 801-536-6111
bmark@parsonsbehle.com
ecf@parsonsbehle.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| **NICOLE GILILLAND,** an individual**,**<br><br>Plaintiff,<br><br>vs.<br><br>**SOUTHWESTERN OREGON COMMUNITY COLLEGE DISTRICT BY AND THROUGH ITS BOARD OF EDUCATION,** an Oregon community college District and Board**; SOUTHWESTERN OREGON COMMUNITY COLLEGE,** an Oregon community college**; PATTY SCOTT,** an individual**; TIM DAILY,** an individual**; FRANCISCO SALDIVAR,** an individual**; SUSAN WALKER,** an individual**; MELISSA SPERRY,** an individual and **PAMELA WICK,** an individual**,**<br><br>Defendants. | Case No. 6:19-cv-00283<br><br>**JOINT MOTION TO EXTEND DISCOVERY AND PRETRIAL DEADLINES** |

Pursuant to LR 7-1(a), the parties have conferred on this motion and join in this Motion to Extend Discovery and Pretrial Deadlines.

Pursuant to LR 16-3(a), the parties state that additional time is necessary to complete discovery, including because in-person depositions are presently impractical and infeasible due to the ongoing national COVID-19 pandemic.

While the parties have completed some written discovery, including exchanging document requests and interrogatories, they cannot complete fact discovery without depositions, which may prompt additional written discovery. Both parties are of the belief that certain important depositions will need to be conducted in-person and cannot be effectively carried out via remote videoconferencing systems.

However, in-person depositions will require travel by counsel, witnesses, and others, and they will require counsel, witnesses, and court reporters to gather in the same room, which is contrary to the advice of leading public health officials. Because of the limitations imposed by the COVID-19 pandemic, the parties and their counsel would prefer to hold in-person depositions when there is less risk.

While the parties and their counsel acknowledge that much uncertainty remains about the trajectory of the pandemic, they are hopeful that a modest three-month extension of the existing deadlines in the case will suffice, with the expectation that in-person depositions can be safely conducted in late September or early October. The parties recognize that ongoing uncertainty with the COVID-19 pandemic may require further modifications to these deadlines going forward.

The parties request the Court set the following deadlines:

**Complete all fact discovery**:
From: July 20, 2020
To: October 20, 2020

**File Joint Alternate Dispute Resolution Report**:
From: July 20, 2020
To: October 20, 2020

**File Dispositive Motions**:
From: August 18, 2020
To: November 20, 2020

**File Pretrial Order and Expert Disclosures**:
From: September 21, 2020 or 30 days after Court's ruling on dispositive motions
To: December 20, 2020 or 30 days after Court's ruling on dispositive motions

DATED this 7th day of July 2020.

        s/ Luke W. Reese
        Luke W. Reese (OSB No. 076129)
        *(Filed with Permission)*

        s/ Brandon J. Mark
        Brandon J. Mark (OSB No. 041613)
        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2020, I electronically filed the foregoing Notice of Appearance of Counsel with the Clerk of the Court using the CM/ECF system which will send electronic notification to of such filing to all CM/ECF participants.

s/ Brandon J. Mark