Luke W. Reese, OSB No. 076129
lreese@ghrlawyers.com
Shayna M. Rogers, OSB No. 134698
srogers@ghrlawyers.com
GARRETT HEMANN ROBERTSON P.C.
1011 Commercial Street N.E.
Salem, Oregon 97301-1049
Tel: (503) 581-1501
Fax: (503) 581-5891
    Of Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| NICOLE GILILLAND, an individual<br><br>              Plaintiff,<br><br>vs.<br><br>SOUTHWESTERN OREGON COMMUNITY COLLEGE DISTRICT by and through its BOARD OF EDUCATION, an Oregon community college district and board; SOUTHWESTERN OREGON COMMUNITY COLLEGE, an Oregon community college; PATTY SCOTT, an individual; TIM DAILY, an individual; FRANCISCO SALDIVAR; an individual; SUSAN WALKER, an individual; MELISSA SPERRY, an individual; PAMELA WICK, an individual,<br><br>              Defendants. | No.    6:19-cv-00283-MK<br><br>**JOINT ALTERNATE DISPUTE RESOLUTION REPORT** |

This report is submitted in compliance with LR 16-4(d)

1. Have counsel held settlement discussions with their clients and the opposing party:

    _X_ Yes           ____ No

    If not, provide an explanation:

    _____

2. The parties proposed: (check one of the following)

   \_\_\_\_(a) That this case be referred to a neutral of their choice for ADR not sponsored by the Court pursuant to LR 16-4(e)(1)

   \_\_\_\_(b) That the Court refer this case to mediation using a Court-sponsored mediator or staff mediator. (See LR 16-4(f) for Court-sponsored mediation procedures). The parties seek a Court mediator because:

_____

   _X_ (c) ADR may be helpful at a later date following completion of:

Dispositive motions_____

   \_\_\_\_(d) The parties believe the Court would be of assistance in preparing for ADR by:

_____

   \_\_\_\_(e) The parties do not believe that any form of ADR will assist in the resolution of this case.

   \_\_\_\_(f) Other:

_____

DATED: April 19, 2021                                      By: _s/ Brandon J. Mark_
                                                                                       Plaintiff's Attorney
                                                                   By: _s/ Luke W. Reese_
                                                                                       Defendant's Attorney

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the foregoing **Joint Alternate Dispute Resolution Report** on the date indicated below,

[X]  Via First-Class Mail with postage prepaid
[X]  Via Electronic Filing
[ ]  Via Facsimile Transmission
[ ]  Via Hand Delivery
[ ]  Via Overnight Delivery

to the following person(s) a true copy thereof, contained in a sealed envelope (if other than by facsimile transmission), addressed to said person(s) at their last known addresses indicated below:

>Brandon J. Mark
>Parsons Behle & Latimer
>201 South Main Street, Suite 1800
>Salt Lake City UT  84111
>Phone:  801-532-1234
>Fax:  801-536-6111
>Email:  bmark@parsonsbehle.com
>            ecf@parsonsbehle.com

DATED April 19, 2020.

GARRETT HEMANN ROBERTSON P.C.

*s/ Luke W. Reese*
Luke W. Reese (OSB No. 076129)
lreese@ghrlawyers.com
Shayna M. Rogers (OSB No. 134698)
srogers@ghrlawyers.com
Phone:  503-581-1501
Fax:  503-581-5891
Of Attorneys for Defendants

4814-5689-5206, v. 1

CERTIFICATE OF SERVICE:
Gililland v. Southwestern Oregon Community College, et al.

Page - 3