Brandon J. Mark (041613)
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  801-532-1234
Facsimile:  801-536-6111
bmark@parsonsbehle.com
ecf@parsonsbehle.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| **NICOLE GILILLAND,** an individual**,** | Case No. 6:19-cv-00283-AA |
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION TO AD-JUST DEADLINE FOR PLAIN-TIFF'S RESPONSE TO DE-FENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| **SOUTHWESTERN OREGON COMMUNI-TY COLLEGE DISTRICT BY AND THROUGH ITS BOARD OF EDUCATION,** an Oregon community college District and Board**; SOUTHWESTERN OREGON COMMUNITY COLLEGE,** an Oregon com-munity college**; PATTY SCOTT,** an individual**; TIM DAILY,** an individual**; FRANCISCO SALDIVAR,** an individual**; SUSAN WALK-ER,** an individual**; MELISSA SPERRY,** an in-dividual and **PAMELA WICK,** an individual**,** | |
| Defendants. | |

Pursuant to LR 7-1(a), the parties have conferred on this Motion and Defendants do not

oppose it.

Pursuant to LR 16-3(a), Plaintiff Nicole Gililland states that her counsel has diligently

used the existing time to prepare her Opposition to Defendants' Motion for Summary Judgment,

including reviewing the existing factual record, which consists of a dozen depositions, over 100

Case No.:  6:19-cv-00283-AA
MOTION TO EXTEND DEADLINE TO RESPOND TO
MOTION FOR SUMMARY JUDGMENT

PBL\4829-6709-6303.v2-6/16/21

deposition exhibits, and many other documents, as well as reviewing the legal authority relating to the issues raised in Defendants' Motion. However, due to the complexity of the evidence and legal issues, Plaintiff requires a modest amount of additional time to finish preparing her Opposition.

Plaintiff requests an additional two weeks, until July 2, 2021, in which to file her Opposition to Defendants' Motion. Because the Court has set a hearing on Defendants' Motion for August 31, 2021 (ECF 38), Plaintiff's requested modest extension should not affect any existing deadlines or settings and should allow ample time for Defendants to file their Reply prior to the hearing.

Accordingly, Plaintiff respectfully requests that the Court allow Plaintiff until July 2, 2021, to file her Opposition to Defendants' Motion for Summary Judgment.

DATED this 16th day of June 2021.

s/ Brandon J. Mark
Brandon J. Mark (OSB No. 041613)
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2021, I electronically filed the foregoing UNOPPOSED MOTION TO ADJUST DEADLINE FOR PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT with the Clerk of the Court using the CM/ECF system which will send electronic notification to of such filing to all CM/ECF participants.


s/ Brandon J. Mark