

**To:**      Walker, Susan[swalker@socc.edu]
**From:**    Sperry, Melissa J
**Sent:**    Wed 3/14/2018 3:47:20 PM
**Subject:** Re: Not sure what to do


Neither Jessica or Nicolle were in class today-- I did encourage Nicolle to not let this affect her education -- she will be in to talk to me this week -- Just wanted to give you a heads up:)



  Melissa Sperry MSN, RNc, NC-BC,
Nursing Faculty
T. 541.888.1533
Southwestern Oregon Community College
http://www.socc.edu
http://www.facebook.com/swocc
http://www.twitter.com/swocc

 *"What lies behind us and what lies before us are tiny matters compared to what lies within us."  ~ Ralph Waldo Emerson*

---

  **From:** Walker, Susan
**Sent:** Wednesday, March 14, 2018 1:06:53 PM
**To:** Sperry, Melissa J
**Subject:** Re: Not sure what to do


Jessica has withdrawn and should not be in class at all.  If she is there ask her to leave.  I talked to Liz and she hadn't shown up for clinical.  She moved her belongings out of the house she was living in and was planning to return to Brookings yesterday.


Susan

---

**From:** Sperry, Melissa J
**Sent:** Wednesday, March 14, 2018 12:49:05 PM
**To:** Walker, Susan
**Subject:** Fw: Not sure what to do


Forwarding this to you with the student's permission. I felt is was important to share how 1 student can be so disruptive


I will be monitoring the groups again today as on Monday. If she is present and disruptive I will excuse her for the rest of the week


  Melissa Sperry MSN, RNc, NC-BC,
Nursing Faculty
T. 541.888.1533

SWOCC-003942

Southwestern Oregon Community College
http://www.socc.edu
http://www.facebook.com/swocc
http://www.twitter.com/swocc

*"What lies behind us and what lies before us are tiny matters compared to what lies within us." ~ Ralph Waldo Emerson*

---

**From:** Gililland, Nicole R
**Sent:** Wednesday, March 14, 2018 11:11 AM
**To:** Sperry, Melissa J
**Subject:** Not sure what to do

I'm not sure how to put this or if I should say anything at all, but I'm really uncomfortable about coming to class today and working in a group with Jessica. She and I got into a huge fight the other night. I was tired of listening to her talk so much crap about all the teachers and not accept and responsibility for her predicament so I pointed out a few things she could've done better and it blew up. Thing is, I've confided in Jessica some things about my past that I'm not proud of back when I was a teenager and I'm afraid if I work with her today it could go badly and she could really embarrass me.

Sorry for the drama but I didn't know who else to say this to.

SWOCC-003943

*Susan's Notes*

**Walker**

**Exhibit 03**

CitiCourt 3/11/21

**4/25/18**

Nicole came to my office door during a class break and stated "why am I getting a zero on my assignment, I had a 77 and now I'm getting a zero (case study assigned by Robin). The instructor won't talk to me and told me to talk to my advisor and she won't talk to me." She also stated I never responded to her messages about an assignment from Melissa. I stated I had responded to the messages and that Melissa had reopened the assignment but Melissa had told me that she (Nicole) was going to take the hit on it and do it.

I told her I didn't know what she was talking about regarding the zero and she repeated herself. Robin then came to the door and stated, "that isn't what I said, I told you to talk to your advisor." Both Nicole and Robin then went to talk to Melissa.

Followed up with faculty – Nicolle had just submitted the case study for Melissa but it hadn't been graded yet. Robin had assigned a case study and it was discovered that Nicole had plagiarized on the pathophysiology section of the case study. Her grade had been changed from a 77 to a zero when the plagiarism was discovered.

**4/25/18, 1600**

I was in the classroom to talk to the first year nursing students about the home-visiting project, afterwards Nicole asked to talk to me and came to my office and closed the door. She stated that she feels targeted and asked why she had a target on her back. I told her that she did not have a target on her back and referred her back to her concern regarding the assignment. She then stated that "this program has violated HIPAA and I can prove it". I asked her what she meant and she stated "she had asked Jade where to go to for a physical, Jade had told her to go to Carrie Kralicek and repeated that she should go to Carrie Kralicek and that somebody must have told us that she had gone to Carrie before. She was going to report Carrie to the board and would never go to her again." I did state that Jade usually recommends going to Audrey Duke. Nicole stated no that she told her to go to Carrie and then stated that she had recommended Audrey Duke. I then stated that we needed to talk about her original concern. She stated that she did the patho on Robin's paper the way Liz told her to do the pathos. Liz told her that she could cut and paste for her patho on the care prep. I stated I would talk to Liz to verify that but that we weren't discussing clinical we were discussing the assignment Robin have given. She stated it was the same that she does for all the pathos referring to the care prep. I repeated that her clinical assignments were not the same as Robin's assignment. She stated but it was a care plan just like clinical and it was a patho. She stated she didn't understand, it was just the disease, how am I supposed to write it if it's just the disease. I then stated that it should be in her own words and her understanding of the disorder for that patient. She referred back to Liz and what Liz required. I then stated that she needed to read the nursing student handbook about plagiarism. Melissa was or had sent her an email about a meeting on Monday at 10 am, I hadn't had the opportunity to check my emails yet, but we did have a meeting scheduled to discuss probation. She asked what her rights were. I referred her to the nursing student handbook and the college student handbook, that she had the right to have a representative with her. She asked if Liz could come. I stated yes, Liz was welcome to come to the meeting but per the handbook Liz or another student could not be a representative for her since she was nursing faculty. I suggested someone from the counseling office. She then asked if she could bring her lawyer. I stated that we would not have the meeting, as we need equal representation. We would reschedule. I then stated the meeting was over and she left.

**4/25/18, 9:10 am**

Contacted Liz. She stated Nicole had sent her a long text message and we were accusing her of plagiarizing on her care plans. Nicole had told her that she was going to talk to the Dean and that I told her she couldn't have her lawyer at a meeting. Nicole had told her that "everyone is out to get her. Jessica was targeted and now she is next." Liz stated that she did not respond to her as she was having an exam done. Liz also stated that Nicole kept asking Liz to call her. Liz sent her a message and said she can't contact her. I asked Liz how she asked them to do their patho. Liz stated that she never said anything about copying and pasting, that they need to have a good understanding of the APA format and use reliable resources, WebMD was not a reliable resource as some had used that, need to have stuff done in their own

SWOCC-000145

words. She stated that Nicole needs to be pushed to do procedures, she tends to sit back as she seems afraid to do something without the nurse holding her hand. She is also concerned that Nicole forgets things. Liz gave the example that Nicole reported that the "nurse hung an IV antibiotic on her patient, Liz asked her why she didn't call her so she (Nicolle) could do it and Nicole responded that we can't do that yet, Liz stated yes you just got checked off in lab and Nicole responded with "we did". She doesn't seem to be processing information.


### 4/30/2018 10:00 am

Meeting with Nicole regarding probation due to plagiarism.

Present:

- Nicole Gililand
- Damon Gill, Introduced himself as Nicole's ex-husband, asked his background (career) stated he was a general contractor
- Francisco Saldivar
- Tim Dailey
- Robin Finney
- Melissa Sperry
- Susan Walker

Asked Nicole to read the section of the handbook regarding the students responsibility during the meeting. Informed Nicole that we were meeting to discuss the probation. Nicole began to speak loudly. During the meeting she:

- referred to plagiarism committed by other students, other students were going to contact Francisco and Tim, she was surprised that they hadn't contacted them, the students wanted to remain anonymous.
- mentioned plagiarism committed by Melissa and showed a PowerPoint presentation on her laptop that "was plagiarized." It was explained by Melissa and Francisco that faculty had academic rights to use materials created by others.
- was referred back to the purpose of the meeting by Francisco. Nicole deflected to other issues in the program. She stated to Francisco that he should have read her emails before he talked to us, that we would stick together and he would not have the truth
- stated that she was filing a lawsuit against the school and Melissa for defamation of character and harassment. She stated loudly, "This is harassment."

During the meeting, Damon Gill, stated that Nicole did not plagiarize, that the issue was a program wide issue. He stated that Victoria Kalmykova is working with Nicole and filing the lawsuit. He stated that we did the same thing to her and used the issue of patient safety against her like we are doing with Nicole.

Nicole was asked by Susan if she was willing to be teachable to become a competent nurse. She was asked what she could do and she stated, I would cite my resources.

Robin had stated that she had not looked for plagiarism in all of the other papers and that she could look for them or have someone else look at them. The decision made was to have someone outside of the nursing faculty look at all of the papers.

The meeting ended and Nicole and Damon went to Francisco or Tim's office


### 5/2/18

It came to my attention that Nicole and Victoria were at Bay Area Hospital yesterday morning sitting together in a public place discussing what is happening here at the college. Victoria was scheduled for clinical. Nicole was not scheduled for clinical and does not do her clinical at BAH. Email was sent to Francisco and Tim of the incident and that this is

SWOCC-000146

inappropriate, against our policy and the hospital policy. The students are considered guests in the facility and the hospital has the right to dismiss a student. They both need to be made aware of what was observed and possible repercussions. I wanted to talk to them but felt one of them should be present.

Later in the day, Pam gave the students her test from the previous week. Both Victoria and Nicole had failed the exam and a decision was made to wait to tell both about the incident.

### 5/8/2018
Went to CVH, spoke with Liz. Asked her about the care plan, repeated that students were not told they could cut and paste, that the information should be in their own words. I asked about the previous statements (not remembering, etc.) and she stated that Nicole was doing okay today. She mentioned that the students have stated that this program puts targets on student's backs. We put a target on Jessica's back, she's gone and now Nicole is next. Liz mentioned that she went through the program, it is stressful, and we don't target people.

### 5/15/18
Pam, Robin and I met with Francisco about email Nicole sent to Pam. Contacted Joy and Nancy @ OSBN, reviewed what was occurring with the student. Per Joy, it is the board's expectation that the director and faculty of the nursing program keep patients safe.

### 5/18/18
Meeting held with Ali, Francisco, Tim, Robin, Pam, Kerry, Melissa and Susan

### 5/21/18
Email received from Joy at the OSBN, requesting follow-up. Responded.

### 5/23/18, 8 am
Meeting held with Nicole, Francisco and myself. Susan mentioned progression in the program, Nicole will not go to clinical on Tuesday and will do a simulation with me in the lab. Nicole stated that she is seeing her in-home patient next Tuesday. Asked when, she stated in the afternoon. Asked her to come in the morning, I would send her a case scenario, she needed to do a care prep, and it would be her prep for the day. She mentioned it could be her clinical make-up as she had missed a clinical, I mentioned that was a good idea. She did ask why was she doing that, I did mentioned it was just to see how she was doing, it was not meant to fail her, it was meant to help her. She mentioned being anxious when working with simulation, I replied that I would guide her and help her through the simulation.

10:15  Nicole asked if she could talk to me as I was leaving. I told her I was on my way to the hospital to do rounds and for a meeting. She asked if I would be back and I said yes.

12:55  Returned to campus. Nicole came to my office, stated that she didn't understand why she had to do the simulation, she wanted to be done with this, she mentioned the plagiarism, testing points, her situation that she is in. I mentioned that let's just move forward so we could get this done. She again repeated previous information about grades, 10% reduction, others haven't had to do that. I referred her to the handbook and again mentioned that we needed to move forward, she needed to come on Tuesday for the simulation and let's move forward. Kerry came to my door and mentioned class was starting. Nicole went to the classroom.

SWOCC-000147

1:50  Email received from Nicole and forwarded to Francisco and Tim

Perhaps email is best for both of us.

Either you're going to do the right thing or you're not. I had a very good reason for requesting to take the tests early and I have mountains of medical records to prove it. I'm as guilty of plagiarism as everyone else in this program. You are allowing this to happen to me when I know you know that I don't deserve it. I just went to the Presidents office and now I'm telling you; today is the last day I'm willing to offer a peaceful resolution. Tell your staff to treat Victoria and myself fairly (Pam and Melissa), reinstate my grades and end this probation and in turn I will resend all complaints against you and members of your staff with the school and the nursing board. I will forgive and forget and never speak of this again, I'll even sign a non disclosure agreement. All I want is to graduate and move away. I'm not asking for special treatment, I have what it takes to get there on my own.  If you prevent that from happening I will dedicate the rest of my life to exposing everything that wrong with this program/school. I have a reporter I've been speaking with from the Oregonian they want to interview Victoria and myself, they mentioned the exposure will help us secure a legal team willing to take on the multimillion dollar lawsuit against the school and the individuals involved. We will lobby the change the laws surrounding "academic freedom" that has allowed your staff to hurt so many students and your faces will be at the front of it. I don't want ANY of this, but I will do whatever I have to do to make this right.
Nicole Gililland

**5/25/18** Robin shared a text message sent to her from Nicole.  See copy of text.

**5/27/18** Email received from Nicole, sent 5/26/18 to Francisco and myself.

Susan and Francisco,
We need to reschedule this simulation on Tuesday morning. My attorney is in Eugene and that time doesn't work for him. I will not submit to anymore of this harassment without an attorney present and seeing as how you lack a legitimate reason why I'm continuing to be singled out, harassment is exactly what this is. We can do my advisory appointment at that time (still waiting on that) and reschedule the simulation at a time that works for everyone.
Thanks,
Nicole Gililland

**5/28/18** Email sent to Joy and Nancy at OSBN

**5/29/18** Email sent to Nicole @ 8:01.  Nicole came to my door at approximately 8:05 am.  She asked if I had received her email.  I stated yes and that I had responded to her email.  I informed her that we would not have an advisory meeting this morning in place of the simulation.  She could sign up for an advisory meeting on my calendar.  She signed up for 4 pm today.  At 8:43 am Nicole sent an email, forwarded to Francisco and Tim.

**6/4/18** Email from Nicole forwarded from Kerry.

**6/6/18** Robin discussed incident at hospital, concern related to comment made to student by Nicole and Victoria. Instructed to document the incident.

**6/7/18** Per Melissa, at the beginning of class Nicole came to the podium and announced that she was leaving early for a phone call with the board of education.  Students were present.  She left class at 3.



SWOCC-000148

**Walker**

**Exhibit 04**

CitiCourt 3/11/21

**To:**        Gililland, Nicole R[nicole.gililland@email.socc.edu]
**Cc:**        Walker, Susan[swalker@socc.edu]
**From:**     Sperry, Melissa J
**Sent:**      Wed 4/25/2018 3:38:20 PM
**Subject:**   Pathophysiology papers
<u>Nicole G Student Deficiency.pdf</u>

Hello Nicole

It has been identified that many of your pathophysiology papers have been copied directly from online resources. This is known as plagiarism and is not acceptable per policy.

Your pathophysiology regarding General Anesthesia was copied from Scientific America Online:
<u>https://www.scientificamerican.com/article/how-does-anesthesia-work/</u>

How does anesthesia work? - Scientific American
www.scientificamerican.com
Scientific American is the essential guide to the most awe-inspiring advances in science and technology, explaining how they change our understanding of the world and shape our lives.

Pathophysiology on Osteoporosis was copied from the Cleveland Clinic Online:
<u>http://www.clevelandclinicmeded.com/medicalpubs/diseasemanagement/endocrinology/osteoporosis-disease/</u>

Osteoporosis - Cleveland Clinic
www.clevelandclinicmeded.com
Osteoporosis Online Medical Reference - pathophysiology, signs and symptoms, and treatment options. Authored by Mario Skugor of the Cleveland Clinic. Primary osteoporosis is a metabolic bone disease characterized by low bone mass and microarchitectural deterioration of bone tissue, leading to enhanced bone fragility and increased fracture risk.

Your pathophysiology on CHF was copied from Respiratory Care Journal Online:
*www.rcjournal.com/contents/04.06/04.06.0403.pdf*

None of these resources were cited in text.

It has also been found that the pathophysiology paper you submitted with your care plan week 2 on urinary tract infection was copied directly from the Merck Manual Professional Version Online.
<u>https://www.merckmanuals.com/professional/genitourinary-disorders/urinary-tract-infections-utis/bacterial-urinary-tract-infections-utis</u>

SWOCC-002801



Bacterial Urinary Tract Infections
(UTIs) - Genitourinary ...
www.merckmanuals.com
Bacterial Urinary Tract Infections (UTIs) - Etiology,
pathophysiology, symptoms, signs, diagnosis &
prognosis from the Merck Manuals - Medical
Professional Version.

Susan is following up with Liz.

Susan and I would like to meet with you on Monday during your regularly scheduled advising meeting at 10:00 am to discuss this. You are welcome to bring a support person that is not in the nursing program as an observer only.

Melissa Sperry MSN, RNc, NC-BC,
Nursing Faculty
T. 541.888.1533
Southwestern Oregon Community College
http://www.socc.edu
http://www.facebook.com/swocc
http://www.twitter.com/swocc

*"What lies behind us and what lies before us are tiny matters compared to what lies within us." ~ Ralph Waldo Emerson*

SWOCC-002802



Walker

**Exhibit 05**

CitiCourt 3/11/21

**Southwestern Oregon Community College**
**Nursing Program**
**Student Deficiency Form**

**Student Name** Nicole Gililland _____   **Student ID#** _____

**Advisor** Melissa Sperry RNc _____

**Date** 4/25/18 _____

**Reason:**

   1) Low Test Scores  Current grades below 75% passing level: NRS 231- 64.17%  NRS 233 - 64.62%  NRS 112 04 51.-.69% exam grades

   2) Absences:      Clinical _____ Class _____ Skills Lab _____

   3) Failure to complete and turn in assignments/tests _____

   4) Unsafe Clinical Performance _____ Explanation: _____

   _____

   _____

   _____

   5) Violation of Handbook Policies (Description; Page #)  page 28 : Academic plagiarism- case study done week 3 - all pathophysiology

   papers directly copied and pasted from Online sources. Page 29 inability to meet course outcomes  through application of theory and nursing principles

   in the clinical setting:Final care plan week 3. Page 34 Plagiarism Page 37 Lack of Integrity or accountability: plagiarism

   _____

   6) Skills not completed at end of term assigned _____

   7) Other _____

   _____

   _____

   _____

**Action Plan**  Placed on level 2 probation: Probation will conintue through entirety of nursing program. Additional offenses will require immediate

   dismissal from the program. Page 39

   _____

   _____

   _____

   _____

**Date of Re-evaluation** ongoing _____

**Outcome** _____


_____         _____
         **Student Signature**                              **Nursing Advisor Signature**

_____
      **Director of Nursing Signature**


Distribution:        Coordinator of Program          Advisor        Student

JS: 4/15  I:\Advising\Faculty Forms\Student Deficiency Form

SWOCC-002803

**Walker, Susan**

| | |
|---|---|
| **From:** | Finney, Robin S |
| **Sent:** | Monday, April 30, 2018 8:38 AM |
| **To:** | Walker, Susan |
| **Subject:** | FW: Grade |



Sent from <u>Mail</u> for Windows 10

**From:** Gililland, Nicole R
**Sent:** Thursday, April 26, 2018 9:08:46 PM
**To:** Finney, Robin S
**Subject:** Re: Grade

Robin,

I can think of legitimate plagiarism committed by every single student. Actually, some of my fellow classmates have approached me yesterday and today to point out times they have accidentally forgotten to properly cite their work. Just last week in your class we all made presentations, we all copied the information from our textbooks word for word, and not a single person cited their sources. Also in Melissa's class in week two, her case study, several of my classmates admitted to using their textbooks for that assignment and forgot to cite it. Nursing diagnosis, patho, there is plagiarism all over the place because we've all gotten sloppy on properly citing resources. This is absolutely a program wide issue. I think the fact that Melissa failed to see the plagiarism on her case studies, but found it on mine in your class is just further evidence of her unethical behavior towards me because literally every student is guilty of this, all you have to do is look. I will not have my reputation and future destroyed over this simply because Melissa is abusing power, or at the very least I intend to fight this and none of it is difficult to prove. I think you're a great teacher and I apologize for rushing the end of my case study and being sloppy at the tail end, I was struggling all week to catch up after being extremely ill AND I wasted all of the weekend on a bogus assignment from Melissa (I have the emails to prove that thankfully). I'm a ball of anxiety lately, but one thing I'm not is a liar.

Nicole Gililland

**From:** Finney, Robin S
**Sent:** Wednesday, April 25, 2018 3:15:38 PM
**To:** Gililland, Nicole R
**Subject:** RE: Grade

Nicole,

We need to talk about this. Please make an appointment with myself and your advisor, as discussed earlier in the hallway.

Thanks,
Robin

Sent from <u>Mail</u> for Windows 10

SWOCC-000129

**From:** Gililland, Nicole R
**Sent:** Wednesday, April 25, 2018 2:07:28 PM
**To:** Finney, Robin S
**Subject:** Grade

*In class*

Hey Robin,

The case study is showing up as 0%. Originally it was 77%, but now I'm failing every class. Is this an error?

Nicole

SWOCC-000130

**Walker**

**Exhibit 08**

CitiCourt 3/11/21

exhibitsticker.com

**From:** Dailey, Tim
**To:** Saldivar, Francisco W
**Subject:** FW: Board of Nursing
**Date:** Wednesday, May 16, 2018 4:49:57 PM
**Importance:** High

This has spun out of control. I was hoping that she would focus on her nursing classes and allow the process to move along. I sent an email calling for patience and calm. She is ignoring our counsel. I'm not sure how to advise her at this point. If she keeps up her campaign either she will fail a class or get dismissed due to disruptive behavior. Am I over stating my concerns? t

Tim Dailey *(pronouns: he/him)*
VP of Enrollment and Student Services
Southwestern Oregon CC
1988 Newmark Ave.
Coos Bay Oregon 97459
tdailey@socc.edu
541-888-7439



Southwestern Oregon Community College is an equal opportunity educator and employer.

THIS MESSAGE AND ACCOMPANYING DOCUMENTS ARE COVERED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. §§ 2510-2521, AS AMENDED, AND CONTAINS INFORMATION INTENDED FOR THE SPECIFIED INDIVIDUAL(S) ONLY. THIS INFORMATION IS CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OR AN AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR AND THAT ANY REVIEW, DISSEMINATION, COPYING, OR THE TAKING OF ANY ACTION BASED ON THE CONTENTS OF THIS INFORMATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY E-MAIL, AND DELETE THE ORIGINAL MESSAGE.

**From:** Walker, Susan
**Sent:** Wednesday, May 16, 2018 4:36 PM
**To:** Dailey, Tim <tdailey@socc.edu>; Saldivar, Francisco W <francisco.saldivar@socc.edu>
**Subject:** FW: Board of Nursing
**Importance:** High

We need to discuss the direct threat from Nicole below as this has gone too far.
Susan

SWOCC-000481

**From:** Wick, Pam
**Sent:** Wednesday, May 16, 2018 4:30 PM
**To:** Walker, Susan <swalker@socc.edu>
**Subject:** FW: Board of Nursing

---

**From:** Gililland, Nicole R
**Sent:** Wednesday, May 16, 2018 4:22 PM
**To:** Wick, Pam <pam.wick@socc.edu>
**Subject:** Board of Nursing

Pam,

I didn't think it was appropriate to get into it in front of the other students, but the Oregon State Board of Nursing is most definitely NOT okay with corrupt nursing instructors abusing their power to harass and hurt their students. If you honestly believe they are, please write a statement to that effect to include in this investigation. The formal complaints I've filed with the board of nursing are against Susan and Melissa, I'm happy to include you too if you don't stop skimming my grades.

Thanks,
Nicole Gililland

SWOCC-000482



Walker

Exhibit 11

CitiCourt 3/11/21

| **From:** | Dailey, Tim |
| --- | --- |
| **To:** | Saldivar, Francisco W; Mageehon, Ali; Walker, Susan |
| **Cc:** | Scott, Patty |
| **Subject:** | FW: Complaints* |
| **Date:** | Thursday, May 24, 2018 10:14:46 AM |

FYI, I don't know if others received this or not. No surprise here. Let me know next steps. Thx t

Tim Dailey (pronouns: he/him)
VP of Enrollment and Student Services
Southwestern Oregon CC
1988 Newmark Ave.
Coos Bay Oregon 97459
tdailey@socc.edu
541-888-7439

Southwestern Oregon Community College is an equal opportunity educator and employer.

THIS MESSAGE AND ACCOMPANYING DOCUMENTS ARE COVERED BY THE ELECTRONIC
COMMUNICATIONS PRIVACY ACT, 18 U.S.C. §§ 2510-2521, AS AMENDED, AND CONTAINS
INFORMATION INTENDED FOR THE SPECIFIED INDIVIDUAL(S) ONLY. THIS INFORMATION IS
CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OR AN AGENT RESPONSIBLE FOR
DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE
RECEIVED THIS DOCUMENT IN ERROR AND THAT ANY REVIEW, DISSEMINATION, COPYING, OR
THE TAKING OF ANY ACTION BASED ON THE CONTENTS OF THIS INFORMATION IS STRICTLY
PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US
IMMEDIATELY BY E-MAIL, AND DELETE THE ORIGINAL MESSAGE.

-----Original Message-----
From: Nicole Gililland <nicolegililland15@gmail.com>
Sent: Thursday, May 24, 2018 9:43 AM
To: Dailey, Tim <tdailey@socc.edu>
Subject: Complaints*

Today I'm filing formal complaints with the ACCSC and the US Department of Education Inspector General. If
possible I would like a response today on why my complaint to you has not been filed in a formal matter and how to
achieve that ASAP. I've given SWOCC every opportunity to resolve this internally and peacefully, I'm sorry that's
not the route that was chosen.

SWOCC-001060

Walker

**Exhibit 13**

CitiCourt 3/11/21

**From:** Walker, Susan
**To:** Saldivar, Francisco W; Dailey, Tim
**Subject:** FW: Reschedule
**Date:** Tuesday, May 29, 2018 8:47:01 AM

FYI

**From:** Gililland, Nicole R
**Sent:** Tuesday, May 29, 2018 8:43 AM
**To:** Walker, Susan <swalker@socc.edu>
**Subject:** Re: Reschedule

For the record, I don't feel last week was an advisory appointment. We didn't discuss anything I need advising on and when I tried to discuss those things I was told we'd discuss them another time. Almost immediately following that meeting I emailed Francisco to express my discomfort with the simulation. He said he would call me to discuss it, he never did. I feel it's incredibly inappropriate to continue feeding this false narrative that there's any reason to be concerned about my patient skills. I have passed every simulation with flying colors and every week in clinical I get positive feedback about my patient care. I have not done anything wrong. I have offered resolution multiple times to no avail.. If legal remedies are what remain, so be it.  Again, I just want to be clear that last week was not an advisory appointment and we didn't "come up with a plan for progression."

See you at 4. You're welcome to have whoever you'd like present, I just need clarification on some upcoming assignments so I can do them to your standards.

Thanks,
Nicole Gililland

**From:** Walker, Susan
**Sent:** Tuesday, May 29, 2018 8:00:39 AM
**To:** Gililland, Nicole R; Saldivar, Francisco W
**Subject:** RE: Reschedule

Nicole,

In the advisory meeting that we had last week, we developed a plan for progression which involved a simulation for today.  We will not meet for an advisory appointment during the scheduled lab time as I am also working with another individual.  You may sign up on my schedule that is posted on my door for an advising meeting.

Susan

**From:** Gililland, Nicole R
**Sent:** Saturday, May 26, 2018 4:55 PM
**To:** Saldivar, Francisco W <francisco.saldivar@socc.edu>; Walker, Susan <swalker@socc.edu>
**Subject:** Reschedule

SWOCC-000533

Susan and Francisco,

We need to reschedule this simulation on Tuesday morning. My attorney is in Eugene and that time doesn't work for him. I will not submit to anymore of this harassment without an attorney present and seeing as how you lack a legitimate reason why I'm continuing to be singled out, harassment is exactly what this is. We can do my advisory appointment at that time (still waiting on that) and reschedule the simulation at a time that works for everyone.

Thanks,
Nicole Gililland

SWOCC-000534

**Walker**

**Exhibit 14**

CitiCourt 3/11/21

exhibitsticker.com

| | |
|---|---|
| **From:** | Dailey, Tim |
| **To:** | Walker, Susan; Saldivar, Francisco W |
| **Subject:** | RE: Reschedule |
| **Date:** | Tuesday, May 29, 2018 6:25:24 PM |

Just an FYI, Nicole stopped by my office at 11:30 today.  She informed me that she is planning to go to the national media along with the Dept... Of Ed.  Francisco and I met at 10:00 to talk about the latest information.

I told Nicole the following,
She is still on probation
She is receiving a zero for her case study
She is receiving a 10% reduction on her exams she took late

She also talked about being placed in the simulation lab and that she is not or never has been unsafe with patients.

She feels that she has been targeted and is not receiving the kind of support necessary to resolve the issue of plagiarism and being put on probation.

I told her that we are indeed working on the complaint.

She unfortunately does not have many options.    Our current Grade Appeal policy does not fit her situation.    I did send her the Discrimination/Harassment policy and form last Friday.  I have not received anything to this date.

So this is what I know for now.  Thx t


Tim Dailey *(pronouns: he/him)*
VP of Enrollment and Student Services
Southwestern Oregon CC
1988 Newmark Ave.
Coos Bay Oregon 97459
tdailey@socc.edu
541-888-7439



Southwestern Oregon Community College is an equal opportunity educator and employer.


THIS MESSAGE AND ACCOMPANYING DOCUMENTS ARE COVERED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. §§ 2510-2521, AS AMENDED, AND CONTAINS INFORMATION INTENDED FOR THE SPECIFIED INDIVIDUAL(S) ONLY. THIS INFORMATION IS

SWOCC-000646

CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OR AN AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR AND THAT ANY REVIEW, DISSEMINATION, COPYING, OR THE TAKING OF ANY ACTION BASED ON THE CONTENTS OF THIS INFORMATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY E-MAIL, AND DELETE THE ORIGINAL MESSAGE.

**From:** Walker, Susan
**Sent:** Tuesday, May 29, 2018 8:51 AM
**To:** Saldivar, Francisco W <francisco.saldivar@socc.edu>; Dailey, Tim <tdailey@socc.edu>
**Subject:** RE: Reschedule

I emailed Joy and Nancy at the Board of Nursing and am awaiting their reply.  I do feel we need to resolve this and not let it play out.

**From:** Walker, Susan
**Sent:** Tuesday, May 29, 2018 8:47 AM
**To:** Saldivar, Francisco W <francisco.saldivar@socc.edu>; Dailey, Tim <tdailey@socc.edu>
**Subject:** FW: Reschedule

FYI

**From:** Gililland, Nicole R
**Sent:** Tuesday, May 29, 2018 8:43 AM
**To:** Walker, Susan <swalker@socc.edu>
**Subject:** Re: Reschedule

For the record, I don't feel last week was an advisory appointment. We didn't discuss anything I need advising on and when I tried to discuss those things I was told we'd discuss them another time. Almost immediately following that meeting I emailed Francisco to express my discomfort with the simulation. He said he would call me to discuss it, he never did. I feel it's incredibly inappropriate to continue feeding this false narrative that there's any reason to be concerned about my patient skills. I have passed every simulation with flying colors and every week in clinical I get positive feedback about my patient care. I have not done anything wrong. I have offered resolution multiple times to no avail.. If legal remedies are what remain, so be it.  Again, I just want to be clear that last week was not an advisory appointment and we didn't "come up with a plan for progression."

See you at 4. You're welcome to have whoever you'd like present, I just need clarification on some upcoming assignments so I can do them to your standards.

Thanks,
Nicole Gililland

**From:** Walker, Susan

SWOCC-000647

**Sent:** Tuesday, May 29, 2018 8:00:39 AM
**To:** Gililland, Nicole R; Saldivar, Francisco W
**Subject:** RE: Reschedule

Nicole,

In the advisory meeting that we had last week, we developed a plan for progression which involved a simulation for today. We will not meet for an advisory appointment during the scheduled lab time as I am also working with another individual. You may sign up on my schedule that is posted on my door for an advising meeting.

Susan

---

**From:** Gililland, Nicole R
**Sent:** Saturday, May 26, 2018 4:55 PM
**To:** Saldivar, Francisco W <francisco.saldivar@socc.edu>; Walker, Susan <swalker@socc.edu>
**Subject:** Reschedule

Susan and Francisco,

We need to reschedule this simulation on Tuesday morning. My attorney is in Eugene and that time doesn't work for him. I will not submit to anymore of this harassment without an attorney present and seeing as how you lack a legitimate reason why I'm continuing to be singled out, harassment is exactly what this is. We can do my advisory appointment at that time (still waiting on that) and reschedule the simulation at a time that works for everyone.

Thanks,
Nicole Gililland

SWOCC-000648

**To:**      Saldivar, Francisco W[francisco.saldivar@socc.edu]
**From:**    Dailey, Tim
**Sent:**    Fri 6/1/2018 11:50:45 AM
**Subject:** FW: Question

**Walker**

**Exhibit 15**

CitiCourt 3/11/21

I spoke with Rod today.  He told the same thing to Susan.  So it looks like the majority of nursing students can be guilty of plagiarism.   We will need to decide next steps.  I don't think Susan will be willing to reconsider Nicole's situation.  t


Tim Dailey *(pronouns: he/him)*
VP of Enrollment and Student Services
Southwestern Oregon CC
1988 Newmark Ave.
Coos Bay Oregon 97459
tdailey@socc.edu
541-888-7439



Southwestern Oregon Community College is an equal opportunity educator and employer.

THIS MESSAGE AND ACCOMPANYING DOCUMENTS ARE COVERED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. §§ 2510-2521, AS AMENDED, AND CONTAINS INFORMATION INTENDED FOR THE SPECIFIED INDIVIDUAL(S) ONLY. THIS INFORMATION IS CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OR AN AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR AND THAT ANY REVIEW, DISSEMINATION, COPYING, OR THE TAKING OF ANY ACTION BASED ON THE CONTENTS OF THIS INFORMATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY E-MAIL, AND DELETE THE ORIGINAL MESSAGE.

---

**From:** Gililland, Nicole R
**Sent:** Friday, June 01, 2018 10:12 AM
**To:** Saldivar, Francisco W <francisco.saldivar@socc.edu>; Dailey, Tim <tdailey@socc.edu>
**Subject:** Fw: Question

---

**From:** Wozniak, Marta
**Sent:** Friday, June 1, 2018 10:05:36 AM
**To:** Gililland, Nicole R
**Subject:** RE: Question


Hi Nicole,
You are absolutely right. It is "considered plagiarism to copy word for word text from our textbooks and course materials if we don't properly cite the source in our work." Also, we should remember to enclose all borrowed words with quotation marks if we are actually quoting, and not paraphrasing. If a student includes a citation, but  forgets quotation marks for material copied word for word, it would also be an example of plagiarism.

SWOCC-002575

Keep up the good work,

*Marta*

Marta Wozniak
Associate Professor of Writing and Literature
Southwestern Oregon Community College, Curry Campus
96082 Lone Ranch Parkway, Brookings, OR 97415
541-813-1670



Southwestern Oregon Community College is an equal opportunity employer and educator.

---

**From:** Gililland, Nicole R
**Sent:** Friday, June 01, 2018 8:38 AM
**To:** Wozniak, Marta <mwozniak@socc.edu>
**Subject:** Question

Hello Professor Wozniak,

My name is Nicole Gililland and I'm a student here at SWOCC. I have a question regarding APA citations and plagiarism and since you teach so much English/Writing and even Academic Literacy here at the college, I knew you could probably answer.

Is it considered plagiarism to copy word for word text from our textbooks and course materials if we don't properly cite the source in our work?

Yesterday someone told me that it's only considered plagiarism if you copy an outside source (like a website or book not in the syllabus). They said students and teachers have assumed permission to copy from our textbooks. This sounded wrong to me. Can you tell me if this is accurate?

Thank you for your time,
Nicole Gililland

SWOCC-002576

**Walker**

**Exhibit 17**

CitiCourt 3/11/21

Date:  June 7, 2018
To:  Susan Walker, Melissa Sperry
Re:  Nicole Gililland
Fr:  Tim Dailey, Francisco Saldivar

This document will address two issues.  The first is an allegation of a plagiarized care plan and the second is points being deducted for a late assignment.

Over the past 5 weeks we have been investigating a complaint made by Nicole Gililland.  Nicole has been accused by Melissa of plagiarizing a care plan that was turned in to instructor Robin Finney.  A meeting to discuss the plagiarism was held on April 30, 2018 which resulted in Nicole being placed on probation and points being deducted from the assignment in question.

After that meeting, Francisco requested that Rod Keller, the Dean of LDC and a 35-year writing instructor, review a sample of other student's care plans.  After review, he concluded that of the care plans he sampled, the majority were cited incorrectly. Rod brought this information to Susan last week.

Nicole also reported that nursing students who do PowerPoint presentations in class have not been using proper citations for the information presented.  Both Rod and Marta Wozniak, a writing faculty member, have confirmed that students must cite their sources for presentations to meet APA guidelines.

From the information we have gathered it appears that additional training in APA citations is necessary for nursing students.  Rod informed us that there is a one credit class that teaches proper citing and that the nursing program is considering implementing this class.

With regards to the late assignment due to Nicole's illness, emails between Nicole and Melissa are confusing regarding the assignment that was posted for Nicole to complete.  Melissa confirms the confusion in an email indicating a "miscommunication" has occurred.

We also believe that Nicole had a legitimate reason for missing class due to a doctor's appointment that was a follow-up to a kidney infection.   Information regarding the kidney infection is well documented in emails between Susan, Melissa and Nicole.  Nicole has proof of the medical appointment.

Given all of this we believe the following should occur:

1.  That Nicole be removed from a probationary status and returned to good standing with the Nursing Program.
2.  That points be restored to the assignments in question.

Based on the evidence we have collected, we believe this is a fair and equitable solution.

Sincerely,

OFFICE OF ENROLLMENT & STUDENT SERVICES  |  TIM DAILEY, VICE PRESIDENT   |  541.888.7439  |  tdailey@socc.edu
1988 NEWMARK AVENUE  |  COOS BAY, OREGON 97420  |  541.888.2525  |  800.962.2838

Southwestern Oregon Community College is an equal opportunity educator and employer.

SWOCC-000581



| | |
|---|---|
| **From:** | Dailey, Tim |
| **To:** | Walker, Susan |
| **Cc:** | Saldivar, Francisco W |
| **Subject:** | FW: Update |
| **Date:** | Wednesday, June 13, 2018 9:41:59 AM |

Good morning Susan, I wanted to send you the latest email from Nicole.    Do you have any additional information you can share with Francisco and myself?   We will need to respond to her..  Thanks t

Tim Dailey (pronouns: he/him)
VP of Enrollment and Student Services
Southwestern Oregon CC
1988 Newmark Ave.
Coos Bay Oregon 97459
tdailey@socc.edu
541-888-7439

   Southwestern Oregon Community College is an equal opportunity educator and employer.

THIS MESSAGE AND ACCOMPANYING DOCUMENTS ARE COVERED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. §§ 2510-2521, AS AMENDED, AND CONTAINS INFORMATION INTENDED FOR THE SPECIFIED INDIVIDUAL(S) ONLY. THIS INFORMATION IS CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OR AN AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR AND THAT ANY REVIEW, DISSEMINATION, COPYING, OR THE TAKING OF ANY ACTION BASED ON THE CONTENTS OF THIS INFORMATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY E-MAIL, AND DELETE THE ORIGINAL MESSAGE.


-----Original Message-----
From: Nicole Gililland <nicolegililland15@gmail.com>
Sent: Wednesday, June 13, 2018 6:01 AM
To: Dailey, Tim <tdailey@socc.edu>
Subject: Update

Tim,

It's the end of the year and I would like an update please. It appears that I will just barely fail one class, although Susan had to manipulate which assignments go with what class to ensure it. These grades that they changed (about 2 months ago now) make the difference between passing and failing. If this is going to be allowed I need to know now so I can file suit and get this court case going and hopefully resolved in time for fall.

Nicole

SWOCC-000541

| Term Name | 2017-2018 Academic Year |
|---|---|
| Course Code | Fall Term |
| Section Code | NRS 110 |
| Assignment Name | 04 |
| Created By | Sperry , Melissa ( msper61 ) |
| Assessment Document Title | GSLO Communication 2016 |
| Showing Deleted Students | No |



Sperry

Exhibit 26

CitiCourt 3/11/21

SWOCC-000298

## Rubric View: GSLO Communication 2016

| | Exemplary Proficiency (4 pts) | Marginal Proficiency (3 pts) | Emerging Proficiency (2 pts) | Lacks Demonstrated Proficiency (1 pts) | Mean | Mode | Stdev |
|---|---|---|---|---|---|---|---|
| Control of Syntax and Mechanics | 5 | 0 | 0 | 0 | 4.000 | 4.000 | 0.000 |
| Comprehension | 5 | 0 | 0 | 0 | 4.000 | 4.000 | 0.000 |
| Supporting Material | 4 | 1 | 0 | 0 | 3.800 | 4.000 | 0.400 |
| Analysis: Interacting with texts in parts and as wholes | 4 | 1 | 0 | 0 | 3.800 | 4.000 | 0.400 |

| | |
|---|---|
| Control of Syntax and Mechanics *std_text* | 5 (100.00%) |
| Comprehension *std_text* | 5 (100.00%) |
| Supporting Material *std_text* | 4 (80.00%)   1 (20.00%) |
| Analysis: Interacting with texts in parts and as wholes *std_text* | 4 (80.00%)   1 (20.00%) |

- Exemplary Proficiency
- Marginal Proficiency
- Emerging Proficiency
- Lacks Demonstrated Proficiency

## Roster View: GSLO Communication 2016

| Student | Assessor | Control of Syntax and Mechanics | Comprehension | Supporting Material | Analysis: Interacting with texts in parts and as wholes |
|---|---|---|---|---|---|
| Nicole Gililland | Melissa Sperry | Exemplary Proficiency | Exemplary Proficiency | Marginal Proficiency | Marginal Proficiency |



Ex. 26-2

SWOCC-000299

Sperry

Exhibit 27

CitiCourt 3/11/21

**To:**      nicole.gililland@email.socc.edu[nicole.gililland@email.socc.edu]
**From:**   melissa.sperry@socc.edu
**Sent:**    Mon 1/22/2018 10:53:27 AM
**Subject:**  Melissa Sperry has given feedback on your Living with Chronic Illness Journal Entry Assignment

In your Found of Nrsg in Chronic Illness IIllness I course, Melissa Sperry has given feedback on your Living with Chronic Illness Journal Entry Assignment, saying:

Great start Nicole

Your are looking at your disease from the pathophysiological, patient and nursing angles. I like the way you expressed the fear

To view your Assignment, you can go directly to:
https://mylakerlink.socc.edu/ICS/Academics/NRS/NRS__111/2017_WI-NRS__111-04/Coursework.jnz?portlet=Coursework&screen=StudentAssignmentDetailView&screenType=change&id=4732fb77-34ac-4df2-9a40-cddc915aaac7

SWOCC-003006

**Sperry**

**Exhibit 29**

CitiCourt 3/11/21

**To:**      nicole.gililland@email.socc.edu[nicole.gililland@email.socc.edu]
**From:**    melissa.sperry@socc.edu
**Sent:**    Wed 2/14/2018 4:01:05 PM
**Subject:** Melissa Sperry has given feedback on your Living with Chronic Illness Journal Entry Assignment

In your Found of Nrsg in Chronic Illness IIllness I course, Melissa Sperry has given feedback on your Living with Chronic Illness Journal Entry Assignment, saying:


hi Nicole

Thank you for submitting your journal entry to my email although it was past the due date.

I really like how you have identified the difference between a CVA and TIA-- I would like to see more of the how you think you would feel vulnerable as this patient.


To view your Assignment, you can go directly to:
https://mylakerlink.socc.edu/ICS/Academics/NRS/NRS__111/2017_WI-NRS__111-04/Coursework.jnz?portlet=Coursework&screen=StudentAssignmentDetailView&screenType=change&id=593200ae-a576-417c-b6ad-9bee809c9506

SWOCC-002995



Sperry

Exhibit 30

CitiCourt 3/11/21

**To:** Sperry, Melissa J[melissa.sperry@socc.edu]
**From:** Gililland, Nicole R
**Sent:** Wed 3/14/2018 12:34:46 PM
**Subject:** Re: Not sure what to do

And thank you very much for saying what you did about the past. But perhaps those might be some of the details we can discuss confidentiality so that you can assess if they may effect me negatively down the road if someone like Jessica chooses to try to be destructive.

---

From: Gililland, Nicole R
Sent: Wednesday, March 14, 2018 12:17:20 PM
To: Sperry, Melissa J
Subject: Re: Not sure what to do

You're* my mentor

---

From: Gililland, Nicole R
Sent: Wednesday, March 14, 2018 12:16:36 PM
To: Sperry, Melissa J
Subject: Re: Not sure what to do

No, I don't mind. But I'm only human and at this point I can only take so much. I'm crawling to the finish line and I'm working with my group right now on the computer. If you would like to set up a meeting I can fill you in on more details, your my mentor and I want you to understand. I'm not looking for special treatment and all of my work will be completed.

---

From: Sperry, Melissa J
Sent: Wednesday, March 14, 2018 12:11:26 PM
To: Gililland, Nicole R
Subject: Re: Not sure what to do

Do not jeopardize your education -- being a nurse is being professional and able to work with those we do not always agree with. Past is past and has no reflection on you- we have all made mistakes and hopefully have grown from them. I will be monitoring the group today as I did no Monday so there should be no problem. Do you mind if I share this with Susan?

Melissa Sperry MSN, RNc, NC-BC,
Nursing Faculty
T. 541.888.1533
Southwestern Oregon Community College
http://www.socc.edu
http://www.facebook.com/swocc
http://www.twitter.com/swocc

"What lies behind us and what lies before us are tiny matters compared to what lies within us."  ~ Ralph Waldo Emerson

---

From: Gililland, Nicole R
Sent: Wednesday, March 14, 2018 11:11:32 AM
To: Sperry, Melissa J
Subject: Not sure what to do

I'm not sure how to put this or if I should say anything at all, but I'm really uncomfortable about coming to class today and working in a group with Jessica. She and I got into a huge fight the other night. I was tired of listening to her talk so much crap about all the teachers and not accept and responsibility for her predicament so I pointed out a few things she could've done better and it blew up. Thing is, I've confided in Jessica some things about my past that I'm not proud of back when I was a teenager and I'm afraid if I work with her today it could go badly and she could really embarrass me.

Sorry for the drama but I didn't know who else to say this to.

SWOCC-002978