
Sperry

**Exhibit 34**

CitiCourt 3/11/21

**Walker, Susan**

| | |
|---|---|
| **From:** | Gililland, Nicole R |
| **Sent:** | Wednesday, April 18, 2018 12:00 PM |
| **To:** | Walker, Susan |
| **Subject:** | Fw: Appointment |

**From:** Sperry, Melissa J
**Sent:** Tuesday, April 17, 2018 8:43:55 AM
**To:** Gililland, Nicole R
**Subject:** Re: Appointment

I have an appt at 1600 already today. please check in when you get back

MELISSA SPERRY MSN, RNC, NC-BC,
NURSING FACULTY
T. 541.888.1533
SOUTHWESTERN OREGON COMMUNITY COLLEGE
http://www.socc.edu
http://www.facebook.com/swocc
http://www.twitter.com/swocc

*"What lies behind us and what lies before us are tiny matters compared to what lies within us." ~ Ralph Waldo Emerson*

**From:** Gililland, Nicole R
**Sent:** Monday, April 16, 2018 6:21:36 PM
**To:** Sperry, Melissa J
**Subject:** Re: Appointment

Tomorrow afternoon after clinical? Also, it did say Weds at 0900, so I apologize but I quadruple checked it before I stopped work on it last night and now it's gone. I'll email it to you tonight as soon as it is complete.

**From:** Sperry, Melissa J
**Sent:** Monday, April 16, 2018 6:16:46 PM
**To:** Gililland, Nicole R
**Subject:** Re: Appointment

It was Fri assignment was due Fri at 3:) complete it as soon as possible pls-- and stop by to see me

MELISSA SPERRY MSN, RNC, NC-BC,
NURSING FACULTY
T. 541.888.1533
SOUTHWESTERN OREGON COMMUNITY COLLEGE
http://www.socc.edu
http://www.facebook.com/swocc
http://www.twitter.com/swocc

*"What lies behind us and what lies before us are tiny matters compared to what lies within us." ~ Ralph Waldo Emerson*

**From:** Gililland, Nicole R
**Sent:** Monday, April 16, 2018 5:32:30 PM

SWOCC-001263

**To:** Sperry, Melissa J
**Subject:** Re: Appointment

Sorry Melissa,

I had planned to swing by and see you before the field trip but didn't have time after my doctors appointment. I am doing much better! The 3rd set of antibiotics finally got the upper hand over the weekend and I feel like I am waking up from a nightmare. My color has returned and the shivering has stopped, I've been on my feet all day and have been fine.

The assignment is almost complete, it has a lot of content and has taken awhile. I saw that it was due Wed at 0900, is that still okay or would you like me to finish it up tonight after my careplan?

**From:** Sperry, Melissa J
**Sent:** Monday, April 16, 2018 2:03:40 PM
**To:** Gililland, Nicole R
**Subject:** Re: Appointment

Nicole
How are you feeling? I had not heard from you and hoping things are going better.
I did not receive you assignment back from Fri. Were you able to access this ok?
Please let me know how things are going

MELISSA SPERRY MSN, RNC, NC-BC,
NURSING FACULTY
T. 541.888.1533
SOUTHWESTERN OREGON COMMUNITY COLLEGE
http://www.socc.edu
http://www.facebook.com/swocc
http://www.twitter.com/swocc

*"What lies behind us and what lies before us are tiny matters compared to what lies within us." ~ Ralph Waldo Emerson*

**From:** Gililland, Nicole R
**Sent:** Friday, April 13, 2018 12:47:49 PM
**To:** Sperry, Melissa J
**Subject:** Re: Appointment

Ahhh, key words being "will be"

**From:** Sperry, Melissa J
**Sent:** Friday, April 13, 2018 10:14:41 AM
**To:** Gililland, Nicole R
**Subject:** Re: Appointment

There will be an assignment you can work on for today posted on Laker Link also

MELISSA SPERRY MSN, RNC, NC-BC,
NURSING FACULTY
T. 541.888.1533
SOUTHWESTERN OREGON COMMUNITY COLLEGE
http://www.socc.edu
http://www.facebook.com/swocc

Ex. 34-2

SWOCC-001264

http://www.twitter.com/swocc

*"What lies behind us and what lies before us are tiny matters compared to what lies within us."* ~ *Ralph Waldo Emerson*

**From:** Sperry, Melissa J
**Sent:** Friday, April 13, 2018 9:38:37 AM
**To:** Gililland, Nicole R
**Subject:** Re: Appointment

We can look at that next week

MELISSA SPERRY MSN, RNC, NC-BC,
NURSING FACULTY
T. 541.888.1533
SOUTHWESTERN OREGON COMMUNITY COLLEGE
http://www.socc.edu
http://www.facebook.com/swocc
http://www.twitter.com/swocc

*"What lies behind us and what lies before us are tiny matters compared to what lies within us."* ~ *Ralph Waldo Emerson*

**From:** Gililland, Nicole R
**Sent:** Friday, April 13, 2018 9:13:36 AM
**To:** Sperry, Melissa J
**Subject:** Appointment

Hi Melissa,

I'm still not doing well and I'm not sure why. I've been to the ER several times and there's not much else they can do. I don't have a regular doctor but I called my insurance and I'm assigned to Waterfall Clinic. I went in yesterday and they told me to call this morning for an appointment today. I just called and the only opening is at 2:30. I am doing worse every day and I really don't want to miss this appointment. Is there anytime before or afterwards that I can take your tests?

Nicole

3

SWOCC-001265

**To:**       Sperry, Melissa J[melissa.sperry@socc.edu]
**From:**    Gililland, Nicole R
**Sent:**     Tue 4/17/2018 4:40:37 PM
**Subject:**  Re: Completed Assignment

**Sperry**

**Exhibit 35**

CitiCourt 3/11/21

I'll be there :)

---

**From:** Sperry, Melissa J
**Sent:** Tuesday, April 17, 2018 3:45:27 PM
**To:** Gililland, Nicole R
**Subject:** Re: Completed Assignment


I should be able to proctor for you tomorrow around 10 if that works


  Melissa Sperry MSN, RNc, NC-BC,
Nursing Faculty
T. 541.888.1533
Southwestern Oregon Community College
http://www.socc.edu
http://www.facebook.com/swocc
http://www.twitter.com/swocc

  *"What lies behind us and what lies before us are tiny matters compared to what lies within us." ~ Ralph Waldo Emerson*

---

  **From:** Gililland, Nicole R
**Sent:** Tuesday, April 17, 2018 10:44:13 AM
**To:** Sperry, Melissa J
**Subject:** Re: Completed Assignment


Of course. I will make anytime work so just let me know when and I will be there.

---

**From:** Sperry, Melissa J
**Sent:** Tuesday, April 17, 2018 10:25:51 AM
**To:** Gililland, Nicole R
**Subject:** Re: Completed Assignment


Hey Nicole

I am looking through all the assignments for weeks 1-3 and am not seeing a Kaplan remediation. There
  is a Kaplan in May and 1 in June so I am not sure what you were seeing on Friday. The class
  assignment was posted to you nursing section 111-04 at 1250 just after your email.

Susan did talk to the class about the new remediation process but there was no assignment with the
  instruction. You had asked about the instruction for Kaplan remediation and  that was the
  instructions I was directing you to.

SWOCC-002865

It sounds like a miscommunication which often happens with email conversations. In reviewing the thread - I had mentioned the assignment to be worked on Friday afternoon and you replied you would work on it when it opened. I opened it just before class as it was an in class assignment in your nursing section.

I am not sure if I will be in lab tomorrow at 9 -- it will depend on instructors available. So I am not sure if I will be available to proctor an exam-- can I get back to you on that?

Melissa Sperry MSN, RNc, NC-BC,
Nursing Faculty
T. 541.888.1533
Southwestern Oregon Community College
http://www.socc.edu
http://www.facebook.com/swocc
http://www.twitter.com/swocc

*"What lies behind us and what lies before us are tiny matters compared to what lies within us." ~ Ralph Waldo Emerson*

**From:** Gililland, Nicole R
**Sent:** Tuesday, April 17, 2018 10:13:26 AM
**To:** Sperry, Melissa J
**Subject:** Re: Completed Assignment

You emailed me Friday and said there would be an assignment for me to work on, I immediately logged on and found nothing (that is when I sent the second email saying "key words will be" because there was nothing there and that was at 1247. I checked again later and an assignment had appeared titled Kaplan Remediation, and again I emailed you and you told me where to find the directions. I spent a lot of time working on it and I'm not sure why you're now saying it wasn't assigned. You didn't mention what time tomorrow so I will be there around 9 to take your tests.

**From:** Sperry, Melissa J
**Sent:** Tuesday, April 17, 2018 9:25:35 AM
**To:** Gililland, Nicole R
**Subject:** Re: Completed Assignment

The case study was closed at 1500 on Friday when it was due-- it was posted on laker link after I emailed you on Friday about 1250 so you could complete it.

I am not sure what kaplan you are remediating as there have not been any kaplan tests this term.

I am afraid my 1600 space is full today -- I will be available tomorrow -- you will need to take the tests from last week as well as a quiz.

SWOCC-002866

Melissa Sperry MSN, RNc, NC-BC,
Nursing Faculty
T. 541.888.1533
Southwestern Oregon Community College
http://www.socc.edu
http://www.facebook.com/swocc
http://www.twitter.com/swocc

*"What lies behind us and what lies before us are tiny matters compared to what lies within us." ~ Ralph Waldo Emerson*

**From:** Gililland, Nicole R
**Sent:** Tuesday, April 17, 2018 9:19:02 AM
**To:** Sperry, Melissa J
**Subject:** Re: Completed Assignment

I didn't see any case study assignments online last week, just the clinical prep and the upcoming assignments this week. Where can I find it so I can do that for you? Also, when you say check in when I get back, do you mean tomorrow? I'll be in town early tomorrow and I can come anytime that's convenient for you. If you prefer today I can come after your 1600 appointment.

**From:** Sperry, Melissa J
**Sent:** Tuesday, April 17, 2018 8:39:08 AM
**To:** Gililland, Nicole R
**Subject:** Re: Completed Assignment

Hi Nicole

I have your Kaplan remediation -- that may be the assignment that was due on Wed--

I was asking about the Case study from Fri:)

Melissa Sperry MSN, RNc, NC-BC,
Nursing Faculty
T. 541.888.1533
Southwestern Oregon Community College
http://www.socc.edu
http://www.facebook.com/swocc
http://www.twitter.com/swocc

*"What lies behind us and what lies before us are tiny matters compared to what lies within us." ~ Ralph Waldo Emerson*

**From:** Gililland, Nicole R
**Sent:** Monday, April 16, 2018 10:22:47 PM
**To:** Sperry, Melissa J
**Subject:** Completed Assignment

SWOCC-002867

SWOCC-002868

ade is 📝 Change this grade

6)

## Detailed assignment history ✖

| | Action | Note | Date |
|---|---|---|---|
| 💬 | Feedback left by Robin S Finney | | 4/25/2018 1:44 PM |
| 📋 | Graded by Robin S Finney | 0/35, F (0%) | 4/25/2018 1:43 PM |
| 💬 | File uploaded by Robin S Finney | The file is available in the feedback area. | 4/25/2018 10:58 AM |
| 📋 | Graded by Robin S Finney | 27/35, C (77.14%) | 4/25/2018 10:58 AM |
| 📄 | Turned in | On time. | 4/20/2018 11:48 PM |
| 📄 | File uploaded | | 4/20/2018 11:47 PM |

nts

d his

rne

x
m R

d to

on as possible please.

m Robin S Finney, 4/25/2018 1:44 PM

ack comment 📄 Add a feedback file

**Sperry**

**Exhibit 38**

CitiCourt 3/11/21

exhibitsticker.com

Ex. 38-1

**To:**        Walker, Susan[swalker@socc.edu]
**From:**    Sperry, Melissa J
**Sent:**     Fri 4/5/2019 4:13:32 PM
**Subject:**  Fw: Not sure what to do



Forwarding email to you :)


Melissa Sperry MSN, RNc, NC-BC, CNOR
Nursing Faculty
T. 541.888.1533
Southwestern Oregon Community College
http://www.socc.edu
http://www.facebook.com/swocc
http://www.twitter.com/swocc

*"What lies behind us and what lies before us are tiny matters compared to what lies within us."  ~ Ralph Waldo Emerson*

---

**From:** Sperry, Melissa J
**Sent:** Wednesday, March 14, 2018 3:47 PM
**To:** Walker, Susan
**Subject:** Re: Not sure what to do


Neither Jessica or Nicolle were in class today-- I did encourage Nicolle to not let this affect her education -- she will be in to talk to me this week -- Just wanted to give you a heads up:)


Melissa Sperry MSN, RNc, NC-BC,
Nursing Faculty
T. 541.888.1533
Southwestern Oregon Community College
http://www.socc.edu
http://www.facebook.com/swocc
http://www.twitter.com/swocc

*"What lies behind us and what lies before us are tiny matters compared to what lies within us."  ~ Ralph Waldo Emerson*

---

**From:** Walker, Susan
**Sent:** Wednesday, March 14, 2018 1:06:53 PM
**To:** Sperry, Melissa J
**Subject:** Re: Not sure what to do


Jessica has withdrawn and should not be in class at all.  If she is there ask her to leave.  I talked to Liz and she hadn't shown up for clinical.  She moved her belongings out of the house she was living in and was planning to return to Brookings yesterday.

SWOCC-003872

Susan

---

**From:** Sperry, Melissa J
**Sent:** Wednesday, March 14, 2018 12:49:05 PM
**To:** Walker, Susan
**Subject:** Fw: Not sure what to do

Forwarding this to you with the student's permission. I felt is was important to share how 1 student can be so disruptive

I will be monitoring the groups again today as on Monday. If she is present and disruptive I will excuse her for the rest of the week

Melissa Sperry MSN, RNc, NC-BC,
Nursing Faculty
T. 541.888.1533
Southwestern Oregon Community College
http://www.socc.edu
http://www.facebook.com/swocc
http://www.twitter.com/swocc

*"What lies behind us and what lies before us are tiny matters compared to what lies within us." ~ Ralph Waldo Emerson*

---

**From:** Gililland, Nicole R
**Sent:** Wednesday, March 14, 2018 11:11 AM
**To:** Sperry, Melissa J
**Subject:** Not sure what to do

I'm not sure how to put this or if I should say anything at all, but I'm really uncomfortable about coming to class today and working in a group with Jessica. She and I got into a huge fight the other night. I was tired of listening to her talk so much crap about all the teachers and not accept and responsibility for her predicament so I pointed out a few things she could've done better and it blew up. Thing is, I've confided in Jessica some things about my past that I'm not proud of back when I was a teenager and I'm afraid if I work with her today it could go badly and she could really embarrass me.

Sorry for the drama but I didn't know who else to say this to.

SWOCC-003873



**To:**     Sperry, Melissa J[melissa.sperry@socc.edu]; Walker, Susan[swalker@socc.edu]
**From:**   Gililland, Nicole R
**Sent:**   Tue 3/20/2018 4:30:31 AM
**Subject:** What would you prefer?

Good morning Mentors!

Sorry, I feel like I've been an extra pain in the behind lately and unfortunately I'm not quite done yet. I'm writing this from Bay Area ER where I'm being treated by a very nice man named Dr. Davis. My daughters caught this stomach virus at daycare and I'd thought I'd dodged it but when I was cooking dinner last night the smell started bothering me and then it hit fast and HARD, I can honestly say I've never been this sick in my life. I worked on my assignments between my multiple trips to the bathroom and after I submitted it I decided to head to the ER because I couldn't keep even a sip of water down and I was showing a lot of signs of advanced dehydration. Anyway, they've given me 1000 ml of LR and Zofran and I should be out of here in about an hour. I am feeling better compared to when I arrived, but I obviously still feel pretty crappy. However, we must power through. I have my presentation ready in the form of all the questions answered from the assignment description. I can still show up at 9 and read them, I can record them and read them, or if you have any other ideas? I will do whatever you two tell me to do.

Thanks,

Nicole

SWOCC-002959

**To:**      Sperry, Melissa J[melissa.sperry@socc.edu]
**From:**    Gililland, Nicole R
**Sent:**    Mon 3/12/2018 2:02:15 PM
**Subject:** Lecture today

Gililland

Exhibit 49

CitiCourt 3/12/21

exhibitsticker.com

Hello Melissa,

I sincerely apologize for missing your lecture today, yours are my favorite. I did everything normal this morning and headed off to campus, on my way though I encountered a couple of vehicles that appeared to be having some sort of road rage altercation. They kept break-checking each other and flipping each other off, at one point they both came to a complete stop in the middle of 101! Anyways, as soon as it was safe to do so I quickly passed them and guess what? I got pulled over and ticked for speeding!!!!! I explained to the cop what happened, he didn't really seem to care. I guess the whole ordeal sent my B/P skyrocketing because I almost instantaneously got a massive migraine. I came back home, puked my guts out, and layed down for awhile. This is the first time I can handle starring at my phone screen to send an email. Again, I apologize, I guess when it rains it pours and I must've done some REALLY bad stuff in a past life. My group promised to take notes for me but if there's any makeup you'd like me to do, please let me know.


Thanks,
Nicole

SWOCC-002986

**Walker, Susan**

| | |
|---|---|
| **From:** | Walker, Susan |
| **Sent:** | Tuesday, April 10, 2018 7:36 AM |
| **To:** | Gililland, Nicole R; Sperry, Melissa J |
| **Subject:** | RE: Kidney infection |



Sorry to hear you have a kidney infection.  Please take care of yourself.  Hope the new medication helps.
Susan

**From:** Gililland, Nicole R
**Sent:** Monday, April 09, 2018 9:13 PM
**To:** Walker, Susan <swalker@socc.edu>; Sperry, Melissa J <melissa.sperry@socc.edu>
**Subject:** Kidney infection

Hey Susan and Melissa,

I've been battling a kidney infection. I took Macobid and it didn't knock it out. I went back in Saturday and started cipro but I keep getting worse. I came in to get my patient assignment and ended up back in the ER instead and the doctor said I'm allergic to cipro and gave me a new prescription and a Rosephin IV treatment. He said I need more rest in bed so I already have to miss a clinical and will make it up whenever you tell me to. I'm sorry! This means I won't be able to make the meeting or help with the EMT class in the evening. Again, I'm sorry, this wasn't supposed to last this long and I hate missing anything but especially right out the gate.

Nicole Gililland

SWOCC-000128



**To:**       Gililland, Nicole R[nicole.gililland@email.socc.edu]
**From:**   Sperry, Melissa J
**Sent:**    Mon 4/16/2018 6:16:46 PM
**Subject:**  Re: Appointment

It was Fri assignment was due Fri at 3:) complete it as soon as possible pls-- and stop by to see me

  Melissa Sperry MSN, RNc, NC-BC,
Nursing Faculty
T. 541.888.1533
Southwestern Oregon Community College
http://www.socc.edu
http://www.facebook.com/swocc
http://www.twitter.com/swocc

*"What lies behind us and what lies before us are tiny matters compared to what lies within us." ~ Ralph Waldo Emerson*

---

**From:** Gililland, Nicole R
**Sent:** Monday, April 16, 2018 5:32:30 PM
**To:** Sperry, Melissa J
**Subject:** Re: Appointment

Sorry Melissa,

I had planned to swing by and see you before the field trip but didn't have time after my doctors appointment. I am doing much better! The 3rd set of antibiotics finally got the upper hand over the weekend and I feel like I am waking up from a nightmare. My color has returned and the shivering has stopped, I've been on my feet all day and have been fine.

The assignment is almost complete, it has a lot of content and has taken awhile. I saw that it was due Wed at 0900, is that still okay or would you like me to finish it up tonight after my careplan?

---

**From:** Sperry, Melissa J
**Sent:** Monday, April 16, 2018 2:03:40 PM
**To:** Gililland, Nicole R
**Subject:** Re: Appointment

Nicole

How are you feeling? I had not heard from you and hoping things are going better.

I did not receive you assignment back from Fri. Were you able to access this ok?

SWOCC-002903

Please let me know how things are going

Melissa Sperry MSN, RNc, NC-BC,
Nursing Faculty
T. 541.888.1533
Southwestern Oregon Community College
http://www.socc.edu
http://www.facebook.com/swocc
http://www.twitter.com/swocc

*"What lies behind us and what lies before us are tiny matters compared to what lies within us." ~ Ralph Waldo Emerson*

---

**From:** Gililland, Nicole R
**Sent:** Friday, April 13, 2018 12:47:49 PM
**To:** Sperry, Melissa J
**Subject:** Re: Appointment

Ahhh, key words being "will be"

---

**From:** Sperry, Melissa J
**Sent:** Friday, April 13, 2018 10:14:41 AM
**To:** Gililland, Nicole R
**Subject:** Re: Appointment

There will be an assignment you can work on for today posted on Laker Link also

Melissa Sperry MSN, RNc, NC-BC,
Nursing Faculty
T. 541.888.1533
Southwestern Oregon Community College
http://www.socc.edu
http://www.facebook.com/swocc
http://www.twitter.com/swocc

*"What lies behind us and what lies before us are tiny matters compared to what lies within us." ~ Ralph Waldo Emerson*

---

**From:** Sperry, Melissa J
**Sent:** Friday, April 13, 2018 9:38:37 AM
**To:** Gililland, Nicole R
**Subject:** Re: Appointment

We can look at that next week

Melissa Sperry MSN, RNc, NC-BC,
Nursing Faculty
T. 541.888.1533
Southwestern Oregon Community College

SWOCC-002904

http://www.socc.edu
http://www.facebook.com/swocc
http://www.twitter.com/swocc

*"What lies behind us and what lies before us are tiny matters compared to what lies within us." ~ Ralph Waldo Emerson*

---

**From:** Gililland, Nicole R
**Sent:** Friday, April 13, 2018 9:13:36 AM
**To:** Sperry, Melissa J
**Subject:** Appointment

Hi Melissa,

I'm still not doing well and I'm not sure why. I've been to the ER several times and there's not much
else they can do. I don't have a regular doctor but I called my insurance and I'm assigned to Waterfall
Clinic. I went in yesterday and they told me to call this morning for an appointment today. I just called
and the only opening is at 2:30. I am doing worse every day and I really don't want to miss this
appointment. Is there anytime before or afterwards that I can take your tests?

Nicole

SWOCC-002905



**To:** nicolegililland15@gmail.com[nicolegililland15@gmail.com]
**Cc:** Saldivar, Francisco W[francisco.saldivar@socc.edu]
**From:** Dailey, Tim
**Sent:** Fri 4/27/2018 6:06:41 PM
**Subject:** update

Nicole, I spoke with Francisco, Dean of CTE, about your situation late this afternoon.  You mention that you may have other classmates willing to provide some information on your behalf.  Would they be willing to submit a care plan that indicates information from web sites or taken verbatim from a nursing test to support your case?  We could redact their names to maintain confidentiality.  We want to be able to provide some additional examples of how student have cited sources in their care plans.

Francisco will reach out to Susan Walker to gather some additional information.
Thanks, t

Tim Dailey *(pronouns: he/him)*
VP of Enrollment and Student Services
Southwestern Oregon CC
1988 Newmark Ave.
Coos Bay Oregon 97459
tdailey@socc.edu
541-888-7439



Southwestern Oregon Community College is an equal opportunity educator and employer.

THIS MESSAGE AND ACCOMPANYING DOCUMENTS ARE COVERED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. §§ 2510-2521, AS AMENDED, AND CONTAINS INFORMATION INTENDED FOR THE SPECIFIED INDIVIDUAL(S) ONLY. THIS INFORMATION IS CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OR AN AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR AND THAT ANY REVIEW, DISSEMINATION, COPYING, OR THE TAKING OF ANY ACTION BASED ON THE CONTENTS OF THIS INFORMATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY E-MAIL, AND DELETE THE ORIGINAL MESSAGE.

SWOCC-004015



**Dailey**

**Exhibit 61a**

CitiCourt 3/16/21

**To:**      Dailey, Tim[tdailey@socc.edu]
**From:**    Nicole Gililland
**Sent:**    Sat 4/28/2018 9:25:36 AM
**Subject:** Re: update

The assignment in question is a case study. It contains a care plan within it, but Susan made it clear that their going to use the case study for this meeting. In Melissa's class, the case studies from her class in week two have plagiarism according to Mayra Rangel. She couldn't access it, but she's willing to tell you about it and you can ask Melissa for access to those case studies. The nursing program is the one that also has access to everyone's care plans and all previous work. You can ask Robin Finney for all of the slide show presentations made in her class last week, all of them contain word for word information copied from our textbooks, no citations. Stephanie Kyelberg may have some past care plans to show you, and some issues with harassment from Melissa; but she's on the fence about talking about it out of fear of being the next one in Melissa's crosshairs. If Susan or Melissa aren't willing to look into anyone else's work based on this information, or provide these things to you- then I don't believe we should be having a meeting at all because then it is abundantly clear that this is nothing more than a biased attack on me. Should I have Mayra email you? Call you?

Thanks Nicole

On Apr 27, 2018, at 6:06 PM, Dailey, Tim <tdailey@socc.edu> wrote:

> Nicole, I spoke with Francisco, Dean of CTE, about your situation late this afternoon.  You mention that you may have other classmates willing to provide some information on your behalf.  Would they be willing to submit a care plan that indicates information from web sites or taken verbatim from a nursing test to support your case?  We could redact their names to maintain confidentiality.  We want to be able to provide some additional examples of how student have cited sources in their care plans.
>
> Francisco will reach out to Susan Walker to gather some additional information.
> Thanks, t
>
>
>
> Tim Dailey *(pronouns: he/him)*
> VP of Enrollment and Student Services
> Southwestern Oregon CC
> 1988 Newmark Ave.
> Coos Bay Oregon 97459
> tdailey@socc.edu
> 541-888-7439
>  <image002.jpg>
>   Southwestern Oregon Community College is an equal opportunity educator and employer.
>
>
> THIS MESSAGE AND ACCOMPANYING DOCUMENTS ARE COVERED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. §§ 2510-2521, AS AMENDED, AND CONTAINS INFORMATION INTENDED FOR THE SPECIFIED INDIVIDUAL(S) ONLY. THIS INFORMATION IS CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OR AN AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR AND THAT ANY REVIEW, DISSEMINATION, COPYING, OR THE TAKING OF ANY ACTION BASED ON THE CONTENTS OF THIS INFORMATION IS STRICTLY

SWOCC-004013

PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY E-MAIL, AND DELETE THE ORIGINAL MESSAGE.

SWOCC-004014

**Dailey**

**Exhibit 62a**

CitiCourt 3/16/21

| | |
|---|---|
| **From:** | Nicole Gilliland |
| **To:** | Saldivar, Francisco W |
| **Subject:** | Fwd: Delivery Status Notification (Failure) |
| **Date:** | Monday, April 30, 2018 11:01:48 AM |
| **Attachments:** | icon.png |
| | Frontotemporal NCD[16420].pdf |
| | Lewy body (1).ppt |
| | Parkinsons and Lewy bodies final [16423] (1).ppt |
| | Prion.pdf |
| | Vascular NCD.pd.pdf |
| | MI PPT.pptm |
| | Gastrointestinal Disease.ppt |
| | GI Medications.pptx |

---------- Forwarded message ----------
From: **Mayra Rangel** <mayrangel32@gmail.com>
Date: Saturday, April 28, 2018
Subject: Fwd: Delivery Status Notification (Failure)
To: nicolegililland15@gmail.com


**Forwarded conversation**
Subject: **Southwestern's Nursing Plagiarism Case**
-----------------------

From: **Mayra Rangel** <mayrangel32@gmail.com>
Date: Sat, Apr 28, 2018 at 3:33 PM
To: nicolegilliand15@gmail.com, Josue Rangel <josue.rangel.m@gmail.com>


Vice President of Enrollment & Student Services Tim Dailey,

I am emailing you to provide information regarding a current nursing student's case of plagiarism, Nicole Gilliland. I have worked with Nicole in a clinical setting and in the classroom setting. She has proven to be an adept medical professional, who can reliably complete a task. So when it was brought to my attention she was being accused of plagiarism, I knew it to be a misunderstanding. She is brilliant, strong-willed, resourceful and does not need to steal the ideas of others. Nicole understands the content and will become a great nurse.

I am providing additional proof that she is not the only person who should be accused, in fact the entire program including myself and faculty have committed acts of plagiarism. This email provides the following information as proof:

- Powerpoints provided to the students, on behalf of the faculty with no proper citations (attached).
- Powerpoints created by the students, in a project-like fashion, with no proper citations (attached).
- Powtoon links, created by the students as group projects, again without

SWOCC-000304

proper citation (https://vimeo.com/265420183;
https://vimeo.com/265466943; https://www.powtoon.com/m/gsMuO
vi2rSY/1/m; https://vimeo.com/265467353; https://www.powtoon
.com/online-presentation/dJ3MD6L3Fog/?mode=movie#/; htt
ps://www.powtoon.com/m/fRiiATvxIeF/1/m; https://www.powtoon.
com/m/d6VXgOJjbYe/1/m; https://www.powtoon.com/online-
presentation/bwYfecAVnru/?mode=movie#/; https://vimeo.
com/265468802; https://www.powtoon.com/online-presentatio
n/bPFTnGQvLfM/?mode=movie#/; https://www.powtoon.com/online-
presentation/cDM9ogPnqZg/?mode=movie#/; https://www.
powtoon.com/m/dNigM8nh1Sl/1/m

https://vimeo.com/265470792)


This information has been gathered from the four weeks of this term alone. I can
guarantee this is not the first year they have been lacking citation on their instruction
material. There are several links to the nursing students' work which is a lot of
information that will prevent a misunderstanding from potentially ruining the academic
life of one singled-out student. If she will be punished for her act, the entire nursing
class of 2019 should be as well. The faculty has failed to act as an example of
properly citing an outside source especially on their powerpoints used for instruction
(attached).

Thank you for your time. Please let me know if there is any other information I can
provide for you and those working on this case.

Mayra Rangel
Student Ambassador
Office of Admissions
541.751.5168

----------
From: **Mail Delivery Subsystem** <mailer-daemon@googlemail.com>
Date: Sat, Apr 28, 2018 at 3:33 PM
To: mayrangel32@gmail.com



**Address not found**

Your message wasn't delivered to **nicolegilliand15@gmail.com**
because the address couldn't be found, or is unable to receive mail.

**LEARN MORE**

SWOCC-000305

The response was:

```
The email account that you tried to reach does not exist. Please try double-
checking the recipient's email address for typos or unnecessary spaces. Learn
more at https://support.google.com/mail/?p=NoSuchUser r6-v6sor1996385oth.104 -
gsmtp
```

Final-Recipient: rfc822; nicolegilliand15@gmail.com
Action: failed
Status: 5.0.0
Diagnostic-Code: smtp; The email account that you tried to reach does not exist. Please try double-checking the recipient's email address for typos or unnecessary spaces. Learn more at https://support.google.com/mail/?p=NoSuchUser r6-v6sor1996385oth.104 - gsmtp
Last-Attempt-Date: Sat, 28 Apr 2018 15:33:50 -0700 (PDT)

---------- Forwarded message ----------
From: Mayra Rangel <mayrangel32@gmail.com>
To: nicolegilliand15@gmail.com, Josue Rangel <josue.rangel.m@gmail.com>
Cc:
Bcc:
Date: Sat, 28 Apr 2018 15:33:36 -0700
Subject: Southwestern's Nursing Plagiarism Case
Vice President of Enrollment & Student Services Tim Dailey,

I am emailing you to provide information regarding a current nursing student's case of plagiarism, Nicole Gilliland. I have worked with Nicole in a clinical setting and in the classroom setting. She has proven to be an adept medical professional, who can reliabl ----- Message truncated -----

SWOCC-000306

**From:** Nicole Gililland
**To:** Dailey, Tim; Saldivar, Francisco W
**Subject:** Fwd: complain
**Date:** Monday, April 30, 2018 5:55:43 PM
**Attachments:** complain.docx

**Dailey**

**Exhibit 63**

CitiCourt 3/16/21

Dean Saldivar and Vice President Dailey,

Included is the complaint from Victoria from last year. She gave this to me as well as
permission to use it in this case. I would like to draw your attention specifically to the bottom
of the complaint and what Susan said when she kicked Victoria out of the program. It is
literally verbatim what Susan attempted to do at the end of our meeting today, again
contributing to a very unsettling pattern of behavior within the SWOCC nursing program. It
was bad enough to be labeled a plagiarist, but now my temperament and treatment of patients
is being manufactured and twisted into these genetic lies that have been used successfully
against students in the past. You both bore witness to this first hand this morning and I am
asking that you include these defamatory statements into your investigation.

Thank you,
Nicole Gililland

Sent from my iPhone

Begin forwarded message:

> **From:** Victoria Kalmykova <kalmykova68@gmail.com>
> **Date:** April 30, 2018 at 12:35:22 PM PDT
> **To:** nicolegililland15@gmail.com
> **Subject: complain**

SWOCC-000300

**To:**      Dailey, Tim[tdailey@socc.edu]; Saldivar, Francisco W[francisco.saldivar@socc.edu]
**From:**    Nicole Gililland
**Sent:**    Thur 5/3/2018 6:27:35 PM
**Subject:** Susan Walker

Vice President Dailey and Dean Saldivar,

I just had lab in Coquille and spoke with Liz (my lab instructor) for the first time since before our meeting Monday. I told her about what Susan said at the end of our meeting about me being "unsafe with patients during my clinicals." I asked Liz what concerns she relayed to Susan that have Susan so concerned about my interaction with my patients, Liz told me that I have NEVER done anything that has caused her to be concerned about patient safety and she has never relayed any concerns about me to Susan because there aren't any to be relayed. Liz said she's not going to compromise her integrity for this program if it is indeed corrupt and she will gladly tell all of this to both of you.

Just so we are clear; what this means is that Susan lied about me to both of you. She made incredibly damaging accusations about my performance that were completely untrue. Susan told Liz she's planning on being at our clinical Tuesday to "observe." I'm not going to put myself in a position with Susan where she can continue to lie about my patient care and do irreversible damage to my future and reputation. I'm begging you, please speak to Liz as soon as possible and tell me what I should do to protect myself.

Thank you for all of you help and diligence on this matter.

Nicole Gililland



Dailey

Exhibit 64

CitiCourt 3/16/21

exhibitsticker.com

SWOCC-000572

**Dailey**

**Exhibit 65**

CitiCourt 3/16/21

| | |
|---|---|
| **From:** | Saldivar, Francisco W |
| **To:** | Jackson, Shari L; Mageehon, Ali; Dailey, Tim |
| **Subject:** | RE: Update needed |
| **Date:** | Monday, May 7, 2018 11:24:00 AM |

No we have not been served.

Francisco W. Saldivar
Dean, Career Technical & Workforce Education
Southwestern Oregon Community College
1988 Newmark Ave.
Coos Bay, OR 97420
1-541-888-7312



-----Original Message-----
From: Jackson, Shari L
Sent: Monday, May 7, 2018 11:17 AM
To: Saldivar, Francisco W <francisco.saldivar@socc.edu>; Mageehon, Ali <ali.mageehon@socc.edu>; Dailey, Tim <tdailey@socc.edu>
Subject: RE: Update needed

If she is represented by an attorney, have we been served?  If so, then we cannot speak directly to her, but must speak through her attorney.

Thank You,

Shari Jackson
Chief HR Officer
541-888-7259  Office
541-888-7315  Fax
www.socc.edu
http://www.facebook.com/swocc
http://www.twitter.com/swocc



This message and any attachments are intended only for the use of the individual and entity to who it is addressed and may contain information that is privileged and confidential and/or protected from disclosure under Oregon Public Records Statue (ORS192).

If you are not the intended recipient or an authorized representative of this intended recipient, you are hereby notified that any viewing, disclosure, distribution or copying of this communication and/or attachments may violate state or federal laws that protect the confidentiality of certain types of personnel records. If you have received this communication in error, please notify the sender immediately by reply e-mail and delete the message and any attachments.  Thank you for your cooperation.

Southwestern Oregon Community College is an equal opportunity employer and educator.

SWOCC-004551

-----Original Message-----
From: Saldivar, Francisco W
Sent: Monday, May 7, 2018 11:14 AM
To: Mageehon, Ali <ali.mageehon@socc.edu>; Dailey, Tim <tdailey@socc.edu>; Jackson, Shari L
<shari.jackson@socc.edu>
Subject: FW: Update needed
Importance: High

Hi All,

I received this email from Nicole. I am not sure how to proceed. I did not give her any indication that my
investigation would conclude today. I will send you all the contact I have had with her. I am not sure what she is
looking for. I first meet with her last  Monday April 30th.

Francisco W. Saldivar
Dean, Career Technical & Workforce Education Southwestern Oregon Community College
1988 Newmark Ave.
Coos Bay, OR 97420
1-541-888-7312


-----Original Message-----
From: Nicole Gililland [mailto:nicolegililland15@gmail.com]
Sent: Monday, May 7, 2018 8:16 AM
To: Saldivar, Francisco W <francisco.saldivar@socc.edu>
Subject: Update needed

Dean Saldivar,

I still haven't heard back from you about my clinical tomorrow. I'm afraid I've given the college as much time as I
can to act. I understand that you're an incredibly busy man, but I have to ensure that this blatant corruption (that you
witnessed firsthand) will not go unanswered for. These women are so comfortable abusing their power that they
have become incredibly sloppy about it, and luckily they've given me substantial evidence to move forward with a
lawsuit. It's evident that the reason they're so comfortable with this behavior is because SWOCC has repeatedly
allowed it to continue.

I really just wanted to get through college, a lawsuit is the last thing I want to deal with, but if I cannot get the
school to protect us then I'm going to take this as far as it needs to go. You have yet to interview anyone (including
the student that will admit to plagiarism and tell you where to find loads of it). What we're looking at is defamation,
harassment and discrimination based on age. I'm not sure if you've noticed, but all of the students that these women
target are 30 or above, your non-traditional students- that makes this discrimination too.

Considering my clinical is tomorrow, I can give this until lunch today before I am forced to contact the board of
education, media, my attorney (Steve Baldwin in Eugene), the nursing board, and anyone else that I believe can help
me and these other students.

Nicole Gililland

SWOCC-004552



**From:** Dailey, Tim
**To:** Nicole Gilliland; Saldivar, Francisco W
**Subject:** RE: Susan Walker
**Date:** Wednesday, May 9, 2018 1:38:49 PM

HI Nicole, Francisco and I are continuing our work regarding your complaint with the nursing department.  This does take a bit of time but I wanted to reassure you that we are working on this.  Please be patient.  Thanks, Tim

Tim Dailey (pronouns: he/him)
VP of Enrollment and Student Services
Southwestern Oregon CC
1988 Newmark Ave.
Coos Bay Oregon 97459
tdailey@socc.edu
541-888-7439

   Southwestern Oregon Community College is an equal opportunity educator and employer.

THIS MESSAGE AND ACCOMPANYING DOCUMENTS ARE COVERED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. §§ 2510-2521, AS AMENDED, AND CONTAINS INFORMATION INTENDED FOR THE SPECIFIED INDIVIDUAL(S) ONLY. THIS INFORMATION IS CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OR AN AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR AND THAT ANY REVIEW, DISSEMINATION, COPYING, OR THE TAKING OF ANY ACTION BASED ON THE CONTENTS OF THIS INFORMATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY E-MAIL, AND DELETE THE ORIGINAL MESSAGE.

-----Original Message-----
From: Nicole Gilliland <nicolegilliland15@gmail.com>
Sent: Thursday, May 03, 2018 6:28 PM
To: Dailey, Tim <tdailey@socc.edu>; Saldivar, Francisco W <francisco.saldivar@socc.edu>
Subject: Susan Walker

Vice President Dailey and Dean Saldivar,

I just had lab in Coquille and spoke with Liz (my lab instructor) for the first time since before our meeting Monday. I told her about what Susan said at the end of our meeting about me being "unsafe with patients during my clinicals." I asked Liz what concerns she relayed to Susan that have Susan so concerned about my interaction with my patients, Liz told me that I have NEVER done anything that has caused her to be concerned about patient safety and she has never relayed any concerns about me to Susan because there aren't any to be relayed. Liz said she's not going to compromise her integrity for this program if it is indeed corrupt and she will gladly tell all of this to both of you.

Just so we are clear; what this means is that Susan lied about me to both of you. She made incredibly damaging accusations about my performance that were completely untrue. Susan told Liz she's planning on being at our clinical Tuesday to "observe." I'm not going to put myself in a position with Susan where she can continue to lie about my patient care and do irreversible damage to my future and reputation. I'm begging you, please speak to Liz as soon as possible and tell me what I should do to protect myself.

Thank you for all of you help and diligence on this matter.

Nicole Gilliland

SWOCC-000653

Ex. 66-2

SWOCC-000654



**Dailey**

**Exhibit 67**

CitiCourt 3/16/21

**To:**      Dailey, Tim[tdailey@socc.edu]
**From:**   Nicole Gililland
**Sent:**    Wed 5/9/2018 2:02:55 PM
**Subject:**  Re: Susan Walker

I know you both are and I really don't mean to come across as ungrateful, I'm just anxious and frankly pretty bummed at this entire situation. I know you're both incredibly busy (which I relate to completely) and that this is stressful to boot. THANK YOU for your assistance on this matter and if you need anything from me, just ask.

Nicole Gililland

Sent from my iPhone

> On May 9, 2018, at 1:38 PM, Dailey, Tim <tdailey@socc.edu> wrote:
>
> HI Nicole, Francisco and I are continuing our work regarding your complaint with the nursing department.  This does take a bit of time but I wanted to reassure you that we are working on this.  Please be patient.  Thanks, Tim
>
>
> Tim Dailey (pronouns: he/him)
> VP of Enrollment and Student Services
> Southwestern Oregon CC
> 1988 Newmark Ave.
> Coos Bay Oregon 97459
> tdailey@socc.edu
> 541-888-7439
>
>   Southwestern Oregon Community College is an equal opportunity educator and employer.
>
> THIS MESSAGE AND ACCOMPANYING DOCUMENTS ARE COVERED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. §§ 2510-2521, AS AMENDED, AND CONTAINS INFORMATION INTENDED FOR THE SPECIFIED INDIVIDUAL(S) ONLY. THIS INFORMATION IS CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OR AN AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR AND THAT ANY REVIEW, DISSEMINATION, COPYING, OR THE TAKING OF ANY ACTION BASED ON THE CONTENTS OF THIS INFORMATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY E-MAIL, AND DELETE THE ORIGINAL MESSAGE.
>
> -----Original Message-----
> From: Nicole Gililland <nicolegililland15@gmail.com>
> Sent: Thursday, May 03, 2018 6:28 PM
> To: Dailey, Tim <tdailey@socc.edu>; Saldivar, Francisco W <francisco.saldivar@socc.edu>
> Subject: Susan Walker
>
> Vice President Dailey and Dean Saldivar,
>
> I just had lab in Coquille and spoke with Liz (my lab instructor) for the first time since before our meeting Monday. I told her about what Susan said at the end of our meeting about me being "unsafe with patients during my clinicals." I asked Liz what concerns she relayed to Susan that have Susan so concerned about my interaction with my patients, Liz told me that I have NEVER done anything that has caused her to be concerned about patient safety and she has never relayed any concerns about me to Susan because there aren't any to be relayed. Liz said she's not going to compromise her integrity for this program if it is indeed corrupt and she will gladly tell all of this to both of you.
>
> Just so we are clear; what this means is that Susan lied about me to both of you. She made incredibly damaging accusations about my performance that were completely untrue. Susan told Liz she's planning on being at our clinical Tuesday to "observe." I'm not going to put myself in a position with Susan where she can continue to lie about my patient care and do irreversible damage to my future and reputation. I'm begging you, please speak to Liz as soon as possible and

SWOCC-004011

tell me what I should do to protect myself.
>
> Thank you for all of you help and diligence on this matter.
>
> Nicole Gililland

SWOCC-004012

**Dailey**

**Exhibit 69**

CitiCourt 3/16/21

**To:** Saldivar, Francisco W[francisco.saldivar@socc.edu]
**From:** Dailey, Tim
**Sent:** Thur 5/17/2018 2:08:57 PM
**Subject:** FW: Pam Wick

This is worrisome.  How I interpret her statement regarding the Dean will remove the grades if I am proven true seems to be manipulative.  Regarding the plagiarism, it was determined that she did.  I don't believe it was intentional, just hurried.  The grade comment is a different matter.

Will see you later.  t


Tim Dailey *(pronouns: he/him)*
VP of Enrollment and Student Services
Southwestern Oregon CC
1988 Newmark Ave.
Coos Bay Oregon 97459
tdailey@socc.edu
541-888-7439



Southwestern Oregon Community College is an equal opportunity educator and employer.

THIS MESSAGE AND ACCOMPANYING DOCUMENTS ARE COVERED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. §§ 2510-2521, AS AMENDED, AND CONTAINS INFORMATION INTENDED FOR THE SPECIFIED INDIVIDUAL(S) ONLY. THIS INFORMATION IS CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OR AN AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR AND THAT ANY REVIEW, DISSEMINATION, COPYING, OR THE TAKING OF ANY ACTION BASED ON THE CONTENTS OF THIS INFORMATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY E-MAIL, AND DELETE THE ORIGINAL MESSAGE.


**From:** Nicole Gililland <nicolegililland15@gmail.com>
**Sent:** Wednesday, May 16, 2018 4:51 PM
**To:** Saldivar, Francisco W <francisco.saldivar@socc.edu>; Dailey, Tim <tdailey@socc.edu>
**Subject:** Pam Wick

Dean Saldivar and Vice President Dailey,

I just had a rather shocking encounter with Pam Wick that you and the nursing board need to be made aware of. Today Pam posted our grades from our test Friday. Not taking any chances, I decided to go review the test after lecture. There were several questions that I had correct that Pam marked wrong. I was very polite about it and she did fix the score on the front of the test. I asked if she would please be sure to change the scores in the computer, she rolled her eyes and said yes. I said "Thank you, that will help me a lot." She smiled and said "It's not going to help you nearly enough!" (Referring to the grades Melissa was able change) I told her I'm not worried about those because the Dean promised in our meeting to change those back if I was telling the truth. She laughed and said the Dean can't help me, they have academic freedom. I pointed out academic freedom doesn't give permission to be blatantly unethical. She said they only have to answer to the State Board of

SWOCC-002606

Nursing. I responded by telling her that I've included the nursing board in this investigation and then I got up and left her office because other students were present and I didn't think an argument was appropriate. I emailed her after I left (included).

Nicole R. Gililland

SWOCC-002607

 Verizon   LTE                    **4:24 PM**

 outlook.office

## ‹ Sent Items

## Board of Nursing



# Gililland, Nicole R
Wed 5/16/2018 4:22 PM

**To:** Wick, Pam;

Ex. 69-3

SWOCC-002608

Sent from my iPhone

SWOCC-002609



**Dailey**

**Exhibit 70**

CitiCourt 3/16/21

**From:**     Saldivar, Francisco W
**To:**       Dailey, Tim; Mageehon, Ali
**Subject:**  FW: Meeting
**Date:**     Saturday, May 19, 2018 7:45:00 AM

Hi Ali and Tim

After our meeting yesterday, Nicole found me in my office and wanted to talk. It did not get into the specifics of the earlier meeting, but did ask that we would like to meet with her on Monday. I talked to her about her inappropriate behavior and how she has misrepresented some of my conversations I have had with her. I thought after the meeting that things went well. She was calm and her behavior was professional.

Tim, I am not sure how you want to proceed with Monday's meeting, but I don't think it is wise to speak to all the students together. Nicole has asked to meet around 10. I thought we could schedule time to meet with Victoria and Mayra separately then meet with Nicole, if we even want to go down that road. I have not responded to Nicole's email nor did I know or agree to meet with all three students at one time.

Thoughts?

Francisco W. Saldivar
Dean, Career Technical & Workforce Education
Southwestern Oregon Community College
1988 Newmark Ave.
Coos Bay, OR 97420
1-541-888-7312

-----Original Message-----
From: Nicole Gililland <nicolegililland15@gmail.com>
Sent: Friday, May 18, 2018 4:17 PM
To: Saldivar, Francisco W <francisco.saldivar@socc.edu>
Subject: Meeting

Dean Saldivar,

I'm growing increasingly concerned about this investigation. I know you represent the staff side of things in this, but my hope was that means you hold your staff accountable. I'm unsure how you can claim Susan Walker is "on my side" when she has lied about my clinicals, my patient interactions, and most recently my grades. I'm alarmed that you said this morning that if I fail I will be out of the program, yet you still have not even spoken to the student that can clear up this plagiarism debate in a manner of minutes. My grades are being unfairly altered and I'm being harassed constantly. I feel like we're just running in circles while the damage to my future is being done daily. I'm bringing Victoria and Mayra to our meeting Monday. Victoria can confirm a pattern of behavior and Mayra can confirm that I'm being unfairly singled out when it comes to plagiarism. If the truth is what you're interested in, I'm bringing it to you. Victoria and I are also trying to get a meeting with the President, I just finished speaking with her assistant Deb. I have repeatedly given everyone the opportunity to make this go away by simply agreeing to stop harassing me and just treat me fairly. I'm flabbergasted that the people involved aren't more interested in that path, because at the end of all this it will be their careers that are lost, not mine. Their only hope of getting rid of me is to leave me alone and let me graduate. I will fight this all the way to the very top.

Nicole Gililland

SWOCC-000511