

**Dailey**

**Exhibit 71**

CitiCourt 3/16/21

| | |
|---|---|
| **From:** | Dailey, Tim |
| **To:** | Saldivar, Francisco W |
| **Subject:** | FW: Complaint |
| **Date:** | Thursday, May 24, 2018 3:41:44 PM |

We should talk.  she has a couple of options, a grade appeal, a harassment complaint.  t


Tim Dailey (pronouns: he/him)
VP of Enrollment and Student Services
Southwestern Oregon CC
1988 Newmark Ave.
Coos Bay Oregon 97459
tdailey@socc.edu
541-888-7439

   Southwestern Oregon Community College is an equal opportunity educator and employer.

THIS MESSAGE AND ACCOMPANYING DOCUMENTS ARE COVERED BY THE ELECTRONIC
COMMUNICATIONS PRIVACY ACT, 18 U.S.C. §§ 2510-2521, AS AMENDED, AND CONTAINS
INFORMATION INTENDED FOR THE SPECIFIED INDIVIDUAL(S) ONLY. THIS INFORMATION IS
CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OR AN AGENT RESPONSIBLE FOR
DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE
RECEIVED THIS DOCUMENT IN ERROR AND THAT ANY REVIEW, DISSEMINATION, COPYING, OR
THE TAKING OF ANY ACTION BASED ON THE CONTENTS OF THIS INFORMATION IS STRICTLY
PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US
IMMEDIATELY BY E-MAIL, AND DELETE THE ORIGINAL MESSAGE.


-----Original Message-----
From: Nicole Gilliland <nicolegililland15@gmail.com>
Sent: Wednesday, May 23, 2018 5:43 PM
To: Dailey, Tim <tdailey@socc.edu>
Subject: Complaint

Tim,

I spoke with the president and she informed me that I haven't filed any formal complaints with the school. I was
under the impression that this entire matter was being handled in a formal capacity. I absolutely want to file a formal
complaint and if that hasn't been done already, it needs to be. I'm contacting the board of education tomorrow too to
make sure I'm filing formal complaints wherever they might make a difference.


Nicole Gilliland

SWOCC-000483



**From:** Dailey, Tim
**To:** Saldivar, Francisco W
**Subject:** FW: Harassment policy and form
**Date:** Friday, May 25, 2018 2:05:56 PM

Fyi

Tim Dailey *(pronouns: he/him)*
VP of Enrollment and Student Services
Southwestern Oregon CC
1988 Newmark Ave.
Coos Bay Oregon 97459
tdailey@socc.edu
541-888-7439



Southwestern Oregon Community College is an equal opportunity educator and employer.

THIS MESSAGE AND ACCOMPANYING DOCUMENTS ARE COVERED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. §§ 2510-2521, AS AMENDED, AND CONTAINS INFORMATION INTENDED FOR THE SPECIFIED INDIVIDUAL(S) ONLY. THIS INFORMATION IS CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OR AN AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR AND THAT ANY REVIEW, DISSEMINATION, COPYING, OR THE TAKING OF ANY ACTION BASED ON THE CONTENTS OF THIS INFORMATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY E-MAIL, AND DELETE THE ORIGINAL MESSAGE.

**From:** Nicole Gililland <nicolegililland15@gmail.com>
**Sent:** Friday, May 25, 2018 1:20 PM
**To:** Dailey, Tim <tdailey@socc.edu>
**Subject:** Re: Harassment policy and form

They're an accreditation body but I was mistaken in my understanding of their relevance. We are compiling a list of any organization that may be useful. The complaints have been submitted to the Department of Education and I updated my complaint with the nursing board.

I don't believe anyone at this school is trying to help us. Francisco sat with Susan last week and they told me I am to submit myself for a simulation with Susan on Tuesday, that is completely inappropriate considering the current situation. It's harassment and it will be answered for, either now or in the near future. It is my intention to be accompanied by either my attorney (Steve

SWOCC-000505

Baldwin) or his paralegal. Let me also point out that Francisco has made an incredible amount of time for these meetings with Susan so the excuse that scheduling conflicts are to blame for not making time to meet with Mayra is a joke. Mayra should be the highest priority since a few minutes with her will prove I shouldn't even be in this situation, let alone be in it for over a month.

I would still like an explanation as to why this complaint isn't being handled in a formal capacity.

On May 25, 2018, at 12:45 PM, Dailey, Tim <tdailey@socc.edu> wrote:

> Good afternoon Nicole, I wanted to give you an update regarding your complaint.  I spoke with Francisco this morning after reading your letter outlining your concerns.  Francisco has been trying to meet with Maze for the past few days.  Due to scheduling conflicts this has been a difficult meeting to set up.
>
> In your letter you reference harassment by nursing faculty regarding your complaint.  I have attached the Discrimination and Harassment form and Policy.  This will not cover your complaint regarding your nursing grades but will address your concerns regarding your interactions with nursing staff.   Please fill out the form and I will get it to the appropriate parties for review.
>
> Francisco and I have another meeting scheduled for Tuesday morning to talk about your complaint.  We will have additional information and will bring you up to date.
>
> In your letter you referenced ACCSC.  I am not familiar with this organization can you tell me with the letter stand for?
>
> Tim
>
> Tim Dailey (pronouns: he/him)
> VP of Enrollment and Student Services
> Southwestern Oregon CC
> 1988 Newmark Ave.
> Coos Bay Oregon 97459
> tdailey@socc.edu
> 541-888-7439
>  <image003.jpg>
>  Southwestern Oregon Community College is an equal opportunity educator and employer.

THIS MESSAGE AND ACCOMPANYING DOCUMENTS ARE COVERED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. §§ 2510-2521, AS AMENDED, AND CONTAINS INFORMATION INTENDED FOR THE SPECIFIED INDIVIDUAL(S) ONLY. THIS INFORMATION IS CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OR AN AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR AND THAT ANY REVIEW, DISSEMINATION, COPYING, OR THE TAKING OF ANY ACTION BASED ON

SWOCC-000506

THE CONTENTS OF THIS INFORMATION IS STRICTLY PROHIBITED. IF YOU HAVE
RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY E-
MAIL, AND DELETE THE ORIGINAL MESSAGE.


<APP_7165_Discrimination_and_Harassment_Complaint_F.pdf>
<APP_7165_Discrimination_and_Harassment_Policy.pdf>

SWOCC-000507

**Dailey**

**Exhibit 74**

CitiCourt 3/16/21

exhibitsticker.com

**From:**     Dailey, Tim
**To:**        Saldivar, Francisco W
**Subject:**   FW: Update
**Date:**     Wednesday, June 13, 2018 11:25:37 AM

I think we should proceed with our letter recommending that the probation be lifted.  I'm also ready to have her do what she feels necessary to do.  We are not going to make her happy at this point.  t

Tim Dailey (pronouns: he/him)
VP of Enrollment and Student Services
Southwestern Oregon CC
1988 Newmark Ave.
Coos Bay Oregon 97459
tdailey@socc.edu
541-888-7439

   Southwestern Oregon Community College is an equal opportunity educator and employer.

THIS MESSAGE AND ACCOMPANYING DOCUMENTS ARE COVERED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. §§ 2510-2521, AS AMENDED, AND CONTAINS INFORMATION INTENDED FOR THE SPECIFIED INDIVIDUAL(S) ONLY. THIS INFORMATION IS CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OR AN AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR AND THAT ANY REVIEW, DISSEMINATION, COPYING, OR THE TAKING OF ANY ACTION BASED ON THE CONTENTS OF THIS INFORMATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY E-MAIL, AND DELETE THE ORIGINAL MESSAGE.

-----Original Message-----
From: Nicole Gililland <nicolegililland15@gmail.com>
Sent: Wednesday, June 13, 2018 10:57 AM
To: Dailey, Tim <tdailey@socc.edu>
Subject: Re: Update

It's my understanding Francisco was a no call/no show to that meeting you just mentioned. It's a meeting that you both blew off several times actually. We've already provided you with a book list that contains all of the plagiarism sources, you don't actually need us to meet for anything because you have the plagiarized work and the list of books, you're all set. Please don't pretend you don't see it or you're going to have to answer for willful negligence in the near future. Not to mention, I have two separate slide show presentations from the whole class that you've already seen and admitted were plagiarized.

And thank you for your concern over my health, although if it were genuine you would have helped me a lot sooner. This constant harassment and games from members of SWOCC staff are more than any one person can endure for long, just ask the other victims.

Nicole

> On Jun 13, 2018, at 9:11 AM, Dailey, Tim <tdailey@socc.edu> wrote:
>
> Nicole, I'm glad you are feeling better and able to take your exams this week.  we had a meeting scheduled on Friday with May and Francisco to gather additional information to support your case.  Since that meeting did not happen, Francisco and I are putting together a recommendation for the nursing department.   I am hoping that will

SWOCC-000543

be finished by end of week.
>
> I have not spoken with Susan regarding your statement below. I forwarded your email to Francisco and we will talk with Susan.
>
> t
>
>
>
> Tim Dailey (pronouns: he/him)
> VP of Enrollment and Student Services Southwestern Oregon CC
> 1988 Newmark Ave.
> Coos Bay Oregon 97459
> tdailey@socc.edu
> 541-888-7439
>
>  Southwestern Oregon Community College is an equal opportunity educator and employer.
>
> THIS MESSAGE AND ACCOMPANYING DOCUMENTS ARE COVERED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. §§ 2510-2521, AS AMENDED, AND CONTAINS INFORMATION INTENDED FOR THE SPECIFIED INDIVIDUAL(S) ONLY. THIS INFORMATION IS CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OR AN AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR AND THAT ANY REVIEW, DISSEMINATION, COPYING, OR THE TAKING OF ANY ACTION BASED ON THE CONTENTS OF THIS INFORMATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY E-MAIL, AND DELETE THE ORIGINAL MESSAGE.
>
>
>
> -----Original Message-----
> From: Nicole Gililland <nicolegililland15@gmail.com>
> Sent: Wednesday, June 13, 2018 6:01 AM
> To: Dailey, Tim <tdailey@socc.edu>
> Subject: Update
>
> Tim,
>
> It's the end of the year and I would like an update please. It appears that I will just barely fail one class, although Susan had to manipulate which assignments go with what class to ensure it. These grades that they changed (about 2 months ago now) make the difference between passing and failing. If this is going to be allowed I need to know now so I can file suit and get this court case going and hopefully resolved in time for fall.
>
> Nicole
>
>

SWOCC-000544



**From:** Dailey, Tim
**To:** Saldivar, Francisco W
**Subject:** FW: Fix my grade
**Date:** Monday, June 18, 2018 1:28:21 PM

Fyi I don't agree with the late work policy.  What Susan references below seems to me to be a legitimate reason for missing class.  Why then loose points.  Seems too rigid without a reason.


Tim Dailey *(pronouns: he/him)*
VP of Enrollment and Student Services
Southwestern Oregon CC
1988 Newmark Ave.
Coos Bay Oregon 97459
tdailey@socc.edu
541-888-7439



Southwestern Oregon Community College is an equal opportunity educator and employer.


THIS MESSAGE AND ACCOMPANYING DOCUMENTS ARE COVERED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. §§ 2510-2521, AS AMENDED, AND CONTAINS INFORMATION INTENDED FOR THE SPECIFIED INDIVIDUAL(S) ONLY. THIS INFORMATION IS CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OR AN AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR AND THAT ANY REVIEW, DISSEMINATION, COPYING, OR THE TAKING OF ANY ACTION BASED ON THE CONTENTS OF THIS INFORMATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY E-MAIL, AND DELETE THE ORIGINAL MESSAGE.


**From:** Walker, Susan
**Sent:** Monday, June 18, 2018 9:12 AM
**To:** Dailey, Tim <tdailey@socc.edu>
**Subject:** RE: Fix my grade

Yes she met the noon deadline and did not receive any deductions in points for being late.  She sent an email on 6/12/18 and asked to have the last Kaplan test put in her nursing course.  I offered to do that for her but she then sent an email (6/14 – forwarded to you) and stated to put it where ever I wanted.  I put it in the pathophysiology course where all the other test grades were entered.

I'll have to talk to Melissa about taking the test early but taking a test early when one is incredibly ill doesn't make sense.  Jane did have an ill baby that was admitted to the hospital but if she took a test

SWOCC-000500

late she would have received the 10% deduction that we have in our policy.  In case it comes up, we did have one other student (Heidi) that took a test late because her father was life-flighted to OHSU. She also received the 10% deduction.  We have been strictly following the policy.

Susan

**From:** Dailey, Tim
**Sent:** Monday, June 18, 2018 8:15 AM
**To:** Walker, Susan <swalker@socc.edu>
**Subject:** RE: Fix my grade

Good morning Susan, what is Nicole referring to?  was she able to make the noon deadline for her assignment?  I will be talking with Francisco today.  Thanks t

Tim Dailey *(pronouns: he/him)*
VP of Enrollment and Student Services
Southwestern Oregon CC
1988 Newmark Ave.
Coos Bay Oregon 97459
tdailey@socc.edu
541-888-7439



Southwestern Oregon Community College is an equal opportunity educator and employer.

THIS MESSAGE AND ACCOMPANYING DOCUMENTS ARE COVERED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. §§ 2510-2521, AS AMENDED, AND CONTAINS INFORMATION INTENDED FOR THE SPECIFIED INDIVIDUAL(S) ONLY. THIS INFORMATION IS CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OR AN AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR AND THAT ANY REVIEW, DISSEMINATION, COPYING, OR THE TAKING OF ANY ACTION BASED ON THE CONTENTS OF THIS INFORMATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY E-MAIL, AND DELETE THE ORIGINAL MESSAGE.

**From:** Walker, Susan
**Sent:** Saturday, June 16, 2018 1:32 PM
**To:** Dailey, Tim <tdailey@socc.edu>; Saldivar, Francisco W <francisco.saldivar@socc.edu>
**Subject:** FW: Fix my grade

SWOCC-000501

FYI

---

**From:** Gilliland, Nicole R
**Sent:** Saturday, June 16, 2018 8:33 AM
**To:** Walker, Susan <swalker@socc.edu>
**Subject:** Fix my grade

You do realize how bad you're making yourself look, right? You cannot be this disillusioned unless you've got something very wrong with you. Put the Kaplan where it belongs and fix all of the grades Melissa broke ethics to decrease. You could've fixed this from the very start, it has only gotten this bad because you have repeatedly refused to do the right thing. We both know that I have emails proving I asked Melissa to take her tests early and I was INCREDIBLY ill, I had a doctors appointment. Two weeks later Jane needed to take her son to the doctor for a cold, she had no problems and didn't get her grades docked. There isn't a jury in the world that won't find that wrong. There is proof everywhere to what I'm saying and if you will not win. Only one of us is proving they shouldn't be a nurse and I promise it's not me. Stop making this bigger and uglier, fix my grades before you destroy the entire program.

Nicole

SWOCC-000502

Saldivar

Exhibit 77

CitiCourt 3/16/21

**To:**    Dailey, Tim[tdailey@socc.edu]; Richards, Carol E.[crichards@socc.edu]
**Cc:**    Whitey, Jeff[jwhitey@socc.edu]
**From:**    Scott, Patty
**Sent:**    Thur 8/16/2018 8:57:09 AM
**Subject:**    FW: Nursing issue

Tim,
Here are Francisco's note regarding Nicole for the tort claim.  I gave Carol the notes from the nursing folks.

Keep me posted on this.

Thanks,

   Patty
Patricia M. Scott, Ed.D.
    President

541-888-7400//1-800-962-2838 x7400
Coos Bay, OR  97420
http://www.socc.edu/
http://www.facebook.com/swocc
http://www.twitter.com/swocc

Southwestern Oregon Community College does not discriminate on the basis of race, color, gender, sexual orientation, marital status, religion, national origin, age, disability status, or protected veterans in employment, education, or activities as set forth in compliance with federal and state statutes and regulations.


-----Original Message-----
From: Mageehon, Ali
Sent: Thursday, August 16, 2018 7:59 AM
To: Scott, Patty <pscott@socc.edu>
Subject: FW: Nursing issue

Here are Francisco's notes regarding Nicole.

Ali

-----Original Message-----
From: Saldivar, Francisco W
Sent: Thursday, August 16, 2018 7:58 AM
To: Mageehon, Ali <ali.mageehon@socc.edu>
Subject: FW: Nursing issue

Here are my notes.

Francisco W. Saldivar
Dean of Instruction
Southwestern Oregon Community College
1988 Newmark Ave.
Coos Bay, OR 97420
1-541-888-7312




-----Original Message-----
From: Francisco Saldivar <franciscosaldivar@icloud.com>
Sent: Thursday, August 16, 2018 7:52 AM

SWOCC-001989

To: Saldivar, Francisco W <francisco.saldivar@socc.edu>
Subject: Nursing issue

Nursing issue

Care plan was in questions

Nichole had clinical in Coquile

She did get a 75 initially but Robin had concerns

Melissa is her advisor

Nursing diagnosis and outcome are copied directly from the book.

NANDA - a nursing diagnosis there was 8 required per student. Patho

Case study was in question

Week 2 had a case study Mayra Rangel and her group.

There is a problem with the Shell in notifying students that they have comments for instructor about a grade.

Bureau of labor statistics


May 7
Susan and i discussed Nicole

Liz Cooper 541-260-5718 Director of Quality

May 7th Nicole Came in my office at 4:25 pm and we talked about some more issue Roberta was contacted at the Board Of Nursing Mayra Rangel - Melissa Class case studies from week 2 Slideshow presentations are in question.
Nicole is going to file a grievance with the Oregon Board of Nursing against Susan and Melissa Jessica Macourt Paul Kerry Crilochek is one of Susan's friends is a medication counselor that Nicole had seen for help. Once Nicole was accepted in the program. She was referred to see Kerry Crilochek. Kerry is not a GP and cannot do physicals. Nicole had seen Kerry for some mental healthy Therapy by Kerry a year before entrance in the program. Nicole did not have a good experience with Crilochek. Nicole thought that Kerry violated HIPPA. Kerry confronted Susan about some comments Jade made and Susan said that Kerry is her best friend and that her husband saved Susan's husband's life.

Nicole wants this situation to end the harassment or miss-treatment to end and allow her to be able to continue learn and move through the program.


May 8

I called Liz Cooper late on May 7th and left a message. She called me back on May 8 around 10:30 and discuss Nicole and i asked Liz if she had any concerns about patient safety with Nicole's care. Liz said she did not have any concerns about Nicole's patina care. She said that Liz may have to push Nicole a bit, but once she dose Nicole does what is asked. Liz also shared with Susan that Liz did not seen any evidence or believes that Nicole has issues with patient safety. Liz was very clear that there are no patient safety concerns.

15 May

I spoke with Susan about Nicole
There is a problem with finding a new advisor for Nicole A sim instructor who did not know Nicole before the session last week, thought that Nicole had medical Knowledge but had communication problems The only option

SWOCC-001990

is to have Susan be Nicole's advisors Nicole is failing

17 May

I meet with Susan, Robin, Pam about Nicole and the issues that arose on an office visit where Nicole became angered after Pam marked two questions wrong. Pam agreed to change the grade but Nicole became angered at some of the comments made. Pam asked that we removed from Nicole from the program. We decided to meet at a larger nursing department, Ali, and Tim to see what next steps are.

18 May

We had a follow up meeting with the Nursing Department, Ali, and Tim. We discussed the issues in the situation about the Nicole. The topic was discussed weather or not we remove. The nursing gourd contends that we have to remove the student from the program for patient safety. Pam contends that she is concerned for her safety and wants her removed from the program.

Susan will be her advisor and robin or Kerry will be in the room as well.

We will move her to simulations and not keep her from her live clinicals.

Meet with Nicole,

Joseph and AMber they left
Chandler, Erica, was still in the room. Then Pam deminer changed and had an attitude.

Test requested early.
Nicole is very upset about the situate that she is with the nursling program and some issues with faculty. Nicole would like to have a resolution made immediately, but the process will take time.

May 21 2018

We meet with Nicole today to discuss issues that arose last week.
Nicole said that Pam is avoiding her.

Foundations class. Is the course that Nicole is failing.
GI 67
Case study 0
GI
Robin's Case study

Nursing diagnosis from the all -in-one care planning

We urged Nicole to be patient and show restraint

May 23 2018

Susan and I meet with Nicole to discuss the next steps in the process and to let her know that Susan will be Nicole's advisor and to discuss the clinical procedures.

Nicole asked some questions about some of the assignments that she has struggled with. There was an assignment on Endokrin and it was a struggle.

Susan has asked Nicole to come in and evaluate her in the Sim lab Nicole has stressed that she does have some anxiety with sims but she is positive and wants to move forward.

Nicole stressed that she is not at the coos campus enough to get people to know her. She did extend an olive

SWOCC-001991

branch to Susan and it seemed to me that we are going in the right direction and some very positive inroads have been made. Nicole was the most calm that i have seen and took

May 29 Meeting with Tim
Tim advised that i let her know that the grades are not going to be changed

Francisco

SWOCC-001992


Saldivar

Exhibit 79

CitiCourt 3/16/21

**To:**        Saldivar, Francisco W[francisco.saldivar@socc.edu]
**From:**    Nicole Gililland
**Sent:**     Fri 5/18/2018 10:16:53 AM
**Subject:**  Re: End of the week

I would still like to at least have a conversation. I am being put through the wringer here and I'm absolutely exhausted. It's been weeks since I got more than a couple hours of sleep a night. I have spent all week just trying to hold on to you telling me this would probably be resolved by the end of the week, but it's FAR from resolved.

Sent from my iPhone

> On May 18, 2018, at 10:08 AM, Saldivar, Francisco W <francisco.saldivar@socc.edu> wrote:
>
> Are you available to meet on Monday? Tim the VP of student services would like to meet with you as well. He is out today, I am in meetings today.
>
> Francisco W. Saldivar
> Dean, Career Technical & Workforce Education
> Southwestern Oregon Community College
> 1988 Newmark Ave.
> Coos Bay, OR 97420
> 1-541-888-7312
>
>
>
>
>
> -----Original Message-----
> From: Nicole Gililland <nicolegililland15@gmail.com>
> Sent: Friday, May 18, 2018 9:47 AM
> To: Saldivar, Francisco W <francisco.saldivar@socc.edu>
> Subject: End of the week
>
> I'm on campus, would it be easier if I swung by your office?

SWOCC-002648



**To:**      Nicole Gilliland[nicolegilililland15@gmail.com]
**Cc:**      Saldivar, Francisco W[francisco.saldivar@socc.edu]
**From:**   Dailey, Tim
**Sent:**   Fri 5/25/2018 12:45:24 PM
**Subject:**  Harassment policy and form
APP_7165_Discrimination_and_Harassment_Complaint_F.pdf
APP_7165_Discrimination_and_Harassment_Policy.pdf

Good afternoon Nicole, I wanted to give you an update regarding your complaint.  I spoke with Francisco this morning after reading your letter outlining your concerns.  Francisco has been trying to meet with Maze for the past few days.  Due to scheduling conflicts this has been a difficult meeting to set up.

In your letter you reference harassment by nursing faculty regarding your complaint.  I have attached the Discrimination and Harassment form and Policy.  This will not cover your complaint regarding your nursing grades but will address your concerns regarding your interactions with nursing staff.   Please fill out the form and I will get it to the appropriate parties for review.

Francisco and I have another meeting scheduled for Tuesday morning to talk about your complaint.  We will have additional information and will bring you up to date.

In your letter you referenced ACCSC.  I am not familiar with this organization can you tell me with the letter stand for?

Tim


Tim Dailey *(pronouns: he/him)*
VP of Enrollment and Student Services
Southwestern Oregon CC
1988 Newmark Ave.
Coos Bay Oregon 97459
tdailey@socc.edu
541-888-7439



Southwestern Oregon Community College is an equal opportunity educator and employer.

THIS MESSAGE AND ACCOMPANYING DOCUMENTS ARE COVERED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. §§ 2510-2521, AS AMENDED, AND CONTAINS INFORMATION INTENDED FOR THE SPECIFIED INDIVIDUAL(S) ONLY. THIS INFORMATION IS CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OR AN AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR AND THAT ANY REVIEW, DISSEMINATION, COPYING, OR THE TAKING OF ANY ACTION BASED ON THE CONTENTS OF THIS INFORMATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY E-MAIL, AND DELETE THE ORIGINAL MESSAGE.

SWOCC-004003

Ergo Archive System

104. RE: Case Study Plagiarism

| | |
|---|---|
| **From:** | Keller, Rod D <rod.keller@socc.edu> |
| **To:** | Finney, Robin S <robin.finney@socc.edu>, Saldivar, Francisco W <francisco.saldivar@socc.edu> |
| **Cc:** | Walker, Susan <swalker@socc.edu>, Sperry, Melissa J <melissa.sperry@socc.edu>, Mageehon, Ali <ali.mageehon@socc.edu> |
| **Sent Date:** | May 02, 2018 08:07:19 |
| **Subject:** | RE: Case Study Plagiarism |
| **Attachment:** | image001.png |

---

Hi Robin,

Let me know which course it is, and I'll ask Alicia to admit me to the course as a faculty member so I can have access to assignments. Will that work for you?

Thanks,

Rod

**From:** Finney, Robin S
**Sent:** Wednesday, May 02, 2018 8:05 AM
**To:** Saldivar, Francisco W <francisco.saldivar@socc.edu>
**Cc:** Walker, Susan <swalker@socc.edu>; Sperry, Melissa J <melissa.sperry@socc.edu>; Mageehon, Ali <ali.mageehon@socc.edu>; Keller, Rod D <rod.keller@socc.edu>
**Subject:** RE: Case Study Plagiarism

No problem,

Is Rod able to access the course, the case studies are uploaded. Or, I can download them all and email them to him.

Thank you,

Robin

SWOCC-005361

Ergo Archive System

Sent from Mail for Windows 10


**From:** Saldivar, Francisco W
 **Sent:** Wednesday, May 2, 2018 8:00:39 AM
 **To:** Finney, Robin S
 **Cc:** Walker, Susan; Sperry, Melissa J; Mageehon, Ali; Keller, Rod D
 **Subject:** Case Study Plagiarism

Hi Robin,

Rod Keller has agreed to check the case studies for plagiarism using the APA rules.   Could you make the case studies available for Rod.

Thank you,

Francisco W. Saldivar

Dean, Career Technical &Workforce Education

Southwestern Oregon Community College

1988 Newmark Ave.

Coos Bay, OR 97420

1-541-888-7312

SWOCC-005362

Ergo Archive System

58. Robin's week 3 assignment

| | |
|---|---|
| **From:** | Walker, Susan <swalker@socc.edu> |
| **To:** | Keller, Rod D <rod.keller@socc.edu> |
| **Sent Date:** | May 31, 2018 13:21:44 |
| **Subject:** | Robin's week 3 assignment |
| **Attachment:** | |

Hi Rod,

I'm sorry to bother you but have you had an opportunity to look at all of the nursing students assignments?

Susan

50. RE: Preventing Plagiarism - A Learning Opportunity

| | |
|---|---|
| **From:** | Saldivar, Francisco W <francisco.saldivar@socc.edu> |
| **To:** | Bunnell, Robin <rbunnell@socc.edu>, Keller, Rod D <rod.keller@socc.edu> |
| **Sent Date:** | Jun 04, 2018 09:07:51 |
| **Subject:** | RE: Preventing Plagiarism - A Learning Opportunity |
| **Attachment:** | image002.png |
| | image003.png |

---

Great work. Educating students early would work best. I just don't think students are aware of what plagiarism is.

Thanks,

Francisco W. Saldivar

Dean, Career Technical &Workforce Education

Southwestern Oregon Community College

1988 Newmark Ave.

Coos Bay, OR 97420

1-541-888-7312

**From:** Bunnell, Robin
**Sent:** Friday, June 1, 2018 1:52 PM
**To:** Saldivar, Francisco W <francisco.saldivar@socc.edu>; Keller, Rod D <rod.keller@socc.edu>
**Subject:** FW: Preventing Plagiarism - A Learning Opportunity

I wanted to share with you that I sent my students in BA 101 the email below as well as posted an announcement.  It seems as the term has progressed, more and more student discussion postings are flagged as potential plagiarism.  I am working with students to provide a response and also wanted them to be sure they understood the importance of submitting their own work.  Each student has been given the opportunity to either resubmit and/or explain the source of their information.  The main concerns are for submissions where every paragraphs was flagged.  In the future, I will take the opportunity during week 2 to cover the importance of submitting original work

SWOCC-005364

Ergo Archive System

as this is the week that ethics is covered in the course.

Thanks


**Robin Bunnell**

**Institutional Researcher**

**541.888.7339    | 800.962.2838 ext. 7339**
**1988 Newmark    | Coos Bay, OR  97420**

**Website:** http://www.socc.edu/    **Facebook:** http://facebook.com/swocc    **Twitter:**
http://twitter.com/swocc


**Southwestern Oregon Community College is an equal opportunity employer and educator**.


P  Please don't print this e-mail unless you really need to


*** Confidentiality Notice ***


This e-mail may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law.  If you are not the addressee or it appears from the context or otherwise that you have received this e-mail in error, please advise me immediately by reply e-mail or phone, keep the contents confidential, and immediately delete the message and any attachments from your system.


**From:** Robin Bunnell <rbunnell@socc.edu>
**Sent:** Friday, June 1, 2018 1:43 PM
**To:** Bunnell, Robin <rbunnell@socc.edu>
**Subject:** Preventing Plagiarism - A Learning Opportunity


I would like to take this opportunity to remind students the importance of submitting papers and discussion postings based on your own work (your words, sentences, paragraphs).  At times, you may need to quote the work from another author - this is fine, using the right methods to cite the sources giving credit where credit is due.  Below is a link to a great website that discusses

Ergo Archive System

plagiarism: when students fail to cite sources and present their work as their "own".

https://www.accreditedschoolsonline.org/resources/preventing-plagiarism/

Take a few moments to become familiar with citing sources.  Want to check if you have taken information from the textbook and/or the internet and created your own "work"?  Below are two links where you may check for **potential plagiarism.**  Not all software is perfect in the detection of plagiarism and false positives can and will occur.

https://www.plagiarismsoftware.net/

https://www.grammarly.com/plagiarism?network=g&utm_source=google&matchtype=e&gclid=EAI aIQobChMIxIr40piz2wIVEMJkCh3CmQ9dEAAYASAAEgJ1__D_BwE&placement=&utm_content= 56705338206&utm_campaign=Search&utm_medium=cpc&utm_term=plagiarism

Simply paste your work into the textbox and then check for potential plagiarism.

Let's finish the term with postings that are truly based on your own work!


Thanks - Robin

SWOCC-005366

Ergo Archive System

43. Nursing 112 Case Studies

**From:**         Walker, Susan <swalker@socc.edu>
**To:**           Keller, Rod D <rod.keller@socc.edu>
**Sent Date:**    Jun 07, 2018 08:21:32
**Subject:**      Nursing 112 Case Studies
**Attachment:**

---

Hi Rod,


Robin screened each of the case studies with Grammerly's tool for her own peace of mind.  Per Robin, she now has peace of mind.  The case study of the student we have been discussing was 79% plagiarized.  The remaining case studies were fine.


Susan

SWOCC-005367

Ergo Archive System

36. Nicole letter 6-7-18- proof.docx

**From:**       Dailey, Tim <tdailey@socc.edu>
**To:**         Saldivar, Francisco W <francisco.saldivar@socc.edu>, Keller, Rod D
                <rod.keller@socc.edu>
**Sent Date:**  Jun 08, 2018 08:20:03
**Subject:**    Nicole letter 6-7-18- proof.docx
**Attachment:** <u>Nicole letter 6-7-18- proof.docx</u>
_____

Happy last day of instruction!!!I  have drafted a letter for your review.  Looking for accuracy, feedback on writing style,  If agreeable, the letter can be submitted to Ali and Susan.

We have another meeting this afternoon.  The results may change the narrative, but for not this is what I've got.  t

SWOCC-005368



## SOUTHWESTERN
### AN OREGON COMMUNITY COLLEGE

Date:  June 7, 2018
To:  Susan Walker, Melissa Sperry
Re:  Nicole Gililland
Fr:  Tim Dailey, Francisco Saldivar

This document will address two issues.  The first is an allegation of a plagiarized care plan and the second is points being deducted for a late assignment.

Over the past 5 weeks we have been investigating a complaint made by Nicole Gililland.  Nicole has been accused by Melissa of plagiarizing a care plan that was turned in to instructor Robin Finney.  A meeting to discuss the plagiarism was held on April 30, 2018 which resulted in Nicole being placed on probation and points being deducted from the assignment in question.

After that meeting, Francisco requested that Rod Keller, the Dean of LDC and a 35-year writing instructor, review a sample of other student's care plans.  After review, he concluded that of the care plans he sampled, the majority were cited incorrectly. Rod brought this information to Susan last week.

Nicole also reported that nursing students who do PowerPoint presentations in class have not been using proper citations for the information presented.  Both Rod and Marta Wozniak, a writing faculty member, have confirmed that students must cite their sources for presentations to meet APA guidelines.

From the information we have gathered it appears that additional training in APA citations is necessary for nursing students.  Rod informed us that there is a one credit class that teaches proper citing and that the nursing program is considering implementing this class.

With regards to the late assignment due to Nicole's illness, emails between Nicole and Melissa are confusing regarding the assignment that was posted for Nicole to complete.  Melissa confirms the confusion in an email indicating a "miscommunication" has occurred.

We also believe that Nicole had a legitimate reason for missing class due to a doctor's appointment that was a follow-up to a kidney infection.    Information regarding the kidney infection is well documented in emails between Susan, Melissa and Nicole.  Nicole has proof of the medical appointment.

Given all of this we believe the following should occur:

1. That Nicole be removed from a probationary status and returned to good standing with the Nursing Program.
2. That points be restored to the assignments in question.

Based on the evidence we have collected, we believe this is a fair and equitable solution.

OFFICE OF ENROLLMENT & STUDENT SERVICES  |  TIM DAILEY, VICE PRESIDENT  |  541.888.7439  |  tdailey@socc.edu
1988 NEWMARK AVENUE  |  COOS BAY, OREGON 97420  |  541.888.2525  |  800.962.2838

Southwestern Oregon Community College is an equal opportunity educator and employer.

SWOCC-005369



Sincerely,

OFFICE OF ENROLLMENT & STUDENT SERVICES  |  TIM DAILEY, VICE PRESIDENT  |  541.888.7439  |  tdailey@socc.edu

1988 NEWMARK AVENUE  |  COOS BAY, OREGON 97420  |  541.888.2525  |  800.962.2838

Southwestern Oregon Community College is an equal opportunity educator and employer.

Ex. 90-10

SWOCC-005370

34. RE: Nicole letter 6-7-18- proof.docx

| | |
|---|---|
| **From:** | Keller, Rod D <rod.keller@socc.edu> |
| **To:** | Dailey, Tim <tdailey@socc.edu>, Saldivar, Francisco W <francisco.saldivar@socc.edu> |
| **Sent Date:** | Jun 08, 2018 11:44:08 |
| **Subject:** | RE: Nicole letter 6-7-18- proof.docx |
| **Attachment:** | |

_____

Thanks Tim. I do think we need to be clear that Nicole did plagiarize with a direct copy/paste insertion of material.


Rod


**From:** Dailey, Tim
**Sent:** Friday, June 08, 2018 8:20 AM
 **To:** Saldivar, Francisco W <francisco.saldivar@socc.edu>; Keller, Rod D <rod.keller@socc.edu>
 **Subject:** Nicole letter 6-7-18- proof.docx


Happy last day of instruction!!!I  have drafted a letter for your review.  Looking for accuracy, feedback on writing style,  If agreeable, the letter can be submitted to Ali and Susan.

We have another meeting this afternoon.  The results may change the narrative, but for not this is what I've got.  t

SWOCC-005371

Ergo Archive System

32. Nicole letter 6-7-18- proof.docx

| | |
|---|---|
| **From:** | Dailey, Tim <tdailey@socc.edu> |
| **To:** | Keller, Rod D <rod.keller@socc.edu> |
| **Sent Date:** | Jun 08, 2018 12:13:56 |
| **Subject:** | Nicole letter 6-7-18- proof.docx |
| **Attachment:** | Nicole letter 6-7-18- proof.docx |

How does this work?

SWOCC-005372



Date:  June 7, 2018
To:  Susan Walker, Melissa Sperry
Re:  Nicole Gililland
Fr:  Tim Dailey, Francisco Saldivar

This document will address two issues.  The first is an allegation of a plagiarized care plan and the second is points being deducted for a late assignment.

Over the past 5 weeks we have been investigating a complaint made by Nicole Gililland.  Nicole has been accused by Melissa of plagiarizing a care plan that was turned in to instructor Robin Finney.  A meeting to discuss the plagiarism was held on April 30, 2018 which resulted in Nicole being placed on probation and points being deducted from the assignment in question.

After that meeting, Francisco requested that Rod Keller, the Dean of LDC and a 35-year writing instructor, review a sample of other student's care plans.  After review, he concluded that of the care plans he sampled, the majority were cited incorrectly. Rod brought this information to Susan last week.

Nicole also reported that nursing students who do PowerPoint presentations in class have not been using proper citations for the information presented.  Both Rod and Marta Wozniak, a writing faculty member, have confirmed that students must cite their sources for presentations to meet APA guidelines.

We agree that Nicole did plagiarize.  Her plagiarism was an error made in haste rather than intentional.  However, so did other students by citing incorrectly or by omission.  The information we have gathered it appears that additional training in APA citations is necessary for nursing students.  Rod informed us that there is a one credit class that teaches proper citing and that the nursing program is considering implementing this class.

With regards to the late assignment due to Nicole's illness, emails between Nicole and Melissa are confusing regarding the assignment that was posted for Nicole to complete.  Melissa confirms the confusion in an email indicating a "miscommunication" has occurred.

We also believe that Nicole had a legitimate reason for missing class due to a doctor's appointment that was a follow-up to a kidney infection.   Information regarding the kidney infection is well documented in emails between Susan, Melissa and Nicole.  Nicole has proof of the medical appointment.

Given all of this we believe the following should occur:

1. That Nicole be removed from a probationary status and returned to good standing with the Nursing Program.
2. That points be restored to the assignments in question.

OFFICE OF ENROLLMENT & STUDENT SERVICES  |  TIM DAILEY, VICE PRESIDENT  |  541.888.7439  |  tdailey@socc.edu
1988 NEWMARK AVENUE  |  COOS BAY, OREGON 97420  |  541.888.2525  |  800.962.2838

Southwestern Oregon Community College is an equal opportunity educator and employer.

Ex. 90-13

SWOCC-005373



Based on the evidence we have collected, we believe this is a fair and equitable solution.

Sincerely,

OFFICE OF ENROLLMENT & STUDENT SERVICES  |  TIM DAILEY, VICE PRESIDENT  |  541.888.7439  |  tdailey@socc.edu

1988 NEWMARK AVENUE  |  COOS BAY, OREGON 97420  |  541.888.2525  |  800.962.2838

Southwestern Oregon Community College is an equal opportunity educator and employer.

Ex. 90-14

SWOCC-005374

Ergo Archive System

30. RE: Nicole letter 6-7-18- proof.docx

| | |
|---|---|
| **From:** | Keller, Rod D <rod.keller@socc.edu> |
| **To:** | Dailey, Tim <tdailey@socc.edu> |
| **Cc:** | Saldivar, Francisco W <francisco.saldivar@socc.edu> |
| **Sent Date:** | Jun 08, 2018 13:05:21 |
| **Subject:** | RE: Nicole letter 6-7-18- proof.docx |
| **Attachment:** | |

_____

Tim,


Nicole's plagiarism was intentional. She knew she was copying/pasting. She documented the source, but it was intentional.


**From:** Dailey, Tim
**Sent:** Friday, June 08, 2018 12:14 PM
 **To:** Keller, Rod D <rod.keller@socc.edu>
 **Subject:** Nicole letter 6-7-18- proof.docx


How does this work?

SWOCC-005375

Ergo Archive System

31. RE: Writing Placement Prompt

| | |
|---|---|
| **From:** | Dailey, Tim <tdailey@socc.edu> |
| **To:** | Keller, Rod D <rod.keller@socc.edu> |
| **Sent Date:** | Jun 08, 2018 12:17:49 |
| **Subject:** | RE: Writing Placement Prompt |
| **Attachment:** | image004.png |
| | image001.jpg |

_____

Thanks, he comes in on Thursday of next week. after advising I will have him go to the library. After I will send to you.

Capitals fans are happy today! t

Tim Dailey *(pronouns: he/him)*

VP of Enrollment and Student Services
Southwestern Oregon CC

1988 Newmark Ave.

Coos Bay Oregon 97459

tdailey@socc.edu

541-888-7439

Southwestern Oregon Community College is an equal opportunity educator and employer.

THIS MESSAGE AND ACCOMPANYING DOCUMENTS ARE COVERED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. §§ 2510-2521, AS AMENDED, AND CONTAINS INFORMATION INTENDED FOR THE SPECIFIED INDIVIDUAL(S) ONLY. THIS INFORMATION IS CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OR AN AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR AND THAT ANY REVIEW, DISSEMINATION, COPYING, OR THE TAKING OF ANY ACTION BASED ON THE CONTENTS OF THIS INFORMATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY E-MAIL, AND DELETE THE ORIGINAL MESSAGE.

SWOCC-005376

Ergo Archive System

29. RE: Nicole letter 6-7-18- proof.docx

| | |
|---|---|
| **From:** | Dailey, Tim <tdailey@socc.edu> |
| **To:** | Keller, Rod D <rod.keller@socc.edu> |
| **Sent Date:** | Jun 08, 2018 16:25:20 |
| **Subject:** | RE: Nicole letter 6-7-18- proof.docx |
| **Attachment:** | image003.jpg |

---

Ok will make the changes.


Tim Dailey *(pronouns: he/him)*

VP of Enrollment and Student Services
Southwestern Oregon CC

1988 Newmark Ave.

Coos Bay Oregon 97459

tdailey@socc.edu

541-888-7439

   Southwestern Oregon Community College is an equal opportunity educator and employer.


THIS MESSAGE AND ACCOMPANYING DOCUMENTS ARE COVERED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. §§ 2510-2521, AS AMENDED, AND CONTAINS INFORMATION INTENDED FOR THE SPECIFIED INDIVIDUAL(S) ONLY. THIS INFORMATION IS CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OR AN AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR AND THAT ANY REVIEW, DISSEMINATION, COPYING, OR THE TAKING OF ANY ACTION BASED ON THE CONTENTS OF THIS INFORMATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY E-MAIL, AND DELETE THE ORIGINAL MESSAGE.


**From:** Keller, Rod D
**Sent:** Friday, June 08, 2018 1:05 PM

SWOCC-005377

Ergo Archive System

**To:** Dailey, Tim <tdailey@socc.edu>
**Cc:** Saldivar, Francisco W <francisco.saldivar@socc.edu>
**Subject:** RE: Nicole letter 6-7-18- proof.docx


Tim,


Nicole's plagiarism was intentional. She knew she was copying/pasting. She documented the source, but it was intentional.


**From:** Dailey, Tim
**Sent:** Friday, June 08, 2018 12:14 PM
**To:** Keller, Rod D <rod.keller@socc.edu>
**Subject:** Nicole letter 6-7-18- proof.docx


How does this work?

SWOCC-005378

| Student Info | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Name | | | **Final Grade** | | Type Grade | | | | Neuro-psych assignment | |
| ID | Last Name | First Name | % | Letter | % | Let | Pts | Tot | % | Let | 20 |
| 997995 | Gililland | Nicole | 68.94 | F | 73.75 | F | 29.5 | 40 | | | |
| 967325 | Ni███ | Jo███ | 81.95 | C | 95 | A | 38 | 40 | | | |
| 963002 | Ra███ | M███ | 85.78 | B | 97.5 | A | 39 | 40 | | | |
| 967425 | Va███s | Ha███ | 0 | F | 0 | F | 0 | 20 | | | |
| 1006902 | Jo███ | Ke███ | 100 | A | | | | | | | |
| 880652 | Sp███ | M███ | 100 | A | | | | | | | |

| Assignment | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Study | | | Monday Ticket to Class | | | Ticket to Class | | | STI Presentation | | | Chronic |
| % | Let | 10 | % | Let | 5 | % | Let | 5 | % | Let | 5 | % |
| 75 | C | 7.5 | 100 | A | 5 | 100 | A | 5 | 0 | F | 0 | 80 |
| 90 | B | 9 | 100 | A | 5 | 100 | A | 5 | 100 | A | 5 | 93.33 |
| 90 | B | 9 | 100 | A | 5 | 100 | A | 5 | 100 | A | 5 | 100 |
| 0 | F | 0 | 0 | F | 0 | 0 | F | 0 | | | | |

| : Illness Trajectory | | Type Grade | | | | Week 1: Neuro-psych | | | Week 10 Renal/GU | | | We |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Let | 15 | % | Let | Pts | Tot | % | Let | 24 | % | Let | 20 | % |
| C | 12 | 68.41 | F | 124.5 | 182 | 70.83 | F | 17 | 65 | F | 13 | 67.5 |
| A | 14 | 80.49 | C | 146.5 | 182 | 70.83 | F | 17 | 77.5 | C | 15.5 | 87.5 |
| A | 15 | 84.48 | B | 153.75 | 182 | 87.5 | B | 21 | 92.5 | A | 18.5 | 72.5 |
| | | 0 | F | 0 | 182 | 0 | F | 0 | 0 | F | 0 | 0 |
| | | 100 | A | 45 | 45 | | | | 100 | A | 20 | |
| | | 100 | A | 65 | 65 | | | | 100 | A | 20 | 100 |

| Evaluations | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Week 2 Acute GI** | | **Week 3: Musculoskeletal Case Study** | | | **Week 4: Cardiac Nursing Test** | | | **Week 5: Autoimmune** | | | **Week 6: Neurol** |
| Let | 20 | % | Let | 15 | % | Let | 20 | % | Let | 20 | % | Let |
| F | 13.5 | 0 F | | 0 | 60 F | | 12 | 85 B | | 17 | 83.33 B |
| B | 17.5 | 100 A | | 15 | 62.5 F | | 12.5 | 90 B | | 18 | 88.1 B |
| F | 14.5 | 100 A | | 15 | 86.25 B | | 17.25 | 92.5 A | | 18.5 | 83.33 B |
| F | 0 | 0 F | | 0 | 0 F | | 0 | 0 F | | 0 | 0 F |
| A | 20 | | | | | | | | | | |

| logy | Week 7: Endocrine | | | Week 8/9 Maternal Newborn | | |
|---|---|---|---|---|---|---|
| 21 | % | Let | 25 | % | Let | 17 |
| 17.5 | 82 | C | 20.5 | 82.35 | C | 14 |
| 18.5 | 74 | F | 18.5 | 82.35 | C | 14 |
| 17.5 | 70 | F | 17.5 | 82.35 | C | 14 |
| 0 | 0 | F | 0 | 0 | F | 0 |
| | 100 | A | 25 | | | |
| | 100 | A | 25 | | | |

| Student Info | | | | | Type Grade | | | | Friday Ticket to Class | | | Drop Box |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name | | *Final Grade* | | | | | | | | | |
| ID | L | Fi | % | Letter | % | Let | Pts | Tot | % | Let | 5 | % |
| 387599 | A | C | 84.29 | B | 100 | A | 18 | 18 | 100 | A | 5 | 100 |
| 945887 | B | C | 83.1 | B | 100 | A | 18 | 18 | 100 | A | 5 | 100 |
| 172861 | B | H | 91.76 | B | 100 | A | 18 | 18 | 100 | A | 5 | 100 |
| 835272 | C | A | 85.29 | B | 100 | A | 18 | 18 | 100 | A | 5 | 100 |
| 989539 | C | Je | 85.69 | B | 100 | A | 18 | 18 | 100 | A | 5 | 100 |
| 881346 | C | K | 85.48 | B | 100 | A | 18 | 18 | 100 | A | 5 | 100 |
| 932585 | D | C | 83 | B | 100 | A | 18 | 18 | 100 | A | 5 | 100 |
| 252328 | F | R | 94.29 | A | 100 | A | 18 | 18 | 100 | A | 5 | 100 |
| 962111 | G | m | 88.35 | B | 100 | A | 18 | 18 | 100 | A | 5 | 100 |
| 947632 | G | El | 84.59 | B | 100 | A | 18 | 18 | 100 | A | 5 | 100 |
| 997995 | G | N | 78.01 | C | 72.22 | F | 13 | 18 | 100 | A | 5 | 100 |
| 959661 | H | C | 83.21 | B | 100 | A | 18 | 18 | 100 | A | 5 | 100 |
| 7808 | J | C | 79.39 | C | 100 | A | 18 | 18 | 100 | A | 5 | 100 |
| 4962 | K | St | 84.17 | B | 100 | A | 18 | 18 | 100 | A | 5 | 100 |
| 988523 | L | K | 78.48 | C | 100 | A | 18 | 18 | 100 | A | 5 | 100 |
| 985170 | L | C | 91.51 | B | 100 | A | 18 | 18 | 100 | A | 5 | 100 |
| 876204 | | E | 88.69 | B | 100 | A | 18 | 18 | 100 | A | 5 | 100 |
| 172471 | | L | 85.86 | B | 100 | A | 18 | 18 | 100 | A | 5 | 100 |
| 979450 | | Kl | 83.17 | B | 100 | A | 18 | 18 | 100 | A | 5 | 100 |
| 998806 | | Je | 92.93 | A | 100 | A | 18 | 18 | 100 | A | 5 | 100 |
| 967325 | N | Jo | 80.49 | C | 100 | A | 18 | 18 | 100 | A | 5 | 100 |
| 981760 | P | S | 90.19 | B | 100 | A | 18 | 18 | 100 | A | 5 | 100 |
| 963002 | R | M | 86.44 | B | 100 | A | 18 | 18 | 100 | A | 5 | 100 |
| 838132 | R | K | 82.28 | C | 100 | A | 18 | 18 | 100 | A | 5 | 100 |
| 914231 | S | Ja | 79.26 | C | 100 | A | 18 | 18 | 100 | A | 5 | 100 |
| 250947 | S | Ja | 85.18 | B | 100 | A | 18 | 18 | 100 | A | 5 | 100 |
| 397535 | S | Ja | 84.84 | B | 88.89 | B | 16 | 18 | 100 | A | 5 | 100 |
| 967425 | V | H | 0 | F | 0 | F | 0 | 18 | 0 | F | 0 | 0 |
| 360674 | F | R | 90 | B | 0 | F | 0 | 3 | | | | 0 |
| 1006902 | J | K | 90 | B | 0 | F | 0 | 3 | | | | 0 |
| 880652 | S | M | 90 | B | 0 | F | 0 | 3 | | | | 0 |

Mageehon

Exhibit 101

CitiCourt-5/6/21

Ex. 101-1

| Assignments | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| k for 3 Cardiac strips | | Stroke Care Plan and questions | | | Endocrine Study Questions | | | Ticket to Class: Reflection | | | Type C |
| Let | 2 | % | Let | 1 | % | Let | 5 | % | Let | 5 | % | Let |
| A | 2 | 100 | A | 1 | 100 | A | 5 | 100 | A | 5 | 82.55 C |
| A | 2 | 100 | A | 1 | 100 | A | 5 | 100 | A | 5 | 81.23 C |
| A | 2 | 100 | A | 1 | 100 | A | 5 | 100 | A | 5 | 90.85 B |
| A | 2 | 100 | A | 1 | 100 | A | 5 | 100 | A | 5 | 83.66 B |
| A | 2 | 100 | A | 1 | 100 | A | 5 | 100 | A | 5 | 84.1 B |
| A | 2 | 100 | A | 1 | 100 | A | 5 | 100 | A | 5 | 83.87 B |
| A | 2 | 100 | A | 1 | 100 | A | 5 | 100 | A | 5 | 81.11 C |
| A | 2 | 100 | A | 1 | 100 | A | 5 | 100 | A | 5 | 93.66 A |
| A | 2 | 100 | A | 1 | 100 | A | 5 | 100 | A | 5 | 87.05 B |
| A | 2 | 100 | A | 1 | 100 | A | 5 | 100 | A | 5 | 82.88 C |
| A | 2 | 100 | A | 1 | 0 | F | 0 | 100 | A | 5 | 78.66 C |
| A | 2 | 100 | A | 1 | 100 | A | 5 | 100 | A | 5 | 81.34 C |
| A | 2 | 100 | A | 1 | 100 | A | 5 | 100 | A | 5 | 77.1 C |
| A | 2 | 100 | A | 1 | 100 | A | 5 | 100 | A | 5 | 82.41 C |
| A | 2 | 100 | A | 1 | 100 | A | 5 | 100 | A | 5 | 76.08 C |
| A | 2 | 100 | A | 1 | 100 | A | 5 | 100 | A | 5 | 90.57 B |
| A | 2 | 100 | A | 1 | 100 | A | 5 | 100 | A | 5 | 87.43 B |
| A | 2 | 100 | A | 1 | 100 | A | 5 | 100 | A | 5 | 84.29 B |
| A | 2 | 100 | A | 1 | 100 | A | 5 | 100 | A | 5 | 81.3 C |
| A | 2 | 100 | A | 1 | 100 | A | 5 | 100 | A | 5 | 92.15 A |
| A | 2 | 100 | A | 1 | 100 | A | 5 | 100 | A | 5 | 78.33 C |
| A | 2 | 100 | A | 1 | 100 | A | 5 | 100 | A | 5 | 89.1 B |
| A | 2 | 100 | A | 1 | 100 | A | 5 | 100 | A | 5 | 84.93 B |
| A | 2 | 100 | A | 1 | 100 | A | 5 | 100 | A | 5 | 80.31 C |
| A | 2 | 100 | A | 1 | 100 | A | 5 | 100 | A | 5 | 76.96 C |
| A | 2 | 100 | A | 1 | 100 | A | 5 | 100 | A | 5 | 83.54 B |
| A | 2 | 100 | A | 1 | 60 | F | 3 | 100 | A | 5 | 84.39 B |
| F | 0 | 0 | F | 0 | 0 | F | 0 | 0 | F | 0 | 0 F |
| F | 0 | 0 | F | 0 | | | | | | | 100 A |
| F | 0 | 0 | F | 0 | | | | | | | 100 A |
| F | 0 | 0 | F | 0 | | | | | | | 100 A |

| Grade | | Week 1 Neuropsych | | | Week 10 renal/GU | | | Week 11 Kaplan Pathophysiology | | | Week 2 Acute | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pts | Tot | % | Let | 30 | % | Let | 20 | % | Let | 21 | % | Let |
| 175 | 212 | 76.67 C | | 23 | 72.5 F | | 14.5 | 88.1 B | | 18.5 | 88 B | |
| 172.2 | 212 | 90 B | | 27 | 85 B | | 17 | 93.81 A | | 19.7 | 64 F | |
| 192.6 | 212 | 100 A | | 30 | 75 C | | 15 | 90.95 B | | 19.1 | 96 A | |
| 177.35 | 212 | 90 B | | 27 | 80 C | | 16 | 76.67 C | | 16.1 | 84 B | |
| 178.3 | 212 | 91.67 B | | 27.5 | 82.5 C | | 16.5 | 82.38 C | | 17.3 | 90 B | |
| 177.8 | 212 | 83.33 B | | 25 | 77.5 C | | 15.5 | 82.38 C | | 17.3 | 84 B | |
| 171.95 | 212 | 90 B | | 27 | 72.5 F | | 14.5 | 79.52 C | | 16.7 | 86 B | |
| 198.55 | 212 | 90 B | | 27 | 90 B | | 18 | 96.67 A | | 20.3 | 98 A | |
| 184.55 | 212 | 83.33 B | | 25 | 82.5 C | | 16.5 | 89.52 B | | 18.8 | 80 C | |
| 175.7 | 212 | 86.67 B | | 26 | 60 F | | 12 | 93.81 A | | 19.7 | 84 B | |
| 166.75 | 212 | 86.67 B | | 26 | 77.5 C | | 15.5 | 88.1 B | | 18.5 | 64 F | |
| 172.45 | 212 | 93.33 A | | 28 | 90 B | | 18 | 79.52 C | | 16.7 | 68 F | |
| 163.45 | 212 | 90 B | | 27 | 75 C | | 15 | 79.52 C | | 16.7 | 74 F | |
| 174.7 | 212 | 90 B | | 27 | 55 F | | 11 | 86.67 B | | 18.2 | 72 F | |
| 161.3 | 212 | 80 C | | 24 | 87.5 B | | 17.5 | 75.24 C | | 15.8 | 74 F | |
| 192 | 212 | 93.33 A | | 28 | 82.5 C | | 16.5 | 88.1 B | | 18.5 | 92 A | |
| 185.35 | 212 | 83.33 B | | 25 | 85 B | | 17 | 83.81 B | | 17.6 | 84 B | |
| 178.7 | 212 | 96.67 A | | 29 | 82.5 C | | 16.5 | 79.52 C | | 16.7 | 100 A | |
| 172.35 | 212 | 76.67 C | | 23 | 77.5 C | | 15.5 | 76.67 C | | 16.1 | 66 F | |
| 195.35 | 212 | 93.33 A | | 28 | 82.5 C | | 16.5 | 98.1 A | | 20.6 | 86 B | |
| 166.05 | 212 | 86.67 B | | 26 | 72.5 F | | 14.5 | 82.38 C | | 17.3 | 80 C | |
| 188.9 | 212 | 86.67 B | | 26 | 80 C | | 16 | 92.38 A | | 19.4 | 98 A | |
| 180.05 | 212 | 93.33 A | | 28 | 75 C | | 15 | 89.52 B | | 18.8 | 76 C | |
| 170.25 | 212 | 86.67 B | | 26 | 87.5 B | | 17.5 | 80.95 C | | 17 | 80 C | |
| 163.15 | 212 | 73.33 F | | 22 | 67.5 F | | 13.5 | 70.95 F | | 14.9 | 72 F | |
| 177.1 | 212 | 76.67 C | | 23 | 90 B | | 18 | 83.81 B | | 17.6 | 74 F | |
| 178.9 | 212 | 80 C | | 24 | 80 C | | 16 | 85.24 B | | 17.9 | 90 B | |
| 0 | 171 | 0 F | | 0 | | | | | | | 0 F | |
| 61 | 61 | | | | 100 A | | 20 | 100 A | | 21 | | |
| 86 | 86 | | | | 100 A | | 20 | 100 A | | 21 | 100 A | |
| 61 | 61 | | | | 100 A | | 20 | 100 A | | 21 | | |

| Evaluations | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GI | Week 3: Musculoskeletal Case Study | | | Week 4: Cardiac Spring Test | | | Week 5: Autoimmune | | | Week 6: Neurology | | |
| 25 | % | Let | 10 | % | Let | 20 | % | Let | 25 | % | Let | 23 |
| 22 | 80 | C | 8 | 77.5 | C | 15.5 | 92 | A | 23 | 80.43 | C | 18.5 |
| 16 | 90 | B | 9 | 97.5 | A | 19.5 | 80 | C | 20 | 69.57 | F | 16 |
| 24 | 100 | A | 10 | 97.5 | A | 19.5 | 92 | A | 23 | 73.91 | F | 17 |
| 21 | 100 | A | 10 | 76.25 | C | 15.25 | 84 | B | 21 | 73.91 | F | 17 |
| 22.5 | 80 | C | 8 | 90 | B | 18 | 80 | C | 20 | 84.78 | B | 19.5 |
| 21 | 100 | A | 10 | 90 | B | 18 | 84 | B | 21 | 73.91 | F | 17 |
| 21.5 | 100 | A | 10 | 91.25 | B | 18.25 | 80 | C | 20 | 67.39 | F | 15.5 |
| 24.5 | 100 | A | 10 | 96.25 | A | 19.25 | 92 | A | 23 | 89.13 | B | 20.5 |
| 20 | 95 | A | 9.5 | 98.75 | A | 19.75 | 92 | A | 23 | 78.26 | C | 18 |
| 21 | 80 | C | 8 | 85 | B | 17 | 88 | B | 22 | 82.61 | C | 19 |
| 16 | 0 | F | 0 | 83.75 | B | 16.75 | 88 | B | 22 | 82.61 | C | 19 |
| 17 | 100 | A | 10 | 78.75 | C | 15.75 | 84 | B | 21 | 86.96 | B | 20 |
| 18.5 | 80 | C | 8 | 76.25 | C | 15.25 | 68 | F | 17 | 73.91 | F | 17 |
| 18 | 80 | C | 8 | 92.5 | A | 18.5 | 92 | A | 23 | 78.26 | C | 18 |
| 18.5 | 100 | A | 10 | 62.5 | F | 12.5 | 76 | C | 19 | 60.87 | F | 14 |
| 23 | 100 | A | 10 | 97.5 | A | 19.5 | 92 | A | 23 | 84.78 | B | 19.5 |
| 21 | 100 | A | 10 | 91.25 | B | 18.25 | 84 | B | 21 | 89.13 | B | 20.5 |
| 25 | 85 | B | 8.5 | 80 | C | 16 | 80 | C | 20 | 69.57 | F | 16 |
| 16.5 | 100 | A | 10 | 86.25 | B | 17.25 | 88 | B | 22 | 86.96 | B | 20 |
| 21.5 | 100 | A | 10 | 93.75 | A | 18.75 | 88 | B | 22 | 78.26 | C | 18 |
| 20 | 80 | C | 8 | 66.25 | F | 13.25 | 76 | C | 19 | 78.26 | C | 18 |
| 24.5 | 100 | A | 10 | 92.5 | A | 18.5 | 84 | B | 21 | 80.43 | C | 18.5 |
| 19 | 100 | A | 10 | 91.25 | B | 18.25 | 88 | B | 22 | 65.22 | F | 15 |
| 20 | 100 | A | 10 | 76.25 | C | 15.25 | 84 | B | 21 | 76.09 | C | 17.5 |
| 18 | 100 | A | 10 | 73.75 | F | 14.75 | 88 | B | 22 | 73.91 | F | 17 |
| 18.5 | 100 | A | 10 | 77.5 | C | 15.5 | 88 | B | 22 | 84.78 | B | 19.5 |
| 22.5 | 75 | C | 7.5 | 95 | A | 19 | 84 | B | 21 | 82.61 | C | 19 |
| 0 | 0 | F | 0 | 0 | F | 0 | 0 | F | 0 | 0 | F | 0 |
| 25 | | | | | | | | | | | | |

| Week 7: Endocrine | | | Week 8/9 Maternal Newborn | | |
|---|---|---|---|---|---|
| % | Let | 20 | % | Let | 18 |
| 90 | B | 18 | 77.78 | C | 14 |
| 75 | C | 15 | 72.22 | F | 13 |
| 95 | A | 19 | 88.89 | B | 16 |
| 85 | B | 17 | 94.44 | A | 17 |
| 75 | C | 15 | 77.78 | C | 14 |
| 80 | C | 16 | 94.44 | A | 17 |
| 72.5 | F | 14.5 | 77.78 | C | 14 |
| 95 | A | 19 | 94.44 | A | 17 |
| 85 | B | 17 | 94.44 | A | 17 |
| 95 | A | 19 | 66.67 | F | 12 |
| 85 | B | 17 | 88.89 | B | 16 |
| 75 | C | 15 | 61.11 | F | 11 |
| 85 | B | 17 | 66.67 | F | 12 |
| 95 | A | 19 | 77.78 | C | 14 |
| 85 | B | 17 | 72.22 | F | 13 |
| 85 | B | 17 | 94.44 | A | 17 |
| 90 | B | 18 | 94.44 | A | 17 |
| 75 | C | 15 | 88.89 | B | 16 |
| 70 | F | 14 | 100 | A | 18 |
| 125 | A | 25 | 83.33 | B | 15 |
| 90 | B | 18 | 66.67 | F | 12 |
| 90 | B | 18 | 94.44 | A | 17 |
| 85 | B | 17 | 94.44 | A | 17 |
| 70 | F | 14 | 66.67 | F | 12 |
| 80 | C | 16 | 83.33 | B | 15 |
| 90 | B | 18 | 83.33 | B | 15 |
| 75 | C | 15 | 94.44 | A | 17 |
| 0 | F | 0 | 0 | F | 0 |
| 100 | A | 20 | | | |
| 100 | A | 20 | | | |
| 100 | A | 20 | | | |