Brandon J. Mark (041613)
Parsons Behle & Latimer
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  801-532-1234
Facsimile:  801-536-6111
bmark@parsonsbehle.com
ecf@parsonsbehle.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON, EUGENE DIVISION

| | |
|---|---|
| NICOLE GILILLAND, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>SOUTHWESTERN OREGON COMMUNITY COLLEGE DISTRICT by and through its BOARD OF EDUCATION, an Oregon community college District and Board; SOUTHWESTERN OREGON COMMUNITY COLLEGE, an Oregon community college; PATTY SCOTT, an individual; TIM DAILY, an individual; FRANCISCO SALDIVAR, an individual; SUSAN WALKER, an individual; MELISSA SPERRY, an individual and PAMELA WICK, an individual,<br><br>        Defendants. | Case No. 6:19-cv-00283-MK<br><br>**EXHIBIT 201 TO THE DECLARATION OF BRANDON MARK [DKT 42]** |

DATED this 13th day of July 2021.

/s/ Brandon J. Mark
Brandon Mark

Case No.:  6:19-cv-00283-AA
EXHIBIT 201 TO THE DECLARATION OF BRANDON MARK [DKT 42] - 1
4841-6049-9953.v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of July 2021, I caused to be filed a true and correct copy of the foregoing **EXHIBIT 201 TO THE DECLARATION OF BRANDON MARK [DKT 42]** with the Court's ECF system, which sent notice of such filing to counsel of record for all parties.

DATED: July 13th, 2021.

                                                                    */s/ Brandon J. Mark*

# EXHIBIT 201 TO THE DECLARATION OF BRANDON J. MARK [DKT 42]

# SWOCC-002911

**To:** Sperry, Melissa J[melissa.sperry@socc.edu]
**From:** Gililland, Nicole R
**Sent:** Sat 4/14/2018 9:05:33 PM
**Subject:** Re: Assignment

Thank you �

---

**From:** Sperry, Melissa J
**Sent:** Saturday, April 14, 2018 8:00:09 PM
**To:** Gililland, Nicole R
**Subject:** Re: Assignment

The remediation instructions and form are on your handouts page

Melissa Sperry MSN, RNc, NC-BC,
Nursing Faculty
T. 541.888.1533
Southwestern Oregon Community College
http://www.socc.edu
http://www.facebook.com/swocc
http://www.twitter.com/swocc

*"What lies behind us and what lies before us are tiny matters compared to what lies within us." ~ Ralph Waldo Emerson*

---

**From:** Gililland, Nicole R
**Sent:** Saturday, April 14, 2018 1:43:27 PM
**To:** Sperry, Melissa J
**Subject:** Assignment

I see an assignment titled Kaplan Remediation, but it doesn't say anything or what I need to upload.