Brandon J. Mark (041613)
Parsons Behle & Latimer
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  801-532-1234
Facsimile:  801-536-6111
bmark@parsonsbehle.com
ecf@parsonsbehle.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON, EUGENE DIVISION

| | |
|---|---|
| NICOLE GILILAND, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> SOUTHWESTERN OREGON COMMUNITY COLLEGE DISTRICT by and through its BOARD OF EDUCATION, an Oregon community college District and Board; SOUTHWESTERN OREGON COMMUNITY COLLEGE, an Oregon community college; PATTY SCOTT, an individual; TIM DAILY, an individual; FRANCISCO SALDIVAR, an individual; SUSAN WALKER, an individual; MELISSA SPERRY, an individual and PAMELA WICK, an individual, <br><br> Defendants. | Case No. 6:19-cv-00283-MK <br><br> **STIPULATION TO DISMISS CERTAIN DEFENDANTS WITH PREJUDICE** |

//

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Nicole Gililland and all Defendants stipulate to the dismissal of Patty Scott, Francisco Saldivar, and Pamela Wick as defendants with prejudice, all parties to bear their own costs and fees.

DATED this 15th day of July 2021.

/s/ Brandon J. Mark
Brandon Mark

Attorney for Plaintiff

/s/ Luke Reese
Luke Reese
*(signed by filing attorney with permission)*

Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of July 2021, I caused to be filed a true and correct copy of the foregoing **STIPULATION TO DISMISS CERTAIN DEFENDANTS WITH PREJUDICE** with the Court's ECF system, which sent notice of such filing to counsel of record for all parties.

DATED: July 15, 2021.

                                                      */s/ Brandon J. Mark*