Brandon J. Mark (041613)
Parsons Behle & Latimer
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  801-532-1234
Facsimile:  801-536-6111
bmark@parsonsbehle.com
ecf@parsonsbehle.com

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON, EUGENE DIVISION

| | |
|---|---|
| NICOLE GILILLAND, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>SOUTHWESTERN OREGON COMMUNITY COLLEGE DISTRICT by and through its BOARD OF EDUCATION, an Oregon community college District and Board; SOUTHWESTERN OREGON COMMUNITY COLLEGE, an Oregon community college; PATTY SCOTT, an individual; TIM DAILY, an individual; FRANCISCO SALDIVAR, an individual; SUSAN WALKER, an individual; MELISSA SPERRY, an individual and PAMELA WICK, an individual,<br><br>    Defendants. | Case No. 6:19-cv-00283-MK<br><br>**DECLARATION OF BRANDON MARK IN SUPPORT OF MOTION FOR SPOLIATION SANCTIONS** |

I, Brandon Mark, declare as follows:

1. I have personal knowledge of the facts set forth below, and I am over the age of eighteen.

2. I am counsel of record to Plaintiff in this matter.

Case No.:  6:19-cv-00283-MK
DECLARATION OF BRANDON MARK - 1
4822-2973-5410.v1

3. Attached hereto as Exhibit 204 is a copy of an August 9, 2018, letter from Defendant SWOCC's insurance carrier to Nicole Gililland's then attorney acknowledging Ms. Gililland's earlier demand letter.

4. Attached hereto as Exhibit 205 is a copy of a September 19, 2018, email from Ms. Gililland's prior attorney to SWOCC's insurance carrier discussing the history of communications by Ms. Gililland's attorneys to SWOCC about these issues.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of July 2021.

/s/ Brandon J. Mark<br>Brandon J. Mark

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July 2021, I caused to be filed a true and correct copy of the foregoing **DECLARATION OF BRANDON MARK IN SUPPORT OF MOTION FOR SPOLIATION SANCTIONS** with the Court's ECF system, which sent notice of such filing to counsel for all parties hereto.

DATED: July 19, 2021.

*/s/* Brandon J. Mark