Brandon J. Mark (041613)
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  801.532.1234
Facsimile:  801.536.6111
bmark@parsonsbehle.com
ecf@parsonsbehle.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| **NICOLE GILILLAND, AN INDIVIDUAL,**<br><br>Plaintiff,<br><br>vs.<br><br>**SOUTHWESTERN OREGON COMMUNITY COLLEGE DISTRICT BY AND THROUGH ITS BOARD OF EDUCATION, AN OREGON COMMUNITY COLLEGE DISTRICT AND BOARD; SOUTHWESTERN OREGON COMMUNITY COLLEGE, AN OREGON COMMUNITY COLLEGE,**<br><br>Defendants. | Case No. 6:19-cv-00283-MK |

## PLAINTIFF'S WITNESS LIST

| Witness | Topics | Time |
|---|---|---|
| **Will Call** | | |
| Nicole Gililland (she/her) | Plaintiff will testify about the events and facts supporting her claims, consistent with her deposition testimony, and about the damages and injuries she suffered from Defendants' actions and omissions, as well as her mitigation of damages | 6 hours |
| Stephanie Kyelberg (she/her) | She is expected to testify consistently with her declaration | 1 hour |

| | | |
|---|---|---|
| Victoria Kalmykova (she/her) | She is expected to testify about Defendants' knowledge of Ms. Sperry's prior misconduct; about how Ms. Sperry targeted her in the exact same ways as she targeted Plaintiff; about how she was willing to provide additional information to Defendants in connection with the events involving Plaintiff, but Defendants never contacted her; and about other potential issues. | 1 hour |
| Liz Cooper (she/her) | She is expected to testify consistently with her deposition | 1 hour |
| Dr. Peter Philips (he/his) | He is expected to testify pursuant to FRE 702 regarding his analysis of Plaintiff's economic damages and costs of mitigation associated with Plaintiff's claims in this case | 1.5 hours |
| Dr. Louise Fitzgerald (she/her) | She is expected to testify pursuant to FRE 702 regarding the emotional and psychological harm and trauma that Defendants' actions caused Plaintiff, about how Defendants' action in this case are contrary to the purposes of Title IX, about the | 2 hours |
| **May Call** | | |
| Melissa Sperry | Consistent with her deposition | 2 hours |
| Susan Walker | Consistent with her deposition | 2 hours |
| Timothy Dailey | Consistent with his deposition | 2 hours |
| Ali Mageehon | Consistent with her deposition | 1 hour |
| Jeff Whitey | Consistent with his deposition | 1 hour |
| Francisco Saldivar | Consistent with his deposition | 2 hours |
| Rod Keller | Consistent with his deposition | 1 hour |
| Robin Finney | Consistent with her deposition | 1 hour |
| Patty Scott | Consistent with her deposition | 30 mins |
| Pam Wick | Consistent with her deposition | 30 mins |
| Any witnesses identified in Defendants' disclosures | | |

DATED this 19th day of April 2022.

/s/ Brandon J. Mark
Brandon J. Mark (OSB No. 041613)
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2022, I electronically filed the foregoing Plaintiff's Exhibit List with the Clerk of the Court using the CM/ECF system which will send electronic notification to of such filing to all CM/ECF participants.

/s/ Brandon J. Mark