# Exhibit A

INSTRUCTION NO. ___

NONECONOMIC DAMAGES—DEFINED

Noneconomic damages are the subjective, nonmonetary losses that the Plaintiff has sustained. The law does not furnish you with any fixed standard by which to measure the exact amount of noneconomic damages. However, the law requires that all damages awarded be reasonable. Your award must be based upon evidence and not speculation, guesswork or conjecture. You must use your judgment to decide a reasonable amount of noneconomic damages based on the evidence and your common sense.

In determining the amount of noneconomic damages, if any, consider each of the following:

1. Any inconvenience and interference with the Plaintiff's normal and usual activities, apart from activities in a gainful occupation, that you find have been sustained from the time she was injured until the present, and that the Plaintiff probably will sustain in the future as the result of her injuries;
2. Any injury to the Plaintiff's reputation.

Authority: Manual of Model Civil Jury Instructions for the Ninth Circuit, 5.1 (modified), UCJI 70.02, *Floro v. Litzsinger*, No. 2:17-cv-00993-AC, 2019 U.S. Dist. LEXIS 145184, at *8 (D. Or. Aug. 27, 2019), *Cummings v. Premier Rehab Keller, P.L.L.C.*, No. 20-219, 2022 U.S. LEXIS 2230, at *1 (Apr. 28, 2022).