SUBMITTED BY:
Brandon J. Mark (041613)
Michael W. Young (admitted pro hac vice)
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  801.532.1234
Facsimile:  801.536.6111
bmark@parsonsbehle.com
myoung@parsonsbehle.com
ecf@parsonsbehle.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| **NICOLE GILILLAND, AN INDIVIDUAL,**<br><br>                          Plaintiff,<br><br>vs.<br><br>**SOUTHWESTERN OREGON COMMUNITY COLLEGE DISTRICT BY AND THROUGH ITS BOARD OF EDUCATION, AN OREGON COMMUNITY COLLEGE DISTRICT AND BOARD; SOUTHWESTERN OREGON COMMUNITY COLLEGE, AN OREGON COMMUNITY COLLEGE,**<br><br>                          Defendants. | Case No. 6:19-cv-00283-MK<br><br>**OBJECTIONS TO DEFENDANT SOUTHWESTERN OREGON COMMUNITY COLLEGE'S PROPOSED VERDICT FORM** |

COMES NOW Plaintiff Nicole Gililland ("Plaintiff"), by and through her undersigned counsel, for her Objections to Defendant's Proposed Verdict Form, and states as follows:

1. Plaintiff <u>objects</u> to Defendant's proposed verdict outline regarding Claim 1: Title IX Deliberate Indifference Claim. Defendant incorrectly asserts that an appropriate person within SWOCC had to have been the one to harass Plaintiff. This is unsupported by any Title IX caselaw. The correct elements are that an appropriate person within SWOCC had to have actual knowledge of, and was deliberately indifferent to, harassment that was so

4877-0660-4318.v1

severe, pervasive, and objectively offensive that it deprived Plaintiff of educational opportunities or benefits. *Davis v. Monroe Cty. Bd. of Educ.*, 526 U.S. 629, 650, 119 S. Ct. 1661, 1675 (1999).

2. Plaintiff <u>objects</u> to Defendant's proposed verdict outline regarding Claim 2: Title IX Retaliation. Defendant incorrectly asserts that Plaintiff must prove that SWOCC retaliated against her because she engaged in a protected activity under Title IX. This language heightens Plaintiff's burden unfairly. The correct legal standard is that Plaintiff engaged in a protected activity, she suffered an adverse action, and that there is a "causal link" between the protected activity in which she was engaged and the adverse action she suffered. "Causal link" within the 9th Circuit is "construed broadly so that a plaintiff merely has to prove that the protected activity and the negative action are not completely unrelated." *Emeldi v. Univ. of Or.*, 673 F.3d 1218, 1226 (9th Cir. 2012). Defendant incorrectly places a burden upon Plaintiff of demonstrating that the adverse action was "because of" her protected activity; the jury will likely interpret Plaintiff's burden as having to demonstrate that the protected activity in which she engaged was the sole cause of the adverse action taken by SWOCC. This is unsupported by caselaw and incorrectly heightens Plaintiff's burden.

3. Plaintiff does not object to Defendant's Damages section under the Title IX claims, nor its Claim 3: Breach of Contract.

4. Plaintiff <u>objects</u> to Defendant's omission of Plaintiff's Title IX—Selective Enforcement Claim. Case law supports Plaintiff's Selective Enforcement claim. "A selective enforcement claim asserts that a school decided to discipline a student or decided on certain penalties based on the student's gender." *Yusuf v. Vassar College*, 35 F.3d 709, 715 (2d

4877-0660-4318.v1

Cir. 1994); *Doe v. Regents of the Univ. of Cal.,* No. 2:15-cv-02478-SVW-JEM, 2015 U.S. Dist. LEXIS 194179, at *10 (C.D. Cal. Dec. 14, 2015).

DATED this 3rd day of May 2022.

                                        /s/ Michael W. Young
                                        Brandon J. Mark (OSB No. 041613)
                                        Michael W. Young (admitted pro hac vice)
                                        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the foregoing **OBJECTIONS TO DEFENDANT SOUTHWESTERN OREGON COMMUNITY COLLEGE'S PROPOSED VERDICT FORM** on the date indicated below,

[X]   Via Email
[X]   Via Electronic Filing
[ ]   Via Facsimile Transmission
[ ]   Via Hand Delivery
[ ]   Via Overnight Delivery

to the following person(s) a true copy thereof, contained in a sealed envelope (if other than by facsimile transmission), addressed to said person(s) at their last known addresses indicated below:

Luke W. Reese, OSB No. 076129

lreese@ghrlawyers.com
GARRETT HEMANN ROBERTSON P.C.
P.O. Box 749
Salem, Oregon 97308-0749
Tel: (503) 581-1501
Fax: (503) 581-5891
     Of Attorneys for Defendant

DATED this 3rd day of May, 2022.

PARSONS BEHLE & LATIMER

*s/ Michael W. Young*
Michael W. Young
(Admitted Pro Hac Vice)
myoung@parsonsbehle.com
Of Attorneys for Plaintiff

4877-0660-4318.v1