UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

NICOLE GILILLAND,

          Plaintiff,

v.

Case No. 6:19-cv-00283-MK

SOUTHWESTERN OREGON COMMUNITY
COLLEGE DISTRICT; SOUTHWESTERN OREGON
COMMUNITY COLLEGE; TIM DAILY;
SUSAN WALKER; and MELISSA SPERRY,

          Defendants.

## ORDER TO RETAIN CUSTODY OF EXHIBITS

IT IS ORDERED that at the conclusion of the trial, counsel for the parties retain custody of their respective exhibits until such time as all need for the exhibits has terminated.

Dated: June 27, 2022

_____
MUSTAFA T. KASUBHAI
United States Magistrate Judge

**SO STIPULATED.**

Dated: 6/27/22

_____
Attorney for Plaintiff

_____
Attorney for Defendants

ORDER TO RETAIN CUSTODY OF EXHIBITS