IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NICOLE GILILLAND,<br><br>                             Plaintiff,<br><br>        V.<br><br>SOUTHWESTERN OREGON<br>COMMUNITY COLLEGE DISTRICT; and<br>SOUTHWESTERN OREGON<br>COMMUNITY COLLEGE,<br><br>                            Defendants. | 6:19-cv-00283-MK<br><br>JURY NOTES |

Mr Kasuhai, 7/6/22

If economic damage get awarded, does the full amount have to be awarded or can a partial amount be awarded?

thank you,

[redacted]

Jury Note A

7/6/22

Q: Now that closing arguments are completed and I have returned you to the jury room to begin deliberations, does juror #6 ask that I answer the question previously submitted?

*[signature]*

A:

Response Note A

7-6-2022

Judge Mustafa Kasubhai

Do we only consider the breach of contract if there is discrimination based on gender stereotypes?

Jury Note B

7-6-2022

Judge Mustafa Kasubhai

Do we only consider The breach of contract if there is discrimination based on gender stereotypes?

▮

The Plaintiff's claims for breach of contract in this case are based on Defendant's alleged failure to follow its Discrimination and Harassment Policy (Exhibit 106) that led to discrimination, harassment and/or retaliation. The court refers the jury to the jury instructions and all the evidence you deem necessary to resolve this question on the verdict form. — Jury Note B