IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NICOLE GILILLAND,<br><br>                              Plaintiff,<br><br>V.<br><br>SOUTHWESTERN OREGON COMMUNITY COLLEGE DISTRICT, by and through its Board of Education, an Oregon community college district and board; and SOUTHWESTERN OREGON COMMUNITY COLLEGE, an Oregon community college,<br><br>                              Defendants. | 6:19-cv-00283-MK<br><br>JUDGMENT |

      Based on the record, judgment for Defendants as to the Title IX Claim, and for Plaintiff as to the Breach of Contract Claim.

      Dated this 7th day of July 2022.

                                                                  s/ Mustafa T. Kasubhai<br>
                                                                   MUSTAFA T. KASUBHAI (He/Him)<br>
                                                                   United States Magistrate Judge